# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND 11 Dupont Circle, N.W., Suite 900 Washington, DC 20036-1202** )<br>)<br>)<br>)<br>) | |

**SERVICE EMPLOYEES INTERNATIONAL**           )
**UNION HEALTH AND WELFARE FUND**             )
**11 Dupont Circle, N.W., Suite 900**          )
**Washington, DC 20036-1202**                  )
                                               )
**and**                                        )
                                               )
**ANNA BURGER, MICHAEL KERR, VALERIE**)
**LONG, ERICK IRELAND, DAVID MONROE,**  )
**LISA HETRICK AND MICHAEL RITZ,**            )
**TRUSTEES OF THE SERVICE EMPLOYEES**  )
**INTERNATIONAL UNION HEALTH AND**     )
**WELFARE FUND**                               )
**11 Dupont Circle, N.W., Suite 900**          )
**Washington, DC 20036-1202**                  )        **Civil Action No.:**
                                               )
                     **Plaintiffs,**           )
                                               )
                                               )
                                               )
**v.**                                         )
                                               )
**RED COATS, INC.**                            )
**4401 East West Highway**                     )
**Bethesda, MD 20814**                         )
                                               )
**Serve:**                                     )
**Scott Kydd**                                 )
**Vice President, Operations**                 )
**4401 East West Highway**                     )
**Bethesda, MD 20814**                         )
                                               )
                                               )
                                               )
                     **Defendant.**            )

## COMPLAINT UNDER ERISA FOR DELINQUENT AND OUTSTANDING EMPLOYER CONTRIBUTIONS, INTEREST, AND LIQUIDATED DAMAGES

### Introduction, Jurisdiction and Venue

1.      This is a civil action brought by an employee benefit plan, and by the Trustees of

an employee benefit plan, pursuant to Sections 502(a)(3), (d)(1), (g)(2) and 515 of the Employee

Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1132(a)(3),

(d)(1), (g)(2) and 1145 and Section 301(a) of the Labor Management Relations Act of 1947, as

amended ("LMRA"), 29 U.S.C. § 185(a) to collect unpaid collectively bargained contributions,

interest, and liquidated damages owed by the Defendant.

2.      Jurisdiction is conferred upon this Court by Section 502(e) and (f) of ERISA,

29 U.S.C. § 1132(e) and (f), and Section 301(c) of the LMRA, 29 U.S.C. § 185(c).  Jurisdiction

also lies under 28 U.S.C. § 1331.

3.      Venue is proper under Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), as the

Service Employees International Union Health and Welfare Fund is administered in this District

and Defendant Red Coats, Inc. transacts business in this District.

### Parties

4.      Plaintiff Service Employees International Union Health and Welfare Fund (the

"SEIU Health & Welfare Fund"), is an employee welfare benefit plan within the meaning of

Section 3 (1), (2), (3) of ERISA, 29 U.S.C. § 1002 (1), (2), (3), and a multiemployer plan within

the meaning of Section 3(37)(A) of ERISA, 29 U.S.C. § 1002(37)(A), established and

maintained for the purpose of providing health care and other welfare benefits to eligible

2

employees, their families and dependents.  The SEIU Health & Welfare Fund is and at all times

material herein has been, a jointly administered trust fund established pursuant to Section

302(c)(5) of the LMRA, 29 U.S.C. § 186(c)(5).  The SEIU Health & Welfare Fund is

administered at 11 Dupont Circle, N.W., Suite 900, Washington, D.C. 20036.

 5. Plaintiff Trustees of the SEIU Health & Welfare Fund, Anna Burger, Michael

Kerr, Valarie Long, Erick Ireland, Dave Monroe, Lisa Hetrick and Michael Ritz, are the duly

authorized Trustees of the SEIU Health & Welfare Fund whose duty it is to administer the SEIU

Health & Welfare Fund for the benefit of the participants and beneficiaries of the SEIU Health &

Welfare Fund.  Plaintiff Trustees are fiduciaries within the meaning of 3(21)(A) of ERISA, 29

U.S.C. § 1002(21)(A), and are authorized and empowered to maintain this action.

 6. Defendant Red Coats, Inc. ("Red Coats" or "Defendant") is and at all times herein

was an "employer in an industry affecting commerce" as defined in Section 3(5), (9), (11), (12)

and (14) of ERISA, 29 U.S.C. §§ 1002(5), (9), (11), (12) and (14), and Sections 2(2), (6), and (7)

of the LMRA, 29 U.S.C. §§ 152(2), (6), and (7).

 7. Upon information and belief, Defendant is a corporation operating under the laws

of the State of Maryland, incorporated in the State of Maryland and with offices located at 4401

East West Highway, Bethesda, Maryland, 20814.

**Factual Background**

 8. At all relevant times, Service Employees International Union, Local 32BJ (the

"Union") has been the exclusive collective bargaining agent for Defendant's employees working

3

for Red Coats, Inc.  Local 32BJ was formerly known as Local 82.

     9.   Defendant operated three sites that employed covered employees.  The sites were located as follows: Site 0001 located in Washington, DC; Site 0002 located in Baltimore City, Maryland; Site 0003 located in Montgomery County, Maryland.

     10.   At all relevant times, the Defendant was and is signatory to a collective bargaining agreement ("Collective Bargaining Agreement") with the Union effective for the period of May 1, 2003 through April 30, 2008.   A true, correct and complete copy of the Collective Bargaining Agreement is attached as Exhibit 1.

     11.   Pursuant to Section 515 of ERISA, 29 U.S.C. § 1145, employers who are obligated to make contributions to a multi-employer employee benefit plan must do so in accordance with the terms of the applicable collective bargaining agreement.

     12.   In accordance with the Collective Bargaining Agreement, Defendant must contribute to the SEIU Health & Welfare Fund a specified amount each month for each eligible employee. See  Exhibit 1, Article IV.   In accordance with the Collective Bargaining Agreement, the Defendant submitted SEIU Health & Welfare Fund Remittance Reports to the Fund.

     13.   The SEIU Health & Welfare Fund exists pursuant to the terms of the Restated Agreement and Declaration of Trust.  A true and correct copy of the Agreement and Declaration of Trust is attached hereto as Exhibit 2.

     14.   At all relevant times, Article IX of the SEIU Health & Welfare Fund's Trust Agreement provides that an employer must submit complete remittance reports to the SEIU Health & Welfare Fund with the employer's contributions.  The remittance report contains the

names of each covered employee and the number of compensable hours for each employee during the reporting month.  The remittance information is necessary in order for the SEIU Health & Welfare Fund to properly credit each employee with the appropriate amount of Health & Welfare credit and to verify that the employer remitted the correct amount of contributions for the reported hours.

15.     In order to implement and execute the terms and conditions of the Trust Agreement and the SEIU Health & Welfare Fund, the Trustees published and adopted a Policy for Collection of Delinquent Contributions ("Collection Policy") establishing the steps and responsibilities of the Trustees, the Plan administrators, the Fund's attorneys and auditors in the collections process.  A true and correct copy of the Collection Policy is attached hereto as Exhibit 3.

16.    At all relevant times, the Collection Policy provided that an employer delinquent in its contribution obligations to the SEIU Health & Welfare Fund is liable for interest at the rate of 10% per annum.

17.    At all relevant times, the Collection Policy provided that the Fund assessed liquidated damages at the rate of five percent (5%) of the amount of contributions which are owed.  See Exhibit 3, Section 2, p. 2.  Upon the commencement of litigation, liquidated damages will increase to twenty percent (20%) of the amount of the contributions which are owed or the total interest owed, whichever is greater. See Exhibit 3, Section 4, p. 8-9.

18.    Furthermore, Article IX, Section 4 of the Trust Agreement empowers the Trustees to audit the payroll records and books of any participating employer.  The employer is required to

5

make its payroll records and books available to the SEIU Health & Welfare Fund.

19.    On or about September 11, 2006 through September 20, 2006, the SEIU Health & Welfare Fund performed a payroll audit of Defendant.  The payroll audit included, but was not limited to, analysis of pertinent provisions of the collective bargaining agreement and comparison of underlying payroll records of the Defendant to contribution reports received by the Trust Fund.

20.    The payroll audit revealed that Defendant had failed to submit reports and full payments as owed under the SEIU Health & Welfare Fund for the work periods January 1, 2004 to August 31, 2006.  payroll audit was performed at three of the Defendant's full-time sites.

21.    The audit revealed that at Site 0001 (Washington, DC), the specific premium rates for the term of January 1, 2004 through December 31, 2004 was $193.59 per month for each full time employee.  The specific premium rate for the term of January 1, 2005 through December 31, 2005 was $197.77.  The specific premium rate for the term of January 1, 2006 through December 31, 2006 was $198.84.

22.    The audit revealed that at Site 0002 (Baltimore City, Maryland), the specific premium rates for the term of January 1, 2004 through December 31, 2004 was $174.81 per month for each full time employee.  The specific premium rate for the term of January 1, 2005 through December 31, 2005 was $181.50.  The specific premium rate for the term of January 1, 2006 through December 31, 2006 was $205.10

23.    The audit revealed that at Site 0003 (Montgomery County, Maryland), the specific premium rates for the term of January 1, 2004 through December 31, 2004 was $135.03 per

month for each full time employee.  The specific premium rate for the term of January 1, 2005

through December 31, 2005 was $207.71.  The specific premium rate for the term of January 1,

2006 through December 31, 2006 was $233.06.

24.    The audit revealed that the Employer did not report various eligible employees

from all three Sites for 2004, 2005 and the first eight (8) months of 2006.

25.    For Site 0001 (Washington, DC), the Employer under-reported by 223 premiums

in 2004, resulting in an underpayment to the Fund in the amount of $43,170.57.  The Employer

under-reported by 419 premiums in 2005, resulting in an underpayment to the Fund in the

amount of $82,865.63.  For the period of January 1, 2006 through August 31, 2006, the Employer

under-reported by 217 premiums, resulting in an underpayment to the Fund in the amount of

$43,148.28.  Therefore, the total amount due to the Funds for Site 0001 as a result of the audit

was $169,184.48.

26.    For Site 0002 (Baltimore City, Maryland), the Employer under-reported by 64

premiums in 2004, resulting in an underpayment to the Fund in the amount of $10,866.30.  The

Employer under-reported by 20 premiums in 2005, resulting in an underpayment to the Fund in

the amount of $3,630.00.  For the period of January 1, 2006 through August 31, 2006, the

Employer under-reported by 16 premiums, resulting in an underpayment to the Fund in the

amount of $3,281.60.  Therefore, the total amount due to the Funds for Site 0002 as a result of

the audit was $17,777.90.

27.    For Site 0003 (Montgomery County, Maryland), the Employer under-reported by

158 premiums in 2004, resulting in an underpayment to the Fund in the amount of $18,330.34.

The Employer under-reported by 179 premiums in 2005, resulting in an underpayment to the Fund in the amount of $36,679.29.  For the period of January 1, 2006 through August 31, 2006, the Employer under-reported by 14 premiums, resulting in an underpayment to the Fund in the amount of $34,259.82.  Therefore, the total amount due to the Funds for Site 0003 as a result of the audit was $89,269.45.

28.    Defendant owes the SEIU Health & Welfare Fund a total of $276,231.83 in underpaid contributions.  As a result of the underpayments in contributions, Defendant owes the SEIU Health & Welfare Fund $ 37,219.79 in interest.  Interest continues to accrue on the unpaid amounts.  Defendant also owes $1,922.90 for the testing fee cost of the payroll audit.

29.    The SEIU Health & Welfare Fund has assessed liquidated damages at 5% for a total of $13,811.59.  In accordance with Section 5 of the Collection Policy, this amount will increase to 20% of the unpaid contributions upon commencement of litigation.

30.    In response to Defendant's missing payments and under payments, the SEIU Health & Welfare Fund sent a notice to Defendant on or about October 13, 2006 demanding payment.  A true, correct and complete copy of this notice is attached as Exhibit 4.

31.    In response to Defendant's missing payments and under payments, counsel for the SEIU Health & Welfare Fund sent a notice to Defendant on or about February 7, 2007 demanding payment.  A true, correct and complete copy of this notice is attached as Exhibit 5.

32.     Defendant's failure to timely remit contributions pursuant to the results of the audit makes Defendant liable for liquidated damages and interest on all late payment amounts and on all unpaid amounts pursuant to the applicable Trust Agreements and Section 502(g) of

ERISA.

33.     Despite the collection efforts of the Fund Office and counsel, Defendant remains delinquent, and there is little prospect that, lacking judicial compulsion, Defendant will satisfy its remaining obligations to the Plaintiff, and pay the delinquent and unpaid contributions, liquidated damages and interest due on the delinquent, underpaid and unpaid contributions.

34.     Defendant's actions are in violation of the collective bargaining agreement, and the SEIU Health & Welfare Fund governing documents.

35.     The Trust Agreement provides that in any action, the delinquent employer shall be liable for reasonable attorneys' fees (with minimum of $100.00) and all reasonable costs incurred in the collection process, including court fees, audit fees, etc.  Article IX, Section 6 of the Trust Agreement.

36.     Pursuant to Section 502(g) of ERISA, if judgment is entered against Defendant, the SEIU Health & Welfare Fund is entitled to an award of unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of the interest on the unpaid contributions or liquidated damages provided for under the Trusts or in the amount not in excess of twenty (20) percent or an amount determined by the court, reasonable attorney's fees and costs, and other legal or equitable relief as deemed appropriate by the court.

<u>**COUNT I**</u>

37.     Plaintiffs reallege and incorporate Paragraphs 1 through 36.

38.     This claim arises under Sections 502(a)(3) and 515 of ERISA, 29 U.S.C. §§ 1132(a)(3) and 1145.

39.     Defendant is delinquent to the Plaintiff for owed contributions and remittance reports for the periods specified.  Defendant owes a total of $276,231.83 in underpaid contributions as determined by the audit report.

40.     As a result of the underpayments Defendant owes $37,219.79 in interest, as well as $1,922.90 for the testing fee cost of the audit.

41.     As a result of the underpayments, the SEIU Health & Welfare Fund has assessed liquidated damages at the rate of 5% against Defendant for a total of $13,811.59 in liquidated damages.  This amount will increase to 20% of the unpaid contributions upon the commencement of litigation according to the terms of the Trust Agreement and Collection Policy.

42.     The failure of Defendant to submit all amounts owed due threatens the SEIU Health & Welfare Fund's ability to provide benefits to the covered employees.  The Defendant's failure to pay all contributions due has caused great harm to the SEIU Health & Welfare Fund, including, but not limited to, the following: they have caused the Fund to incur collection and other expenses associated with pursuing this delinquency and unpaid contributions; they have caused a loss of the time value of the delinquent and unpaid contributions to the Funds; and they have resulted in a discrediting of the Trustees' ability to enforce obligations owed to it, which may result in other employers utilizing the same tactics.

43.     Prior to commencing this lawsuit, the SEIU Health & Welfare Fund has sent several letters and attempted to directly contact the Defendant in an attempt to obtain the outstanding contributions from Defendant.  Defendant has not responded to these letters.  There

is little prospect that, lacking judicial compulsion, Defendant will satisfy its obligations to the

SEIU Health & Welfare Fund, and pay the delinquent and unpaid contributions, liquidated

damages and interest due on the delinquent and unpaid contributions.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

1.      Declare that Defendant is delinquent in remitting its remittance reports and

contributions to the SEIU Health & Welfare Fund pursuant to the Collective Bargaining

Agreement;

2.      Award Plaintiffs a judgment for the Defendant's delinquent contributions in the

amount of $276,231.83 for the periods specified;

3.      Award Plaintiffs a judgment for Defendant's interest in the amount of $37,219.79

and liquidated damages in the amount of 20% of the unpaid contributions;

4.      Award Plaintiffs a judgment for the daily interest accumulated on the delinquent

contributions since the time of this complaint;

5.      Enter judgment for Plaintiff's attorneys' fees and costs including $1,922.90 for the

cost of the audit testing fees, as required by the Collective Bargaining Agreement, the Trust

Agreement and Section 502(g) of ERISA;

6.      Retain jurisdiction of this case pending compliance with its Orders; and

7.      Grant such further relief as the Court may deem appropriate.

Respectfully Submitted,


___/s/ Richard C. Welch_____
Richard C. Welch (DC Bar# 485756)
Mooney, Green, Baker & Saindon,
P.C.
1920 L Street, NW
Washington, D.C.  20036
(202) 783-0010
(202) 783-6088 Facsimile
rwelch@mooneygreen.com
Counsel for the Plaintiffs

Dated: December 4, 2007

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS Service Employees International Union Health & Welfare Fund, et al. | DEFENDANTS Red Coats, Inc. |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __DC__ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Montgomery__ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Richard C. Welch Mooney, Green, Baker & Saindon 1920 L Street NW Ste 400 WDC 20036 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☒ E. General Civil (Other)    OR    □ F. Pro Se General Civil**

Real Property
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

Personal Property
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

Bankruptcy
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

Prisoner Petitions
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

Property Rights
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

Federal Tax Suits
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
□ 610 Agriculture
□ 620 Other Food & Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

Other Statutes
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Sections 502(a)(3), (d)(1), (g)(2) and 515 of ERISA 29 U.S.C §§ 1132(a)(3), (d)(1), (g)(2) and 1145 & 29 U.S.C.§185(a) to collect unpaid collectively bargaining contributions, interest and liquidated damages, injunctive relief.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** $315,374.52 | Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES  ☒ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) ☐ YES ☒ NO | If yes, please complete related case form. |
|---|---|---|

DATE  12/4/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT 1

# COLLECTIVE BARGAINING AGREEMENT

### between

## SERVICE EMPLOYEES INTERNATIONAL UNION
## LOCAL 32BJ-District 82

### and

## DISTRICT OF COLUMBIA
## COMMERCIAL OFFICE BUILDING CLEANING CONTRACTORS

**START:**              **May 1, 2003**

**EXPIRATION:**         **April 30, 2008**

1

## AGREEMENT

This Agreement, dated as of _____ by and between Service Employees International Union, **Local 32BJ –District 82**, AFL-CIO, hereinafter called the "Union" and the signatory Employers listed (hereinafter called the "Employer.")

## ARTICLE 1
## RECOGNITION

Section 1. The Employer recognizes the Union as the exclusive bargaining agent for its janitorial employees (including lead janitors) excluding supervisors, clerical or guards employed at any commercial office building within the District of Columbia subject to the procedures outlined in Appendix A of this Agreement

## ARTICLE 2
## WAGES

Section 1. The wage rates and economic benefits contained in the parties' 1997-2003 collective bargaining agreement shall remain in effect through December 31, 2003. Effective January 1, 2004 all employees covered by this Agreement shall receive a fifty cents per hour ($.50) wage increase or shall go to the rates listed below, whichever gives the employee the highest rate of pay. Thereafter, each employee will go to the appropriate wage schedule below every January 1st through the term of the contract.

| Classification | 5/1/03 | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/108 |
|---|---|---|---|---|---|---|
| Day Porter | $8.80 | $9.30 | $9.70 | $10.10 | $10.55 | $11.00 |
| Full Time Cleaner | $8.50 | $9.00 | $9.40 | $9.80 | $10.25 | $10.70 |
| Part Time Cleaner | $8.00 | $8.50 | $8.90 | $9.30 | $9.75 | $10.20 |
| Lead | 0.25 over above listed rates | | | | | |

Section 2. All employees hired after the dates listed above shall be paid the rate listed above.

Section 3. An employee called in to work on a regularly scheduled day off shall be guaranteed a minimum of four (4) hours of pay.

Section 4. The decision to assign an employee to the Lead Classification or to remove an employee from the Lead Classification shall rest within the sole discretion of the Employer. The Employer agrees that any employee designated as a Lead or removed from the Lead classification shall be so notified in writing.

## ARTICLE 3
## HOURS OF WORK

Section 1. All work performed in excess of forty (40) hours in any workweek by employees shall be considered overtime and shall be compensated for at the rate of time and one-half of the prevailing rate of pay for such job.

2

Section 2. If overtime requirements cannot be met on a voluntary basis, it shall be assigned in order of reverse seniority where practical consistent with the employee's ability to perform the job. No overtime shall be worked except by direction of supervisory personnel of the Employer. Any error in assignment will be corrected with an additional overtime opportunity for the affected employee.

Section 3. The Employer agrees to correct any payroll error as soon as possible and make every effort to do so by the next pay period.

Section 4. Employees working shifts of six (6) hours or more will receive an unpaid break of thirty (30) minutes.

Section 5. An employee who is regularly scheduled for thirty-five (35) hours or more per week shall be considered a full time employee.

Section 6.    Effective January 1, 2004, all employees scheduled to work will be scheduled a minimum 4 hours per shift. Effective 1/1/05, all employees scheduled to work in buildings of 100,000 square feet and higher will be scheduled a minimum 5 hours per shift /35 hours per week. Effective 1/1/07, all employees scheduled to work in buildings of 500,000 square feet and higher will be scheduled a minimum 6 hours per shift/ 30 hours per week.

Section 7.    The Employer agrees that effective upon the signing of this agreement, any newly constructed or fully renovated buildings of 500,000 square feet and higher that opens will be bid at 6 hours. Any location of 500,000 square feet or more that becomes covered by this Agreement after the effective date shall be bid at 6 hours.

Section 8.    The Union and the Employer agree to work with building owners who own buildings of less than 500,000 square feet who wish to increase hours to 6 hours or higher.

Section 9. Employees who request a transfer to a building with a 5 or 6 hour shift will be awarded such transfers on a seniority basis. The Employer shall maintain a list of employees who request a job with increased hours. If no employee has requested to fill an opening in a building with a 5 or 6 hour shift, the employer may hire from the outside to fill vacancies.

Section 10. To the extent possible, the reduction in the number of employees caused by the increase in hours shall be accomplished by attrition. The Union and the Employer agree to work to accommodate particular location problems on a case by case basis.

Section 11. Within 6 months of the signing of this agreement, the Employer will provide the Union with its plan to meet this commitment.

## ARTICLE 4
## HEALTH AND WELFARE

Section 1. Full-Time Worker Coverage: Effective The Employer agrees to provide single health coverage to each employee scheduled to work thirty five (35) hours or more per week at no cost to the employee who has completed six (6) months of continuous employment
Section 2. The Employer agrees that such coverage shall be comparable to the single health coverage in the SEIU Plan IV with Standard Prescription Drug Card and Dental/Vision.

3

The maximum amount the Employer will pay to the SEIU Health and Welfare Fund the following amounts per month per eligible employee for such single insurance coverage is as follows:

| Effective 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|
| $211.00 | $235.00 | $255.00 | $280.50 | $308.50 |

Section 2. Part-Time Worker Coverage:  The Employer shall contribute to a health and welfare trust fund that is jointly administered by the parties and that will be determined by January 1, 2004, the following amounts on behalf of all part-time employees who work less than thirty – five (35) hours per week:

| Effective | 1/01/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| | .10 | .20 | .30 | .40 | .50 |

Section 3. Effective January 1, 2005 health insurance will be provided to the 750 most senior part-time employees who work less than 35 hours per week.  In order to be eligible, these most senior employees who are selected must not be covered under another comparable health insurance plan from another job, a spouse or a public program.  Seniority for purposes of this benefit only, shall be based on the employee's length of continuous service with an Employer or Employers who are signatory to this Agreement or its predecessor.

Section 4. A Committee representing both parties will be formed to work with the jointly administered health and welfare trust fund referenced in this Article to explore options for a healthcare program which best meets the needs of the employees given the money made available by the contributions required by this Article. The Committee will also design a system by which bargaining unit seniority for purposes of this provision, is tracked and health insurance eligibility is determined.

## ARTICLE 5
## PAID HOLIDAYS

Section 1.  The Employer shall grant to all employees the following holidays off with pay:

| New Year's Day | Independence Day | Martin Luther King's Birthday |
|---|---|---|
| Labor Day | President's Day | |
| Memorial Day | Christmas Day | Thanksgiving Day |

Section 2.  An employee required to work on Martin Luther King Day or Presidents Day shall be offered another day off with pay.  An employee required to work on any of the other holidays listed above shall be given holiday pay plus straight time for hours worked.

Section 3.  When a legal holiday covered by this Agreement falls on an employee's day off, same shall be compensated for at straight time hourly rate of pay or in lieu thereof, the employee shall receive a day off with pay within a period of two weeks following such holiday. The Employer agrees the requested day off shall not be unreasonably denied.

4

Section 4.  In order to be eligible for holiday pay, an employee must work all his/her scheduled hours on the workday before and after the holiday unless he/she is on excused absence.

Section 5.  The Employer shall post in the office at the work site a list of the holidays observed by the building.

## ARTICLE 6
## VACATIONS

Section 1. **Part time** employees covered by the 1993 through 1997 Agreement and employed prior to January 1, 1999 shall receive vacation in accordance with the following schedule: one (1) week of vacation with pay after completion of one (1) year of continuous employment; two (2) weeks of vacation with pay after completion of two (2) years of continuous employment; three (3) weeks of vacation with pay after completion of five (5) years of continuous employment;  and four (4) weeks of vacation with pay after completion of fifteen (15) years of continuous employment,. All other part time employees shall receive one (1) week of paid vacation per year after completing one (1) year of continuous employment and two (2) weeks of paid vacation after four (4) years of continuous employment unless the Employer's current vacation policy exceeds this schedule.

**Full time employees**  shall receive vacation in accordance with the following schedule unless the Employer's current vacation policy exceeds this schedule:
 one (1)week of paid vacation after completion of one (1) year of continuous employment;  two (2) weeks  of paid vacation after completion of two (2) years of continuous employment; three (3) weeks of vacation with pay after completion of five (5) years of continuous employment; four (4) weeks of vacation with pay after completion of ten (10) years of continuous employment.

Section 2.  It is agreed that the employee's vacation shall be paid at the current rate of pay.  Vacation pay is to be given to the employee on the pay day preceding the week that the vacation begins if requested.

Section 3.  When a holiday occurs during the employee's vacation, the employee shall be entitled to an extra day vacation or at the option of the Employer, an extra day's wage.  The Employer will not unreasonably deny the employee's request.

Section 4.  The Employer agrees to pay all employees for all unused vacation upon separation on the next practical pay day.  The amount of vacation pay is pro-rated based on the amount of service since the last anniversary day of the employee.

Section 5.  Vacation time can be used for extended sick leave or funeral leave provided the employee has used up his/her accrued sick leave and provided he/she provides a doctor's documentation when requested by the Employer.

Section 6.  The employee's request for vacation leave shall not be unreasonably denied. Where there is a conflict with current workloads because the Employer receive simultaneous requests from two or more employee for vacation on the same day, seniority will prevail.

Section 7.  When the Employer takes over a Union contractor's account, the Employer will recognize seniority, past service, and earned vacation.  The outgoing contractor shall pay the pro-rated vacation pay that is due with the last payroll check.  The successor Employer shall pay the balance due at the time the vacation is accrued and taken and shall recognize and grant the full time off that is due.

Section 8: If a building is closed due to circumstances beyond the workers' or contractors' control due to weather or other emergency, the employees shall have the right to use accrued vacation time.

## ARTICLE 7
## LENGTH OF SERVICE

Section 1.  The employee's length of service shall be computed from the date on which he/she is hired by the Employer or date of employment in the building, whichever is longer.  The employee or the Union shall provide verification that the employee was continuously employed at the building.  Seniority, by classification,  shall be the sole factor in determining the employees layoff and recall order.  One shop steward per shift shall have super seniority.

Section 2.  The Employer shall maintain a posted seniority list on the bulletin board. Conflicts in seniority dates shall be resolved through the grievance procedure.

Section 3  Employees hired in locations covered by this Agreement shall be on probation for ninety (90) days during which time the employee may be discharged without recourse to the grievance procedure of this Agreement, provided that no employee hired as a result of acquiring a location covered by this Agreement shall be subject to this Section.

Section 4. When an employee presents satisfactory evidence of a legal name change or a mistake with respect to the social security number initially provided to the Employer, the Employer shall modify its records to reflect the name or social security number change and the employee's seniority will not be affected.

## ARTICLE 8
## SICK LEAVE

Section 1.  All employees employed and covered by the Agreement before January 1, 1999 shall be granted six (6) days of sick leave with pay per year earned at the rate of one-half (1/2) day per month.  Employees will be eligible to use accrued leave after thirty (30) days of employment.  In all cases of illness in excess of two (2) consecutive working days a physician's certificate or other acceptable evidence of disability will be submitted by an employee as claim for sick leave benefits, if requested by the Employer.

Section 2.  Employees covered by this Agreement before January 1, 1999 may accrue a maximum of twelve(12) days sick leave.

6

Section 3. After six (6) months of employment all full time employees covered by this Agreement on or after January 1, 1999 shall begin to accrue paid sick leave at the rate of one-half (1/2) day per month up to the maximum of six (6) days. The employee must use two (2) days per incident to be eligible for paid sick leave. A doctor's certificate shall be required upon return to work, if requested by Employer

Section 4. After one (1) year of employment with the Employer, all part-time employees covered by this Agreement on or after January 1, 1999, shall be entitled to three (3) days of paid sick leave per year. Accrued sick leave for part time employees may not be carried over from year to year.

Section 5. Vacation time can be used for extended sick leave provided the employee has used up his/her accrued sick leave and provided he/she provides documentation when requested by the Employer.

Section 6. All employees must give two (2) hours notice before the beginning of the shift in order to claim sick leave benefits. The Employer agrees to maintain a call-in system and daily log.

## ARTICLE 9
## UNION SECURITY AND CHECK-OFF

Section 1. All employees covered by this Agreement at the time it becomes effective and who are members of the Union at that time shall be required as a condition of employment to remain members by the timely payment of all dues and initiation fees in the Union. Employees covered by this Agreement who are not members of the Union shall be required as a condition of employment to become members of the Union within thirty (30) days after the effective date of this Agreement or thirty (30) days after their employment and remain members by the timely payment of all dues and initiation fees in the Union. The Employer will execute the terms of this article within 5 days after the Union notifies the Employer that the employee is not a member in the Union.

Section 2. The Employer shall notify the Union steward or Union office by the end of the following pay period of the name and occupation of new or additional employees hired.

Section 3. The Employer shall deduct initiation fees, monthly dues and COPE contributions and credit union contributions from the first paycheck of each month on the basis of individually signed authorization cards and remit to the Secretary Treasurer of the Union within five (5) days after they were deducted from the Employee. The employer shall provide the Union office each month along with the check for the Union dues a full list of employees covered by this Agreement. The list should be provided by building with the employee's name, address, last 4 digits of social security number, date of birth, date of hire, and or termination date, and Union deduction if made. Additionally, if feasible, the employer shall provide this list electronically, or in a floppy disk in an excel file to the Union office each month.

Section 4. The Employer agrees to provide all new employees with a Check-off Authorization Form as provided by the Union on the date of employment and request that the employee sign the card. A copy of the card shall be sent to the Union with the monthly Check-off.

7

Section 5. The Union agrees to hold the Employer harmless and indemnified against any and all claims, liability or fault arising out of the Employer's compliance with this Article.

## ARTICLE 10
## FUNERAL LEAVE

Section 1.    All part time and full time employees that have six (6) months or more of continuous employment  covered by this Agreement shall be granted three (3) days paid leave due to the death of a spouse, father, mother, son, daughter, brother or sister.  The Employer may request proof of death or funeral certificate. Employees who have to travel to distant locations because of the death of immediate family members as defined above, may be granted an excused unpaid leave of absence for up to thirty (30) calendar days (in addition to paid funeral leave provided above).  The employee shall notify the Employer of his/her exact date of return to work.  Such leave shall not be unreasonably denied by the Employer.

## ARTICLE 11
## DISCHARGE AND DISCIPLINE

Section 1.  It is agreed that each party shall treat the other with mutual respect and dignity and that the employer shall only discharge or discipline employees for just cause.  The Employer agrees to use progressive discipline.  Discipline must be given in writing within two (2) working days of the offense.  Where feasible and appropriate, disciplinary notices will be provided in Spanish as well as English, but the English version shall control.  Copies of all warning or disciplinary notices will be given to the Shop Steward,if available, within three (3) working days of their issuance. If no shop steward is available, the employee will be given an extra copy of the warning notice to provide to the Union if the employee so chooses.  It is also agreed that all work shall be of a standard approved by the Employer.  Work which is not up to the standard set by the Employer shall subject the employee performing such work to discipline.

Section 2. The Shop Steward, or other Union representative shall be present at all disciplinary meetings of employees involving written disciplinary action if requested by the employee.  Where feasible and appropriate, the meeting will be rescheduled if a shop steward or other union representative is not available and will be conducted in Spanish.

Section 3. All employees shall have the right to have a steward or other union representative present at any investigatory meeting that the employee reasonable believes might lead to discipline.  The employee must request the steward to be present.

Section 4. All written disciplinary warnings shall be removed from the employees file after eighteen (18) months and cannot be used thereafter as part of the disciplinary procedure.

## ARTICLE 12
## GRIEVANCE PROCEDURE

Section 1.   It is agreed that any dispute arising out of this Agreement between an employee or the Union and the Employer shall use the procedure set out below.  Time limits in

the Article shall exclude Saturday, Sunday and paid holidays. The Employer shall provide the Union with the names of their appropriate designated Employer representative to receive all written notices.

Step 1. The employee and the immediate supervisor shall attempt to resolve any differences at the time they arise. In the event they are unable to resolve the issue, the employee shall request a meeting with the supervisor and the shop steward to attempt to resolve the issue. If they are unable to resolve the issue, the grievance shall be reduced to writing and submitted to the Employer's designated representative within five (5) days of the incident giving rise to the grievance or the grievance shall be deemed resolved.

Step 2. Any grievance other than a suspension or termination shall be heard at a monthly meeting of the Union and Employer. If they are unable to resolve the issue, the Union shall notify the Company in writing within five (5) days of the Step 2 Monthly meeting that the grievance will be move to Step 3. For all suspensions, the representative of the Company, the employee and the Union Representative shall meet within five (5) days of receipt of the Step 1 notice to try to resolve the issue. If they are unable to resolve the issue, the Union shall notify the Company in writing within five (5) days of the Step 2 meeting that the grievance will be moved to Step 3

Step 3. Within five (5) days of receipt of the notice from Step 2, the Union Representative and employee shall meet with the designated Employer representative or his/her designee.

Step 4. If the grievance is not resolved at Step 3, it may be submitted at the request of either party to an Arbitrator whose decision shall be final. The Union shall notify the Employer in writing within five (5) days of the Step 3 meeting of its intention to advance the grievance to arbitration or it shall be deemed resolved. All expenses of arbitration shall be equally borne by both parties, except that each party shall pay any expenses of its attorneys, representatives and witnesses.

Section 2. The Union may advance a grievance to arbitration either by providing to the Employer a list of acceptable arbitrators or by notifying the Federal Mediation and Conciliation Service (FMCS) within five (5) days of the Step 3 meeting. If the Union provides the Employer with a list of acceptable arbitrators, the Employer shall have five (5) days to notify the Union if one of the arbitrators is acceptable. If the Employer does not select an arbitrator within five (5) days of the Employer's receipt of the Union list, the Union shall notify the FMCS no later than ten (10) days from the Step 3 meeting and both parties agree to strike names to determine the choice of an arbitrator. If either party wishes to reject the entire list of arbitrators from the FMCS, said party shall notify the other party within five (5) days of receipt of the list. In that event, a new list shall be requested of FMCS.

Section 3. The arbitrator shall rule only on the grievance being heard and shall have no authority to change or alter any terms of this agreement.

Section 4. The Employer shall have the right to initiate grievances. Employer grievances shall be initiated at Step 3 and must be submitted to the Union in writing within five (5) days of the incident giving rise to the grievance.

Section 5. Grievances over discharge of an employee shall be initiated at Step 3 and must be submitted in writing to the Employer within five (5) days of the discharge.

**ARTICLE 13**
**NO STRIKE AND NO LOCKOUT**

Section 1.  The Employer agrees there will be no lockout of the employees and the Union agrees there will be no strikes, no work stoppages, slowdowns or similar forms of interference of work for any reason whatsoever for the term of this Agreement.

**ARTICLE 14**
**LAY-OFF AND RECALL**

Section 1.  The Employer agrees to notify the Union at the earliest date possible in the event of lay-off.  The Employer further agrees that all lay-off will be in reverse order of seniority by classification within a location and all recalls shall be in order of seniority by classification within a location.

Section 2.  All employees laid off shall remain on the layoff list for up to one year after which their recall rights and seniority will terminate.

**ARTICLE 15**
**UNION RIGHTS**

Section 1.  The Union shall have access to Union members and the right to investigate work conditions.  The Union will utilize before and after hours so as not to interfere with the Employer's operation.  The Employer will provide space for the Union to meet with Union members at the work site during non-working hours to handle grievances unless mutually agreed to with management.

Section 2.  The Employee shall have the right to inspect their personnel file in the presence of an Employer representative.

Section 3.  The Employer shall provide space for Union literature in a place convenient for employee use at the work site. All literature posted shall be official Union documents from the Union.

Section 4.  Stewards shall obtain permission of their supervisor before leaving their work site and shall report back to their supervisor upon return to the work site.  Upon entering the work site of another supervisor's responsibility, the Steward will contact the supervisor before contacting any employee.

Section 5.  The Union shall have the right to inspect the employer's payroll and other relevant employment records upon reasonable notice and as it relates to specific grievances.

Section 6.  An employee may request a leave of absence to work for the Union and the Employer may deny such a request.

Section 7.  Shop stewards shall be notified by the supervisor of all terminations and new employees and shall be given an opportunity before or after working hours to meet with new employees to provide information on the Union.

Section 8.  The Employer agrees to release one shop steward per building per shift two (2) times per year during the work hours without pay for shop steward training classes upon written notice from the Union of at least ten working days.

## ARTICLE 16
## DISCRIMINATION

Section 1.  The Employer will not discriminate in employment, hiring, promotion, training or work assignment on the basis of race, creed, color, national origin, age, sex, sexual orientation, religion, mental or physical handicap, Union membership or Union activity or family relationship in accordance with all applicable laws.

Section 2.  No employee shall be subject to sexual harassment.  The Employer agrees to investigate and take immediate and appropriate action upon becoming aware of sexual harassment or allegations of sexual harassment.

Section 3.  Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature when such conduct is directed toward an individual because of that individual's gender.

Section 4.  Grievances arising under this Article shall be subject to the Grievance Procedure through Step 3.  If the Union advances a grievance arising under this Article to arbitration, the employee on whose behalf the grievance is arbitrated shall waive his or her right to pursue his or her claim in any federal or local court or agency and the employee shall accept the decision of the arbitrator as a final and binding ruling on his or her claim.

## ARTICLE 17
## MANAGEMENT RIGHTS

Section 1.  The management of the Company's affairs and the direction of its working force, including but not limited to the right to establish new jobs, abolish or change existing jobs, change materials, processes, products, equipment in operations; schedule and assign work; hire, discipline and discharge for cause, transfer or layoff employees because of the lack of work, establish work rules; determine work loads, standards of quality of performance, hiring methods and practices; assignment and transfer of employees and the promotion of employees, establish, abolish or change bonus, incentive and quality programs shall be vested exclusively in the Company.

## ARTICLE 18
## UNPAID LEAVES OF ABSENCE

Section 1.  The Employer agrees to comply with the DC Family and Medical Leave Act and the DC Parental Leave Act as they may be from time to time amended and interpreted.  A summary of these statutes is included in this Agreement as Appendix C.  In the event an employee has a grievance arising under either of these statues, the grievance will be subject to arbitration in accordance with Article 12, provided that, in advance of the arbitration, the employee and Union execute a waiver of the employee's right to pursue the same claim before any administrative agency, DC or federal court, and the employee shall accept the decision of the arbitrator as final and binding.  It is understood that the purpose of this waiver is to allow the

11

employee to elect the forum in which he or she chooses to pursue the claim, but to avoid duplicative procedures.

Section 2. An employee may request an unpaid leave of absence for the reasons listed below, and the Employer may grant or deny the request, but no request shall be unreasonably denied. The leave of absence, if granted, will be reduced to writing with a date for starting and ending. If the employee does not return on the agreed upon date it will be deemed the employee has resigned. The employee will return to their current or equivalent position without loss of seniority. The payment of health insurance after thirty (30) days shall be the responsibility of the employee. The Company will grant leaves of absence for the reasons listed below when requested in writing by the employee at least two (2) weeks in advance. Emergency leave shall not be unreasonably denied.

| | |
|---|---|
| Compassionate/personal leave: | Up to six months for the care of another person upon submission of appropriate documentation. |
| Medical leave: | Up to six months for medical reasons with documentation stating the employee may return to work without limitations to assume full duties. |
| Military leave: | As required by federal law |
| Civic leave: | For any employee who is required to report for jury service or to testify in any legal proceeding as a result of a subpoena, a copy of which shall be supplied to the Employer upon request. |

Section 3  For leaves of absence taken in accordance with Section 2 of this Article, the Employer agrees that an employee will be allowed to return to work at the end of the leave period. For leaves of absence of one (1) month or longer, the employee will notify the Employer ten (10) days in advance of the scheduled date of return to work. Should the employee require less leave time than originally agreed, the employee shall have the right to return ten days after notifying the Employer of his/her new return date.


**ARTICLE 19**
**HEALTH & SAFETY**


Section 1. The Union and the Employer shall cooperate  towards the objective of creating a safe and healthy work place for all employees and shall comply with all federal, state and local laws relating to health and safety.

Section 2. The Employer shall provide an annual right to know training for every employee including, but not limited to training on infectious and hazardous waste, hazardous substances  used or present in the work place and proper safety procedures for all employees.

12

Section 3. The Employer will provide all supplies, including gloves, goggles or other necessary safety equipment free to charge. The Employer will provide, repair and maintain all equipment needed to perform the job in a safe and efficient manner free of charge.

Section 4. The Employer shall have available upon request copies of OSHA 200 logs.

Section 5. The Employer shall maintain workers compensation coverage for all employees. The Employer shall post the required notice of workers compensation in a prominent and visible location to employees containing the name of the insurance company, its address and phone number.

Section 6: The Employer shall provide appropriate snow gear and equipment to employees who clear snow.

## ARTICLE 20
## IMMIGRATION

Section 1. The Employer agrees to work with all legal immigrants to provide the opportunity to gain either extensions, continuations or other status required by the Immigration and Naturalization Service without having to take a leave of absence. If a leave of absence is necessary, the Employer agrees to give permission for the employee to leave for a period of up to ninety (90) days and return the employee to work with no loss of seniority provided the Employer is still in the building. All of the above shall be in compliance with existing laws.

Section 2. A "no match" letter from the Social Security Administration (SSA) shall not itself constitute a basis for taking any adverse employment action against an employee or for requiring an employee to re-verify work authorization. Upon receipt of such a letter, the Employer shall notify the employee and provide the employee with a copy of the letter and inform the employee that he or she should contact SSA.

## ARTICLE 21
## UNION LIAISON

Definition: Union Liaison—a Union Representative, (Usually taken off the job from the Employer on unpaid leave of absence) who will be responsible for conducting contract compliance (grievance adjudication, etc...), distribution of union information, and conducting worksite meetings. This will normally occur where no Shop Stewards exist.

Section 1. The Union shall designate and the Employer shall permit the designated employee to be excused from work for up to 1040 hours per year without pay and benefits but with no loss of seniority to serve as the Union Liaison. The Union Liaison shall be assigned to the administration of this Agreement. The Union may designate one Liaison for every 100 employees or 1 Liaison for every 10 buildings per employer covered by this Agreement   Such designations shall be in writing and approved by both the Union and the Employer. The employee shall not accrue seniority during this leave.

13

## Article 22
## TRAINING AND EDUCATION FUND

Section 1.  The Employer agrees to provide all employees covered by this Agreement with benefits under the Local 82 Service Employees Training and Education Fund (hereinafter "Fund").

Section 2. The Employer agrees to become and remain a participating employer in the Fund throughout the term of this Collective Bargaining Agreement, including any extensions thereof.

Section 3.  Contributions: The Employer agrees to contribute to the Fund $0.05 per paid hour for all employees covered by this Agreement.

Section 4.  Contributions required by this provision shall be made to the Fund on or before the fifteenth (15th ) day of each month for hours paid in the preceding month or on or before such other date as the Trustees may hereafter determine.

Section 5.  Contributions shall be transmitted together with the remittance report containing such information in such manner on such form as may be required by the Trustees of the Fund.

Section 6.  The Employer agrees to be bound by the provisions of the Agreement and Declaration of Trust establishing the Fund as it may from time to time be amended and by all resolutions and rules adopted by the Trustees pursuant to the power delegated to them by that Agreement, including collection policies. The Employer hereby designates the Employer members of the Fund' Board of Trustees or their duly selected successor(s) as its representatives on the Board.

Section 7.  The Employer and the Union agree to cooperate with the Trustees of the Fund in distributing Plan Booklets, literature and other documents supplied by the Fund and in obtaining and providing such other data as may be required by the Fund.

## ARTICLE 23
## LABOR-MANAGEMENT COMMITTEE

Section 1.  The Employer and the Union agree to conduct an annual joint training outside of normal working hours of all supervisors and shop stewards for the purpose of improving the administration of this Agreement and ensuring the highest quality of service to tenants, building management and other interested parties of such services as cleaning, security and other services required by the industry.

## ARTICLE 24
## WORK PRESERVATION

In order to protect and preserve the  work  covered by this Agreement,  the Employer agrees that if it or its principals, under the Employer's name or another name,  subsequently employ employees in the District of Columbia who perform work as described in Article 1, Section 1 of this Agreement, and if a majority of the employees at the building in question demonstrate their desire to be represented by the Union, then the terms and conditions of this

14

Agreement shall apply to the employees employed at that building, subject to the provisions of Appendix A.

## ARTICLE 25
## SUCCESSORSHIP/AND NEW ACQUISITIONS

Section 1.  The Employer will furnish the Union notice of termination of any of its cleaning contracts no later than ten (10) days prior to the expiration of that contract or immediately if the Employer is notified less than ten (10) days and thereafter meet with the Union to discuss the effect of such termination of bargaining unit employees.

Section 2.  The Employer agrees to notify the Union of any new locations within the District of Columbia it acquires employing employees covered by this Agreement ten (10) days prior to the start of that cleaning contract.

Section 3.  The Employer agrees to notify the Union if it acquires any new previously unrepresented location within the District of Columbia 10 days prior to the start of that cleaning contract and to adhere to the procedures of Appendix A.

Section 4.  In the event that an Arbitrator selected in accordance with Article 12 finds that an Employer has failed to comply with Section 3 above, the Arbitrator shall order the Employer to immediately implement Appendix A and, so long as majority support is demonstrated, to implement the wages and benefits of the Agreement retroactively to the first day of the cleaning contract.

Section 5.  The Employer agrees to honor the pay rate of any employee employed as a result of acquiring a location covered by this Agreement whose rate of pay is above the rates listed in Article 2  provided that the employee had been receiving that rate for at least thirty (30) days prior to the hiring or, if less, as the result of a phase-in schedule applicable to that location. The successor Employer can request that adequate payroll records be provided as documentation as to pay rate and length of employment in the location.  The predecessor Employer agrees to co-operate in providing the documentation within five (5) business days if requested.  If the documentation is not provided the successor Employer will be required to pay only the rate required in that location.

## ARTICLE 26
## CHANGE IN EMPLOYERS

Section 1.  When the Employer bids or takes over the servicing of any job location where the present employees are working under the terms of a collective bargaining agreement with this Union, the Employer agrees to contact the Union for the seniority list and offer employment first to the current employees by seniority needed to fill the cleaning contract.  The Employer will not reduce the wage rate of any employee hired and will recognize the seniority of the employees hired so employees do not lose benefits due to the change in employer.

## Article 27
## MOST FAVORED EMPLOYER CLAUSE

Section 1. If the Union enters into any Agreement which contains any economic terms more favorable to another employer than those contained in this Agreement which become effective during the term of this Agreement, the Company shall have the right to apply those more favorable terms to employees covered by this Agreement prospectively. The Union agrees to inform the Company immediately upon signing of any agreement with a company or contractor in the event the terms of such agreement are more favorable than those contained in this Agreement.

Section 2. Section 1 shall not apply to any collective bargaining agreement or portions thereof whose terms relate to employees at buildings subject to the Service Contract Act or equivalent law or regulation.

Section 3. This Article shall only apply to the terms and conditions for employment in commercial office buildings within the District of Columbia.

## ARTICLE 28
## REGISTRATION OF CURRENT LOCATIONS

Section 1. The employer shall provide the Union with a list of all locations employing employees covered by this Agreement with ten (10) working days of the execution of this Agreement. The list shall include the names, address, social security number, wage and benefit rates, date of hire, classification and shift hours of each employee by location. Every employee is responsible for keeping the Employer informed of his/her most current address and telephone number. Attempts to reach the employee at the telephone number listed shall constitute proper notice.

## ARTICLE 29
## MAINTENANCE OF CONDITIONS

Nothing in this Agreement shall be construed to allow for the reduction of any rate or benefit currently enjoyed by an individual employee.

## ARTICLE 30
## SAVING CLAUSE

Section 1. Should any court find any part of this Agreement to be invalid, it shall not invalidate the remaining provisions.

16

**ARTICLE 31**
**DURATION**

 This Agreement shall become effective at 12:01 am May 1st, 2003 and shall continue in full force and effect through midnight April 30, 2008.  Thereafter, it shall automatically renew itself and continue in full force and effect from year to year unless written notice of election to terminate or modify any provision of this Agreement is given by one party to the other party no more than 90 days and no less than 60 days prior to April 30, 2008, or each successive anniversary date.

For the Union:

_____

For the Employer

_____

Date:

_____

Date:

_____

17

**RECOGNITION PROCEDURE**
**APPENDIX A**

Local 32BJ-District 82, SEIU ("the Union") and_____ the Employer hereby agree to implement the Collective Bargaining Agreement which is annexed hereto, during its specified term, or except as the parties otherwise agree in writing as follows:

1.      The Employer will take a positive approach to the unionization of its non-supervisory janitorial and maintenance employees. The Employer (and its supervisors) will not take any action or make any statement that will directly or indirectly state or imply any opposition by the Employer to the selection by such employees of a collective bargaining agent, or preference or opposition to any particular union as a bargaining agent.

2.      The Union and its representatives will not coerce or threaten any employee of the Employer in an effort to obtain authorization cards. In addition, the Union will not engage in strikes, work stoppages, slowdowns or similar forms of interference of work against (The Employer) in conjunction with its organizing efforts of the Employer's employees except, in connection with paragraph 8 of this procedure, after the arbitrator issues an award finding a violation, or if the dispute is not resolved, within twenty (20) days after selection of the arbitrator whichever shall come first.

3.      Upon the Union's request, the Employer will provide within five (5) days a list of the names and addresses of all employees within classifications subject to this Collective Bargaining Agreement, presently employed at a particular job site or sites in the District of Columbia.

4.      Upon notice to the Employer, the Employer will grant the Union access at the job site, provided there is no interference with the conduct of the Employer's business or with the performance of work by the employees during their work hours. Said access shall include the right to post notices on designated company bulletin boards,

5.      Within seven (7) days following receipt of such notices of intent to organize, a short informational meeting (of approximately 20 minutes duration) for each shift shall be scheduled at the mutual convenience of the Employer and the Union at each affected site, at which the Employer and Union shall jointly address the employees. At said meeting, the Employer shall inform employees that it has no objection to employees exercising their right to join a union and that there will be no punishment or retaliation against employees who choose to do so. At said meeting, the Union will be given an opportunity to address the employees, to provide information about the Union and the Collective Bargaining Agreement, and to answer any questions the employees might have

Immediately following the execution of this Agreement, the Employer shall sign and make available to all of its supervisory and non-supervisory employees, copies of the letter attached hereto, assuring employees of the Employer's neutrality in the matter of their union organizing.

18

7.    Should the Union claim majority status at a building based on signed authorization cards, the parties agree to submit the Union's claim to verification by the Federal Mediation and Conciliation Service (FMCS). The parties shall agree upon a list of employees within the claimed bargaining unit. The parties shall contact the FMCS and agree upon a date for submission of the authorization cards to the FMCS official. On that date, the parties shall provide the agreed upon list of employees, containing names and social security numbers, to the FMCS official. The Union shall submit to the FMCS officials the cards signed by a majority of the employees on the list. The Employer shall submit to the FMCS a copy of an official document (e.g. the employee's application, I-9 or W-4 form) containing the signature for each employee on the agreed upon list. The FMCS shall verify that a majority of the employees on the agreed upon list have authorized the Union to represent them and that the signatures of the employees on the authorization cards match the signatures on the official company documents. In the event of a question as to the signature match, the Employer and the Union agree to provide the original documents to an agreed upon expert for final resolution. The Employer will not file a petition with the National Labor Relations Board for any election in connection with any demand for recognition by the Union resulting from this Agreement.

8.    The parties agree that any disputes over the interpretation or application of this Agreement shall be submitted to expedited arbitration before an impartial arbitrator. The decision of the arbitrator shall be final and binding upon the parties. Should the Employer and the Union be unable to agree upon an impartial arbitrator, the impartial arbitrator shall be chosen from lists of seven (7) submitted by the American Arbitration Association pursuant to its rules for expedited arbitration upon the written request of the Employer or the Union. A finding or an award of the arbitrator shall be final and conclusive upon the parties. The parties shall request that the list of seven (7) arbitrators contain only names of individuals familiar with labor law and with experience in the field of arbitration. It is understood and agreed between the parties that the impartial arbitrator shall not have the power to add to or subtract from, or modify any of the terms of this Agreement. The fees of the impartial arbitrator and administrative expenses shall be shared equally between the Employer and the Union. Each party shall pay its own counsel.

For the Union:                                          For the Employer:

_____                    _____

Date:_____                        Date:_____

19

## SAMPLE NEUTRALITY LETTER

Dear (Employer's Name) Employees:

As you may know, organizers from the Justice for Janitors Campaign have been talking with employees about forming a union.  We want you to know that you have a right to form, join or support the organizing effort.  We have met with the Union and agreed to remain neutral so you can decide if you want the Union to represent you.  We have instructed all supervisors not to talk to you about the Union.  As has been (Employer's Name) policy, the supervisors will not discipline you, transfer you or discharge you because of your support for the Union.

We have agreed to let the Union post literature on company bulletin boards in our offices in each building, to give the Union access to meet with you before and after work so long as these meetings do not interfere with the performance of your work.

(Employer's Name) is interested in establishing a friendly and productive relationship with the Union and will deal fairly with the Union if you decide you want to be represented

## Appendix C:  Family Medical and Parental Leave

**Family Medical Leave:**  The District of Columbia Family and Medical Leave Act of 1990, DC Law 8-181, requires effective  April 1, 1991, all employers of 20 or more employees in the District of Columbia to provide up to 16 weeks of unpaid family leave:

*for the birth of a child, adoption or foster care
*to care for a seriously ill family member
*to recover from a serious illness rendering the employee unable to work for a total of 32 weeks during a 24-month period.

During the period of leave, an employee shall not lose an employment benefit such as seniority or group health plan coverage.

The employer may require medical certification and reasonable prior notice when applicable.

The Act applies to employees who have worked for the employer for one year without a break in service and who have worked at least 1000 hours during the last 12 months.  Employers may have leave policies which are more generous than those required by the Act.  The employee must request FMLA leave.

**Parental Leave:**  The District of Columbia Parental Leave Act of 1994, DC Law 10-146, DC Code 36-1601 et.seq, requires, effective August 17,1994, all employers located in the District of

Columbia to provide an eligible employee, with up to 24 hours of leave during a 12 month period for the following purposes:

*To attend or participate in a school-related event for his or her child in which the child is a participant or a subject.

The Act applies to all employees who are parents. The term "parent" means any of the following: 1). The biological parents of a child 2). A person who has legal custody of a child 3) a person who acts as a guardian of a child regardless of whether he or she had been appointed legally, 4) an aunt, uncle, or grandparent of a child, or 5) the spouse of any of the foregoing persons.

The employee must, when possible, provide the employer with notice of a request for leave within 10 calendar days from the day of the event.

During the period of leave, an employee shall not lose any employment benefit or seniority accrued before or during the time of leave.

The leave provided by the act may be unpaid leave unless the employee elects to use any paid family, vacation, personal, compensatory, or leave bank leave provided by the employer.

The leave requested may only be denied if it would disrupt the employer's business and make achievement of production or service delivery unusually difficult.


*Side Letter*
*Agreed to 12/21/97*


This Side Letter shall be a part of the current Collective Bargaining Agreement between SEIU Local 32BJ-District 82 and the District of Columbia Commercial Office Building Cleaning Contractors.

The purpose of this Side Letter is to clarify the classification difference between Full Time Cleaners who may work during the day and Day Porters under the current Collective Bargaining Agreement that is attached.

For purposes of classification work, the parties agree that a Day Porter's primary work may include some or all of the following: policing outside ground, light maintenance, (ie light bulb changes, etc.), responding to tenant/building management requests and some form of security/front desk duties. A Day Porter may have some cleaning responsibilities as assigned from time to time. However, they would not correspond to a Full Time Cleaner who has a regularly assigned area (ie. The third floor) or task (ie bathrooms, pulling trash, etc.). Full Time Cleaners typically would not work under the direction of building management nor respond directly to tenant requests.

21

## APPENDIX B
## OVERSCALE LOCATIONS

The following is the list of over-scale buildings and the rate effective on that date. All other increases shall be as specified in Article 2 of the Agreement

### Building Address

**8000 Corp. Dr**

|              | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|--------------|---------|---------|---------|---------|---------|
| Wages, PT    | $8.75   | $9.15   | $9.55   | $10.00  | $10.45  |
| Wages, Lead  | $9.80   | $10.20  | $10.60  | $11.05  | $11.50  |
| Holidays     | + All holidays recognized by the building |||||

**1625 L St., NW    (AFSCME)**

|              | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|--------------|---------|---------|---------|---------|---------|
| Wages, PT    | $9.75   | $10.15  | $10.55  | $11.00  | $11.45  |
| Wages, Floor | $10.00  | $10.40  | $10.80  | $11.25  | $11.70  |
| Holidays     | + All holidays recognized by the building |||||
| Sick Days    | 12/year |||||

**NEA**

|                 | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|-----------------|---------|---------|---------|---------|---------|
| Wages, cleaners | $9.10   | $9.50   | $9.90   | $10.35  | $10.80  |
| Wages, DP       | $9.35   | $9.75   | $10.15  | $10.60  | $11.05  |
| Wages, Lead Day | + .25/hr |||||
| Holidays        | + Day after Thanksgiving, Columbus Day, Veteran's Day |||||

**1219 28th St., NW (HERE)**

|              | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|--------------|---------|---------|---------|---------|---------|
| Wages, PT    | 10.30   | $10.70  | 11.10   | $11.55  | 12.00   |
| Wages, FT    | $10.55  | $10.95  | $11.35  | $11.80  | $12.25  |
| Wages, Lead  | + .25/hour |||||
| Holidays     | + Columbus Day, Veteran's Day |||||

**111 Mass (Ullico)**

|                     | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|---------------------|---------|---------|---------|---------|---------|
| Wages, PT           | 9.25    | $9.65   | $10.05  | $10.50  | $10.95  |
| Wages, FT           | $9.55   | $9.95   | $10.35  | $10.80  | $11.25  |
| Wages, Waxer/Buffer | + .10/hr |||||
| Wages, Lead         | + .20/hour |||||
| Wages, Porter       | $9.55   | $9.95   | $10.35  | $10.80  | $11.25  |
| Holidays            | + Columbus Day, Veteran's Day, Employees Birthday |||||
| Sick Days           | 12/year |||||
| Vacation            | 4 weeks after 7 years |||||
| Other               | Jury Duty Pay, 2 hrs paid travel time in inclement weather |||||

**1120 19th, NW**

| Holidays | + Columbus Day, Veteran's Day |
|---|---|

**1001 Penn. Ave., NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, FT | $9.25 | $9.65 | $10.05 | $10.50 | $10.95 |

**1717 Desales**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, Pt | $9.25 | $9.65 | $10.05 | $10.50 | $10.95 |
| Wages, FT | $9.70 | $10.10 | $10.50 | $10.95 | $11.40 |
| Wages, DP | $10.05 | $10.45 | $10.85 | $11.30 | $11.75 |

**501 3rd St., NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, Pt | $11.30 | $11.70 | $12.10 | $12.55 | $13.00 |
| Holidays | + Veteran's Day, Columbus Day, Day After Thanksgiving, Inauguration Day | | | | |
| Sick Days | 12/year | | | | |
| Vacation | 4 weeks after 12 years, 5 weeks after 20 years | | | | |

**1125 15th St., NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, PT | 10.00 | $10.40 | $10.80 | $11.25 | $11.70 |
| Holidays | + Columbus Day, Inauguration Day | | | | |
| Sick Days | 12/year | | | | |
| Vacation | 4 weeks after 10 years | | | | |

**1625 Mass., NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, Pt | $9.00 | $9.40 | $9.80 | $10.25 | $10.70 |
| Holidays | + Columbus Day, Veteran's Day, Day after Thanksgiving, Inauguration Day | | | | |

**1900 L St., NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, PT | $9.16 | $9.56 | $9.96 | $10.41 | $10.86 |
| Holidays | + Columbus Day, Veteran's Day | | | | |

**1750 Pa, NW**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages, PT | $9.00 | $9.40 | $9.80 | $10.25 | $10.70 |

23

**5025 Wisconsin Ave., NW**

|            | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|------------|--------|--------|--------|--------|--------|
| Wages, PT  | 8.55   | $8.95  | $9.35  | $9.80  | $10.25 |
| Holidays   | + Presidents Day, Veterans Day, Columbus Day | | | | |

**1775 K St., NW (Suffridge Bldg)**

|              | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|--------------|---------|---------|---------|---------|---------|
| Wages, Night | $10.55  | $10.95  | $11.35  | $11.80  | $12.25  |
| Day          | $10.80  | $11.20  | $11.60  | $12.05  | $12.50  |

Holidays:   +Presidents Day, Veterans Day, Columbus Day, Inauguration Day
H&W:   $0.29/hour paid for all Night Workers
   $0.44/hour paid for all Day Workers
Vacation:   1 wk after 6 months; 2 wks after one year; 3 weeks after 5 years; 4 wks aftr 10 yrs
Sick Leave:   12 days per year earned at the rate of one (1) day per month. 36 days can be
accrued
Lay-off:   Two weeks notice or two weeks pay.
Life Ins:   All regular employees shall be provided with a $5,000 life insurance policy.
Jury Duty:   All full time employees shall be paid the difference between their straight time
hourly rate for regularly scheduled hours and the payment he receives from the Court.
Funeral:   Three days with pay to attend the funeral of a spouse, father, mother, son,
daughter, brother, sister, grandparents, grandchildren or mother/father-in-law.

**1925 K St., Mercury Building**

Wages,   per Article 2
Lead   per Article 2
Holidays:   Birthday, Veteran's Day, Inauguration Day, Columbus Day and a floating day of
with pay.
Vacation:   Twelve (12) years of employment, four weeks of paid vacation
Sick Days:   Twelve (12) paid sick days per year, earned at the rate of one day per month
H&S:   The employer shall provide reasonable and adequate locker facilities
Uniforms:   The employer agrees to furnish uniforms and pay dry-cleaning costs if necessary

**1550 M St.,**

|            | 1/1/04  | 1/1/05  | 1/1/06  | 1/1/07  | 1/1/08  |
|------------|---------|---------|---------|---------|---------|
| Wages, Pt  | $10.32  | $10.72  | $11.12  | $11.57  | $12.02  |
| Holidays   | + Employee Birthday, Day after Thanksgiving, Inauguration Day | | | | |
| Vacation:  | 4 weeks after 10 years, 5 weeks after 20 years | | | | |
| Sick Days  | 12 days per year earned at the rate of 1 day per month | | | | |

**3211 4th Street, NW  National Conference of Catholic Bishops**

|  | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|
| Wages PT | $9.00 | $9.40 | $9.80 | $10.25 | $10.70 |
| Wages FT | $9.89 | $10.29 | $10.69 | $11.14 | $11.59 |

Holidays      + Martin Luther Kings Day, Presidents' Day, Columbus Day, Veterans
Any employee required to work on any of the holidays listed above shall be paid at the rate of double time.

**Ronald Reagan & International Trade Center Building**
**1300 Pennsylvania Ave, NW**

**Classification Houseman**

|  | 1/1/03 | 1/1/04 | 1/1/05 | 1/1/06 | 1/1/07 | 1/1/08 |
|---|---|---|---|---|---|---|
| Wages | $12.05 | $12.55 | $12.95 | $13.35 | $13.80 | $14.25 |

Housemen are required to do the following:

Continue to put table cloths on the tables
Climbing of foot ladder, Housemen will be required to usage of no heights greater than nine (9) feet.  For usage of the standard lift, Housemen can be required at heights greater than nine (9) feet.
Both parties, the Union and contractor agree to monthly labor/management meets to discuss outstanding issues if necessary

Climbing of foot ladder, Housemen will be required to usage of no heights greater than nine (9) feet. For usage of the standard lift, Housemen can be required at heights greater than nine (9) feet.

Both parties, the Union and contractor agree to monthly labor/management meets to discuss outstanding issues if necessary

**Local 82 Bargaining Team**

**Contractors**

_____
A&L Service Industries

_____
Aero Star

_____
All Seasons Corp

~~All Seasons Corp~~

_____
All State Building Service

_____
American Building Maintenance

_____
~~B&M Office Cleaning~~

Climbing of foot ladder, Housemen will be required to usage of no heights greater than nine (9) feet.  For usage of the standard lift, Housemen can be required at heights greater than nine (9) feet.

Both parties, the Union and contractor agree to monthly labor/management meets to discuss outstanding issues if necessary

**Local 82 Bargaining Team**                    **Contractors**

_____

_____
A&L Service Industries

_____

_____
Aero Star

_____

_____
All Seasons Corp

_____

_____
~~All Seasons Corp~~

_____

_____
All State Building Service

_____
American Building Maintenance

_____
~~B&M Office Cleaning~~

Mark I R. Shres

Milady Bautista

*[signature]*

Jaime *[signature]*

*[signature]*

*[signature]*

Robbie tereno

*[signature]*

*[signature]*

*[signature]* Cerquedo

*[signature]*

*[signature]*

*[signature]*

*[signature]*

Bettie E. Thompson

Mary L. Yeach

Samuel L. B____

_____
Brener

_____
BSMI

_____
Cavalier Building Maintenance

_____
Centennial One

_____
Cleaners of America

_____
Colin Service Systems

_____
Conmat Systems

_____
CRS

_____
Executive Building Maintenance

_____
Express Cleaning

Raymond Reid

_[signature]_ Cortez

Craig Stephens

Freez— CAC

_[signature]_

_Gali Service Inc_

_____
Golden Gate Inc.

_____
Gotham Building Maintenance

_____
JSL Group

_[signature]_
Metropolitan Building Services

_[signature]_
Mister Kleen

_[signature]_ Chenberta
One Source

_[signature]_ Richard
P&R Enterprises

_[signature]_
Potomac Building Services

_[signature]_
Pritchard Industries

30

_Red Coats Inc_

_Sanitors_

_Service United States Corp_

_Superior Cleaning_
SUPERIOR BUILDING SERVICES

_Total Quality_

UNICCO

_United States Service Corporation_

# EXHIBIT 2

RESTATED AGREEMENT AND DECLARATION OF TRUST

SERVICE EMPLOYEES INTERNATIONAL UNION
HEALTH AND WELFARE FUND

# TABLE OF CONTENTS

Page

ARTICLE I: DECLARATION OF TRUST .............................. 1

1. NAME ...................................................... 1
2. PURPOSE ................................................... 2
3. TERM OF TRUST AGREEMENT ................................... 2

ARTICLE II: DEFINITIONS ....................................... 2

1. "HEALTH AND WELFARE PLAN" or "PLAN" ...................... 2
2. "COLLECTIVE BARGAINING AGREEMENT" ........................ 3
3. "THE UNION" .............................................. 3
4. "CONTRIBUTIONS" .......................................... 3
5. "PARTICIPATING EMPLOYEE" ................................. 3
6. "BENEFICIARY" ............................................ 3
7. "BENEFIT PROGRAM" ........................................ 4
8. "PARTICIPATING EMPLOYER" ................................. 4
9. "PARTICIPATING EMPLOYER ASSOCIATION" ..................... 4
10. "PARTICIPATNG LABOR ORGANIZATIONS" OR "LABOR
    ORGANIZATIONS" ........................................... 4
11. "SIGNATORY PARTIES" ...................................... 4
12. "SPECIAL AGREEMENT" ...................................... 4
13. "SUBSCRIPTION AGREEMENT" ................................. 5
14. "TRUSTEES" OR "BOARD OF TRUSTEES" ........................ 5
15. "TRUST" OR "TRUST FUND" OR "FUND" ........................ 5
16. "ADMINISTRATOR" .......................................... 5
17. "WELFARE BENEFITS" ....................................... 5

ARTICLE III: THE TRUSTEES ..................................... 6

1. THE BOARD OF TRUSTEES .................................... 6
2. STATUTORY CAPACITIES OF TRUSTEES ......................... 6
3. AGENTS FOR SERVICE OF PROCESS ............................ 6
4. NUMBER OF TRUSTEES ....................................... 7
5. TERMS OF TRUSTEES ........................................ 7
6. APPOINTMENT OF SUCCESSOR EMPLOYER TRUSTEES ............... 8
7. APPOINTMENT OF SUCCESSOR UNION TRUSTEES .................. 8
8. INDIVIDUALS DISQUALIFIED FROM SERVING
   AS TRUSTEES .............................................. 8
9. ACCEPTANCE OF APPOINTMENT BY TRUSTEES .................... 9
10. TERMINATION OF APPOINTMENT BY
    APPOINTING-ENTITY ........................................ 9
11. TERMINATION OF APPOINTMENT FOR FAILURE TO
    ATTEND MEETINGS .......................................... 9
12. TERMINATION OF APPOINTMENT FOR CONVICTION
    OF A CRIME ............................................... 10
13. TERMINATION OF APPOINTMENT FOR MENTAL
    INCAPACITY ............................................... 10
14. RESIGNATION OF APPOINTMENT ............................... 10

-i-

Page

15. VACANCIES .................................................... 10
16. RETURN OF BOOKS AND RECORDS .............................. 10

ARTICLE IV:  ADMINISTRATION OF THE FUND ...................... 11

1. MANNER OF VOTING ......................................... 11
2. CONSTITUTION OF A QUORUM ................................. 11
3. MOTIONS .................................................. 11
4. REGULAR MEETINGS ......................................... 12
5. SPECIAL MEETINGS ......................................... 12
6. ACTION WITHOUT A FORMAL MEETING .......................... 12
7. ARBITRATION OF DEADLOCKED ISSUES ......................... 13
8. ELECTION OF CHAIRMAN AND SECRETARY ....................... 14
9. DUTIES OF CHAIRMAN AND SECRETARY ......................... 14
10. AUTHORIZED SIGNATURES ................................... 15
11. COMPENSATION AND EXPENSES ............................... 16
12. BENEFITS TO TRUSTEES NOT PROHIBITED ..................... 16

ARTICLE V:  PARTICIPATION .................................... 16

1. EMPLOYEES & EMPLOYERS ENTITLED TO PARTICIPATE .......... 16
2. BARGAINING UNITS ENTITLED TO PARTICIPATE .............. 17
3. OTHER BARGAINING UNITS................................. 18
4. NON-BARGAINING UNIT EMPLOYEES OF
   PARTICIPATING EMPLOYERS................................ 18
5. STAFF EMPLOYEES OF PARTICIPATING
   LABOR ORGANIZATIONS................................... 19
6. STAFF EMPLOYEES OF PARTICIPATING
   EMPOYER ASSOCIATIONS.................................. 19
7. TRUST FUND EMPLOYEES.................................. 20
8. UNAUTHORIZED PARTICIPATION;
   NO WAIVER BY TRUSTEES................................. 20

ARTICLE VI:  TRUSTEE RESPONSIBILITIES ....................... 21

1. GENERAL DUTY - RECEIPT OF CONTRIBUTIONS AND
   CREATION AND ADMINISTRATION OF PLAN ................... 21
2. COMPLIANCE WITH THE INTERNAL REVENUE CODE ............ 21
3. BASIS OF PAYMENTS TO AND FROM TRUST FUND ............ 21
4. APPLICATION OF TRUST FUND ASSETS .................... 22
5. FIDUCIARY STANDARDS ................................. 22
6. DEPOSITS ............................................ 22
7. INVESTMENTS ......................................... 23
8. SPECIFICALLY PERMITTED INVESTMENTS .................. 23
9. TITLE TO INVESTMENTS AND OTHER ASSETS .............. 24
10. FIDELITY BOND ...................................... 25
11. RECORDS ............................................ 25
12. ANNUAL AUDIT ....................................... 26

-ii-

Page

13. PLAN DESCRIPTION ........................................ 26
14. ANNUAL REPORT .......................................... 26
15. DOCUMENTS TO BE EXAMINED OR FURNISHED .................. 27
16. PROCEDURE FOR ESTABLISHING FUNDING POLICY ............. 28

ARTICLE VII:  TRUSTEE POWERS .............................. 28

1. GENERAL POWER ........................................ 28
2. SPECIFIC POWERS OF DISCRETIONARY ..................... 29
3. AMENDMENT OF PLAN .................................... 29
4. DESIGN OF THE PLAN ................................... 29
5. CREATION OF BENEFIT PLAN.............................. 30
6. ADDITIONAL BENEFIT PLANS AND PROGRAMS................. 30
7. MEANS OF PROVIDING BENEFITS........................... 31
8. FACILITY OF PAYMENT................................... 31
9. SELF-PAYMENTS BY EMPLOYEES............................ 31
10. AN ADMINISTRATIVE AGENT OR ADMINISTRATOR............. 32
11. BANKING SERVICES..................................... 32
12. OTHER PROFESSIONAL AND NON-PROFESSIONAL HELP......... 33
13. OBTAINING OF NECESSARY PREMISES,
       EQUIPMENT, AND SUPPLIES........................... 33
14. INSURANCE............................................ 33
15. BORROWING MONEY...................................... 34
16. RESERVE FUNDS........................................ 34
17. PAYMENTS OF TAXES.................................... 35
18. REFUNDS OF CONTRIBUTIONS ERRONEOUSLY PAID............ 35
19. PROSECUTION OF LEGAL ACTIONS OR CLAIMS............... 35
20. DEFENSE OF LEGAL ACTIONS AND CLAIMS.................. 36
21. COMPROMISE OF LEGAL ACTIONS OR CLAIMS................ 36
22. PENALTIES FOR FALSE OR WITHHELD INFORMATION.......... 37
23. CORRECTION OF ERRORS................................. 37
24. SUBSCRIPTION AGREEMENTS.............................. 38
25. PARTICIPATION IN NON-PROFIT  EDUCATIONAL
       ORGANIZATIONS.................................... 38
26. RECIPROCITY.......................................... 38
27. COORDINATED ADMINISTRATION........................... 39
28. MERGERS.............................................. 39
29. INTERPRETATION AND APPLICATION OF DOCUMENTS.......... 40

ARTICLE VIII:  ALLOCATION OR DELEGATION OF TRUSTEE
               RESPONSIBILITIES .......................... 40

1. ALLOCATION OF RESPONSIBILITIES TO COMMITTEES ........ 40
2. DELEGATION OF INVESTMENT RESPONSIBILITIES ........... 42
3. DELEGATION OF OTHER RESPONSIBILITIES ................ 42
4. REVIEW OF PERFORMANCE ............................... 43

ARTICLE IX:  CONTRIBUTIONS AND COLLECTIONS ............... 43

1. CONTRIBUTION REPORTING FORMS ........................ 43

-iii-

Page

2. CONTRIBUTION DUE DATE ..................................... 43
3. DELINQUENT CONTRIBUTIONS ................................. 44
4. AUDIT OF EMPLOYER BOOKS AND RECORDS ...................... 44
5. LIQUIDATED DAMAGES AND INTEREST .......................... 45
6. ATTORNEY FEES AND COURT COSTS ............................ 46
7. VENUE OF COLLECTION ACTIONS .............................. 46
8. PROTECTION OF EMPLOYEES IN CASES OF DELINQUENCY ..... 47
9. COORDINATION WITH PROVISIONS IN COLLECTIVE
       BARGAINING AGREEMENTS ................................. 47

ARTICLE X:   HEARING AND ARBITRATION PROCEDURES ............. 48

1. PROCEDURES TO BE FOLLOWED ................................ 48
2. HEARINGS BEFORE BOARD OF TRUSTEES ....................... 48

ARTICLE XI:   LIMITATIONS ................................... 49

1. LIABILITIES AND DEBTS OF TRUST FUND ..................... 49
2. LIABILITIES AND DEBTS OF PARTICIPATING PARTIES ...... 49
3. PERSONAL LIABILITIES OF TRUSTEES ........................ 49
4. JUDGMENTS AGAINST TRUST FUND ............................. 50
5. PARTICIPATING PARTIES' RIGHTS ........................... 50
6. CESSATION OF PARTICIPATION ............................... 51
7. PROTECTION OF TRUST FUND, CONTRIBUTIONS, AND
       BENEFITS ............................................. 51
8. RELIANCE UPON WRITTEN DOCUMENTS ......................... 51
9. AGENTS OF TRUST FUND ..................................... 52

ARTICLE XII:   MISCELLANEOUS ............................... 52

1. TRUST FUND OFFICES ....................................... 52
2. APPLICABLE LAWS AND REGULATIONS ......................... 53
3. SERVICE IN MORE THAN ONE FIDUCIARY CAPACITY ......... 53
4. NOTICES .................................................. 53
5. SEVERABILITY ............................................. 54
6. TITLES AND WORDS ......................................... 54

ARTICLE XIII:   AMENDMENTS AND TERMINATIONS ................ 54

1. AMENDMENTS ............................................... 54
2. TERMINATION .............................................. 54
3. ALLOCATION UPON TERMINATION ............................. 55

SIGNATORY PARTIES .......................................... 56

SERVICE EMPLOYEES INTERNATIONAL UNION
HEALTH AND WELFARE FUND

Restated Agreement and Declaration of Trust

INTRODUCTION

Whereas, the signatory Trustees (or their predecessors in interest) did, by trust agreement executed on May 1, 1969, and amended on October 6, 1976 and October 11, 1983, establish and maintain a joint labor-management employee welfare benefit trust fund known as the Service Employees International Union Local 82 Labor Management Medical Trust Fund, and

Whereas, the Trustees have also determined to revise and restate the existing trust instrument, as amended, to take into account contemporary needs and conditions,

Now, therefore, the signatory parties, the Trustees, do hereby review and restate the existing trust instrument as set forth in the following pages.

ARTICLE I

1.   NAME

The Trustees hereby declare that the Trust Fund as previously established and maintained by them shall be known as the Service Employees International Union Health and Welfare Fund.  The Trustees may hold property, enter into contracts and in all matters act in behalf of the Trust Fund in such name. The Trust Fund may sue or be sued in such name.

2.    PURPOSE

The purpose of the Trust Fund is to provide an entity to which contributions from participating employers and contributions from participating employees (if any) can be paid and through which the Trustees can administer one or more employee welfare benefit plans and/or programs for the participating employees on whose behalf the contributions have been paid and their beneficiaries. The Trustees shall administer the Trust Fund for the exclusive purpose of providing benefits to participants and their beneficiaries as decided by the Trustees, and shall further provide the means for defraying reasonable expenses of administering and operating the Plan in accordance with this Trust Agreement.

3.    TERM OF TRUST AGREEMENT

This Trust Agreement shall be effective as of February 27, 1989, and shall continue indefinitely until such time as it may be terminated in accordance with the provisions of Article XIII hereof.

ARTICLE II

DEFINITIONS

The following definitions shall govern in this Trust Agreement:

1.    "HEALTH AND WELFARE PLAN" or "PLAN" -- this Restated Agreement and Declaration of Trust or the entire Health and

- 2 -

Welfare Plan arrangement including the benefit programs and other provisions set forth in the Plan documents, depending upon context.

2.  "COLLECTIVE BARGAINING AGREEMENT" -- a written agreement between a participating employer and the Union and any supplement, amendment, continuation, or renewal thereof, by the terms of which the employer is obligated to make contributions to the Fund.

3.  "THE UNION" -- the Service Employees International Union, AFL-CIO, CLC and its affiliated Local Unions.

4.  "CONTRIBUTIONS" -- the payments required of a participating employer, or of a participating employee (if any), pursuant to the terms of a collective bargaining agreement or special agreement, for the purpose of providing health and welfare benefits to the employees covered by said agreements and their beneficiaries; also the self-payments made by participating employees pursuant to any self-payment rules adopted by the Trustees.

5.  "PARTICIPATING EMPLOYEE" -- any individual employed by a participating employer who is covered by a collective bargaining agreement, or special agreement, and for whom an employer makes contributions to the Fund and any individual who may have been so employed but is subsequently laid off, terminated, or retired.

6.  "BENEFICIARY" -- Any dependent of a PARTICIPATING EMPLOYEE, who is entitled to benefits, as defined in the Plan;

- 3 -

and any person designated by a participating employee or dependent, or by the terms of the Plan, to receive benefits upon the death of such participating employee or dependent.

7.   "BENEFIT PROGRAM" -- One of the three benefit arrangements which form the Plan and which are administered by the Trustees and for which Trust Fund assets are used to pay benefits.

8.   "PARTICIPATING EMPLOYER" -- any sole proprietorship, partnership, unincorporated association, corporation, or joint venture that is party to a collective bargaining agreement with the Union and that satisfies the requirements of Article V hereof.

9.   "PARTICIPATING EMPLOYER ASSOCIATION" -- any employer association that is party to a collective bargaining agreement and that satisfies the requirements of Article V hereof.

10.  "PARTICIPATING LABOR ORGANIZATIONS" OR " LABOR ORGANIZATION" -- labor organizations or organizations that represent employees in collective bargaining with employers and that satisfy the requirements of Article V hereof.

11.   "SIGNATORY PARTIES" -- the parties who have created this Trust Agreement and whose signatures appear on the last page hereof (or their successors).

12.  "SPECIAL AGREEMENT" -- a written agreement between a participating employer and the Trustees, and any supplement, amendment, continuation, or renewal thereof, that obligates the employer to make contributions to the Fund for the purpose of

- 4 -

providing health and welfare benefits to the employees covered by the said agreement.

13. "SUBSCRIPTION AGREEMENT" -- a written agreement by which a participating employer acknowledges its obligation to make contributions to the Trust Fund and subscribes to the terms and provisions of this Trust Agreement.

14. "TRUSTEES" OR "BOARD OF TRUSTEES" -- the Trustees of the fund and their successors. "Employer-appointed Trustees" shall mean the Trustees appointed by the Employer in accordance with this Agreement and Declaration and the collective bargaining agreement. "Union-appointed Trustees" shall mean Trustees appointed by the Union in accordance with this Agreement and Declaration. "Trustees" shall mean the Employer-appointed Trustees and Union-appointed Trustees collectively.

15. "TRUST" OR "TRUST FUND" OR "FUND" -- the entity created by this Trust Agreement, and all property and money held by such entity, including all contract rights and records.

16. "ADMINISTRATOR" -- the person, persons or entity retained by the Trustees to act as the administrative agent for the Fund and Plan.

17. "WELFARE BENEFITS" OR "EMPLOYEE WELFARE BENEFITS" -- the benefits provided under the Plan.

ARTICLE III

THE TRUSTEES

## 1. THE BOARD OF TRUSTEES

The Health and Welfare Trust and the Health and Welfare Plan shall be administered by a Board of Trustees composed of equal numbers of Employer-appointed Trustees and Union-appointed Trustees. The Trustees currently are:

<table>
<tr><td>For the Union</td><td>For the Employer</td></tr>
<tr><td>John J. Sweeney</td><td>Jerry Davis</td></tr>
<tr><td>Arline M. Neal</td><td>Clement Hipple</td></tr>
<tr><td>Richard W. Cordtz</td><td>Louis Brady</td></tr>
<tr><td>Mary Martin</td><td>David Tolson</td></tr>
</table>

## 2. STATUTORY CAPACITIES OF TRUSTEES

For purposes of complying with Section 302(c)(5)(B) of the Labor Management Relations Act of 1947, the participating employers shall be represented, in the administration of the Fund, by the Employer-appointed Trustees; and the participating employees shall be represented by the Union-appointed Trustees.

For purposes of complying with the various provisions of the Employee Retirement Income Security Act of 1974, the Trustees shall be considered as "named fiduciaries," "fiduciaries," the "plan administrator," and the "plan sponsor," as those terms are used in the Act.

## 3. AGENTS FOR SERVICE OF PROCESS

Each Trustee shall be considered as an agent of the Trust Fund for the purpose of accepting service of legal process,

- 6 -

provided that the Trustees may designate their administrative agent, or another person, as agent of the Trust Fund for this purpose.

4. NUMBER OF TRUSTEES

The number of Trustees shall be as follows:

(a) four trustees appointed by the Service Employees International Union, AFL-CIO, CLC; and

(b) four trustees appointed by representatives of the participating employer or employers.

The number of Alternate Trustees, who shall serve in the event that one or more of the Trustees is not able to attend a trustees' meeting or otherwise serve, shall be as follows:

(a) one Alternate Trustee shall be appointed by the Service Employees International Union, AFL-CIO; and

(b) one Alternate Trustee shall be appointed by representatives of the participating employer or employers.

When serving in lieu of a regular Trustee, an Alternate Trustee shall exercise all of the powers and shall be subject to the responsibilities and obligations of a regular Trustee.

5. TERMS OF TRUSTEES

The term of Employer Trustees and Alternate Employer Trustees shall be three years. Union Trustees and Alternate Union Trustees shall serve until removed as Trustees by the Service Employees International Union or until resignation or

- 7 -

death.

6.    APPOINTMENT OF SUCCESSOR EMPLOYER TRUSTEES

a.  In the event of the termination of appointment, resignation, or death of an Employer Trustee or Alternate Employer Trustee, a successor Employer Trustee or Alternate Employer Trustee shall be elected by majority vote of the participating employers.  A successor Trustee or Alternate Trustee pursuant to this provision shall serve until the end of term of his or her predecessor Trustee.

b.  Successors to Employer Trustees or Alternate Employer Trustees whose terms have expired shall be elected by majority vote of the participating employers.  Each employer shall have one vote.

7.    APPOINTMENT OF SUCCESSOR UNION TRUSTEES

In the event of the termination of appointment, resignation, or death of a Union Trustee or Alternate Union Trustee, a successor Union Trustee or Alternate Union Trustee, shall be appointed by the International President of the Service Employees International Union.

8.    INDIVIDUALS DISQUALIFIED FROM SERVING AS TRUSTEES

No individual who has been convicted of any the crimes listed in Section 411(a) of the Employee Retirement Income Security Act of 1974, as amended, shall serve as a Trustee

during the period of disqualification specified in the statute.

9.   ACCEPTANCE OF APPOINTMENT BY TRUSTEES

Each Trustee and Alternate Trustee shall sign a document accepting his appointment as Trustee and agreeing to abide by the terms and provisions of this Trust Agreement.

10.  TERMINATION OF APPOINTMENT BY APPOINTING-ENTITY

Except as may otherwise be specified in Sections 6 or 7 of this Article, the appointment of a Trustee or Alternate Trustee may be terminated by the entity which originally made the appointment according to such entity's internal rules, procedures, or practices.

The termination of a Trustee's or Alternate Trustee's appointment shall be effective upon the termination date specified in a written notice of termination, addressed to the Chairman and Secretary of the Trustees, prepared by the appointing entity.

11.  TERMINATION OF APPOINTMENT FOR FAILURE TO ATTEND MEETINGS

The appointment of a Trustee shall be automatically terminated if such Trustee or Alternate Trustee fails to attend three (3) consecutive meetings of the Trustees without being excused from attendance by specific action of the remaining Trustees noted in the minutes, at the discretion of the remaining Trustees.

- 9 -

12. TERMINATION OF APPOINTMENT FOR CONVICTION OF A CRIME

The appointment of a Trustee or Alternate Trustee shall be automatically terminated if such Trustee or Alternate Trustee is convicted of any of the crimes listed in Section 411(a) of the Employee Retirement Income Security Act of 1974, as amended.

13. TERMINATION OF APPOINTMENT FOR MENTAL INCAPACITY

The appointment of a Trustee or Alternate Trustee shall be automatically terminated if such Trustee is declared mentally incompetent by a court decree.

14. RESIGNATION OF APPOINTMENT

A Trustee or Alternate Trustee may resign his appointment at any time. Such resignation shall be effective upon the resignation date specified in a written notice of resignation addressed to the Chairman and Secretary of the Trustees.

15. VACANCIES

No vacancy in the position of Trustee shall impair the power of the remaining Trustees to administer the affairs of the Trust Fund so long as a quorum exists as specified in Article IV, Section 2, hereof.

16. RETURN OF BOOKS AND RECORDS

In the event of the termination of appointment,

resignation, or death of a Trustee, the Trustee (or his legal guardian, heirs, or personal representative) shall, upon the request of the Chairman or the Secretary of the Trustees, forthwith turn over to the Chairman or Secretary any and all records, books, documents, monies, and other property in the possession of the Trustee, or under his control, that belong to the Trust Fund or that were received by him in his capacity as Trustee.

## ARTICLE IV
### ADMINISTRATION OF THE HEALTH AND WELFARE FUND

1. **MANNER OF VOTING**

Any action to be taken by the Trustees shall be determined by a vote of a majority of the Trustees present at a meeting of the Board of Trustees regularly and duly called.

2. **CONSTITUTION OF A QUORUM**

To constitute a valid regular or special meeting of the Trustees a quorum must be present. A quorum shall consist of four trustees, at least one of whom is an Employer Trustee and one of whom is a Union Trustee.

3. **MOTIONS**

Any Trustee, including the Chairman or Secretary, may offer or second any motion or resolution presented for the Trustees'

consideration.

4. REGULAR MEETINGS

The Trustees shall hold regular periodic meetings consistent with the needs of Trust Fund business, provided that there shall be at least two (2) regular meetings held during each calendar year. The Trustees shall determine the time and place of all such meetings.

5. SPECIAL MEETINGS

Either the Chairman or the Secretary or any two (2) Trustees (one Employer Trustee and one Union Trustee) may call a special meeting of the Trustees by giving written notice to all the other Trustees of the time and place of such meeting at least ten (10) days before the date set for the meeting, provided that ten (10) days advance notice shall not be necessary if all Trustees are agreeable to an earlier meeting.

6. ACTION WITHOUT A FORMAL MEETING

The Trustees may take action without a formal meeting by means of (a) a conference telephone call, arranged by the Chairman, the Secretary or the Administrator, in which all Trustees participate, (b) the presentation of a written motion or resolution sent to all Trustees by the Secretary or the Administrator and the subsequent obtaining of Trustee votes on the motion or resolution in telephone calls placed to each

Trustee by the Secretary or the Administrator, or (c) the presentation of a written motion or resolution sent to all Trustees by the Secretary or the Administrator and the subsequent obtaining of Trustee votes on the motion or resolution in letters sent by each Trustee to the Secretary or the administrative agent.

Any such action shall be reported in the minutes of the next formal meeting of the Trustees.

7.   ARBITRATION OF DEADLOCKED ISSUES

In the event the Employer Trustees and Union Trustees should deadlock on any matter submitted for their concurrence, the dispute may be referred by either group of Trustees to an impartial arbitrator in accordance with the labor arbitration rules of the American Arbitration Association.  A deadlock shall be deemed to occur when there is a tie vote on any motion before the Trustees.

The Trustees shall attempt to agree on a joint submission of the statement of the issue in dispute.  However, if the Trustee cannot jointly agree upon such a statement, each group of Trustees shall submit to the arbitrator, in writing, its version of the issue in dispute.  As part of his award, the arbitrator shall state his determination of the issue in dispute.  The expense of any such arbitration, including any court proceedings relating thereto, and the fee of the arbitrator and the reasonable attorney and witness fees of the

parties, shall be chargeable to the Trust Fund.

The decision and award of the arbitrator shall be final and binding upon the Trustees and upon all parties whose interests are affected thereby.

The procedure specified in this Section shall be the sole and exclusive procedure for the resolution of deadlocked issues.

8.   ELECTION OF CHAIRMAN AND SECRETARY

The Trustees shall elect one of their number as Chairman and one as Secretary.  One of these officers shall be an Employer  Trustee and one shall be a Union Trustee.

The Chairman and the Secretary shall each hold office indefinitely, provided that when a particular Chairman and Secretary have held office for two (2) years, or at any time thereafter, the Employer Trustees or the Union Trustees may obtain, on their request, a rotation of offices, or a new election, or both.

A Chairman or Secretary may resign his or her office at any time.  Such resignation shall be effective upon the resignation date specified in a written notice of resignation addressed to the remaining Trustees.  In case of the resignation, death, or termination of appointment of either the Chairman or the Secretary, there shall be a new election of both officers.


9.   DUTIES OF CHAIRMAN AND SECRETARY

The Chairman shall chair the meetings of the Trustees,

- 14 -

shall appoint all committees, and shall carry out such other duties as the Trustees may assign.

The Secretary, in the absence of the Chairman, shall act in the place of the Chairman and perform the Chairman's duties. The Secretary shall also advise the Trustees as to all correspondence and financial reports pertaining to the Trust Fund and shall keep minutes or records of all meetings, proceedings, and actions of the Trustees, provided that these particular responsibilities may be delegated to the Administrator or to other of the professional or non-professional service providers retained by the Trustees.

10. AUTHORIZED SIGNATURES

The Chairman or the Secretary or any two authorized Trustees (one Employer Trustee and one Union Trustee) shall sign all negotiable instruments, certificates, contracts, government reports, and other legal documents on behalf of the Trust Fund, provided that the authority for signing negotiable instruments may be delegated to the Administrator, corporate trustee (if any), depository bank, or custodian bank. All persons doing business with the Trust Fund may rely on such signatures.

If the Trust Fund issues benefit checks to participating employees or their beneficiaries, the signatures of the Chairman and Secretary may be affixed thereto by facsimile signature device, under safeguards determine by the Trustees.

- 15 -

11.  COMPENSATION AND EXPENSES

No Trustees shall receive any compensation from the Trust Fund for services as a Trustee except as may be allowed under the Employee Retirement Income Security Act of 1974, as amended, and as may be authorized by the Trustees.

Each Trustee shall be reimbursed out of the Trust Fund for all reasonable expenses properly and actually incurred by him in the administration of the Trust Fund.

The Trustees shall establish the procedures and conditions for the payment  of compensation (if any) and for the reimbursement of expenses.

12.  BENEFITS TO TRUSTEES NOT PROHIBITED

Nothing in this Trust Agreement shall prohibit a Trustee from receiving any benefits under the terms of the Plan, if he or she is otherwise eligible for the same.

ARTICLE V

PARTICIPATION

1.  EMPLOYEES & EMPLOYERS ENTITLED TO PARTICIPATE

Employees represented by the Union shall be allowed to participate in the Trust Fund.  Any employer or employer association with whom the Union enters into a collective bargaining agreement requiring contributions to the Trust Fund shall be a participating employer with respect to the Trust

- 16 -

Fund.

2.  BARGAINING UNITS ENTITLED TO PARTICIPATE

The following labor organizations (or their successors), and the employers and employer associations with whom such labor organizations enter into collective bargaining agreements requiring contributions to the Trust Fund, and the employees in the bargaining units covered by such agreements, shall be allowed to participate in the Trust Fund:  Service Employees International Union Local 82 and any other Local Union affiliated with the Service Employees International Union.

The Trustees, however, shall have the authority to decline or terminate the participation of a particular bargaining unit if (a) the labor organization and the employer fail to provide the Trustees with a copy of their collective bargaining agreement; (b) the language of the contributions provisions of the collective bargaining agreement does not meet the requirements established by the Trustees (if any); (c) the employer fails to submit a subscription agreement binding it to this Trust Agreement, if required; (d) the negotiated contribution rate is lesser, or greater, than the contribution rate supporting a particular benefit program then being administered by the Trustees, provided that the Trustees, in their discretion, may accept the different contribution rate, and establish different eligibility rules or benefit formulas for the employees affected; or (e) there exist other facts and

circumstances that, in the Trustees' discretion, justify a declination or termination of participation.

3.   OTHER BARGAINING UNITS

The Trustees shall have the authority to permit labor organizations (other than those specified above) and employers and employer associations with whom such labor organizations bargain, and the employees in the bargaining units covered by collective bargaining agreements, to participate in the Trust Fund.

The participation of such bargaining units shall be entirely discretionary with the Trustees and shall be subject to whatever terms and conditions they may impose.

4.   NON-BARGAINING UNIT EMPLOYEES OF PARTICIPATING EMPLOYERS

The Trustees shall have the authority to enter into special agreements directly with participating employers who are contributing for their bargaining unit employees, by the terms of which such an employer agrees to make contributions to the Trust Fund so that non-bargaining unit employees of the employer can be covered by the Plan.  To the extent allowed by law, the Trustees may deem corporate owner-officers, sole proprietors, and partners of participating employers as "participating employees" and permit them to be included as non-bargaining unit employees.

The acceptance of such special agreements shall be entirely

- 18 -

discretionary with the Trustees and shall be subject to whatever terms and conditions they may impose.

5.   STAFF EMPLOYEES OF PARTICIPATING LABOR ORGANIZATIONS

The Trustees shall have the authority to enter into special agreements directly with participating labor organizations by the terms of which such a labor organization agrees to make contributions to the Trust Fund so that the employees of the labor organization can be covered by the benefit plans provided through the Trust Fund.

The acceptance of such special agreements shall be entirely discretionary with the Trustees and shall be subject to whatever terms and conditions they may impose.

6.   STAFF EMPLOYEES OF PARTICIPATING EMPLOYER ASSOCIATIONS

The Trustees shall have the authority to enter into special agreements directly with participating employer associations by the terms of which such an employer association agrees to make contributions to the Trust Fund so that the employees of the employer association can be covered by the benefit plans provided through the Trust Fund.

The acceptance of such special agreements shall be entirely discretionary with the Trustees and shall be subject to whatever terms and conditions they may impose.

7.  TRUST FUND EMPLOYEES

The Trustees shall have the authority to allow participation by the employees of the Trust Fund (if any), or of the SEIU National Industry Pension Fund and SEIU Vacation Fund in the Health and Welfare Plan provided through the Trust Fund. The cost of such coverage shall be chargeable to the fund to whose employees Health and Welfare coverage is extended.

Such coverage shall be entirely discretionary with the Trustees and shall be subject to whatever terms and conditions they may impose.

8.  UNAUTHORIZED PARTICIPATION; NO WAIVER BY TRUSTEES

It is expected that participating employers will submit contributions only on behalf of employees whom the Trustees have authorized to participate in this Health and Welfare Plan. The receipt by the Trust Fund of contributions which may be submitted on behalf of individuals who are not eligible to participate shall not prevent the Trustees from declining or terminating the participation of such individuals nor shall it constitute a waiver of any of the provisions of this Article or of the Plan.

- 20 -

## ARTICLE VI

## TRUSTEE RESPONSIBILITIES

1.  GENERAL DUTY - RECEIPT OF CONTRIBUTIONS AND CREATION
    AND ADMINISTRATION OF PLAN

    It shall be the general duty of the Trustees to receive the contributions from participating employers and any other income or assets that they may receive and, with such, to create and administer the Plan for the participating employees.

    Additionally, the Trustees shall have the specific duties set forth in this Trust Agreement and such other duties as are imposed upon them by Section 302(c) of the Labor Management Relations Act of 1947, the Employee Retirement Income Security Act of 1974, and other applicable laws.

2.  COMPLIANCE WITH THE INTERNAL REVENUE CODE

    The Trustees shall administer the Trust Fund and the Plan so that, to the extent allowed in the Internal Revenue Code, employer contributions are tax deductible and the Trust Fund remains tax exempt.

3.  BASIS OF PAYMENTS TO AND FROM TRUST FUND

    The basis on which contributions of participating employers are made shall be a specified in the underlying collective bargaining agreement or special agreement.  The basis on which benefits are paid out of the Trust Fund shall be as specified in the Health and Welfare Plan.

- 21 -

4.    APPLICATION OF TRUST FUND ASSETS

As required by Section 403 (c)(1) of the Employee Retirement Income Security Act of 1974, as amended, the assets of the Trust Fund shall never inure to the benefit of any participating employer and shall be held for the exclusive purposes of providing benefits to participating employees and defraying reasonable expenses of administering the plan.

5.    FIDUCIARY STANDARDS

As required by Section 404(a)(1)(A) and (B) of the Employee Retirement Income Security Act of 1974, as amended, the Trustees shall discharge their duties and administer the Trust Fund assets solely in the interest of the participating employees and defraying reasonable expenses of plan administration.

In carrying out their duties the Trustees shall act with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent man acting in like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims.

6.    DEPOSITS

The contributions, or any other monies which the Trustees may receive, shall be deposited in one or more banks or similar financial institutions supervised by the United States or a state, pending the allocation of such monies for the payment of

- 22 -

current benefits and expenses, or for investment. Such monies may be commingled, on a temporary basis, with monies belonging to other related trust funds.

7.    INVESTMENTS

The Trustees shall invest all contributions or other monies not required for the payment of current benefits and expenses. The Trustees may invest and reinvest in bank accounts, savings and loan accounts, securities, mortgages, deeds of trust, notes, commercial paper, real estate, insurance contracts, and in such other property, real, personal, or mixed, as they deem prudent, provided that in the making of investments the Trustees shall diversify such investments as required by Section 404(a)(1)(C) of the Employee Retirement Income Security Act of 1974, as amended, so as to minimize the risk of large losses, unless under the circumstances it is clearly prudent not to do so. Further, no investment shall be made which would constitute a "prohibited transaction" within the meaning of Section 406 of such Act, provided that the Trustees shall have the authority to apply to the Secretary of Labor for a conditional or unconditional exemption from any of the "prohibited transaction" rules, as they deem necessary in the administration of the Trust Fund and the plan.

8.    SPECIFICALLY PERMITTED INVESTMENTS

In the event the Trustees designate one or more banks or

similar financial institutions supervised by the United States or a state to serve as custodian of the trust assets, or as corporate trustee, or in another fiduciary capacity, the monies belonging to the Trust Fund may be invested in the accounts of such bank or institution, provided that such accounts bear a reasonable interest rate.

Further, the monies of the Trust Fund may be invested in (a) a common or collective trust fund, or pooled investment fund, maintained by a bank or trust company supervised by the United States or a state, or (b) in a pooled investment fund of an insurance company, even though such bank, trust company, or insurance company is a party-in-interest as that term is designated in Sections 3(14) of the Employee Retirement Income Security Act of 1974, as amended, provided that the bank, trust company, or insurance company receives not more than reasonable compensation for managing such an investment.

9. TITLE TO INVESTMENTS AND OTHER ASSETS

Title to all investments or other assets of the Trust fund shall be maintained in the name of the Trust Fund, provided that for convenience in transferring stocks, bonds, or other negotiable securities, title to such securities may be held in the name of the Trust Fund's custodian bank or its nominee.

Except as may be authorized by regulation of the Secretary of Labor, the indication of ownership of all investments and other assets of the Trust Fund shall not be maintained outside

- 24 -

the jurisdiction of the district courts of the United States.

10.  FIDELITY BOND

The Trustees shall procure a fidelity bond in the amount required by Section 412(a) of the Employee Retirement Income Security Act of 1974, as amended, covering each Trustee or other person who receives, handles, disburses, or otherwise exercises custody or control of any of the funds or other property of the Trust Fund.  The cost of such bond shall be chargeable to the Trust Fund, provided that, if such bond covers persons other than the Trustees or their employees (if any), and if there is an additional premium for the coverage for such other persons, the additional premium shall be chargeable to such other persons.

11.  RECORDS

The Trustees shall maintain records of their administration of the Trust Fund, including records of all receipts and disbursements, all investments purchased or sold, the text of the Plan and all benefit programs, all employee eligibility listings, all minutes of Trustee meetings, and all correspondence.  No such record shall be destroyed except upon the specific action of the Trustees, and destruction shall not be directed until a period of seven (7) years has elapsed from the date of the record was created.

- 25 -

12. ANNUAL AUDIT

The Trustees shall engage an independent qualified public accountant and shall authorize such accountant to conduct an annual financial examination of the Trust Fund, as required by Section 103(a)(3)(A) of the Employee Retirement Income Security Act of 1974, as amended. The cost of such examination shall be chargeable to the Trust Fund.

A statement of the result of each such examination shall be submitted to the Trustees for their review and, further, shall be made part of the Trust Fund's annual report.

13. PLAN DESCRIPTION

The Trustees shall prepare and file with the Department of Labor a plan description, a summary plan description, and any modifications or changes in the information contained in such description, as required by Section 102 of the Employee Retirement Income Security Act of 1974, as amended.

The Trustees shall also furnish to participating employees copies of the summary plan description and copies of any modifications or changes in the information in such description, as required by Section 104(b)(1) of such Act.

14. ANNUAL REPORT

The Trustees shall prepare and file with the Department of Labor an annual report, as required by Section 103 of the Employee Retirement Income Security Act of 1974, as amended.

The Trustees shall also furnish to participating employees portions of the annual reports as required by Section 104(b)(3) of such Act.

15.  DOCUMENTS TO BE EXAMINED OR FURNISHED

The Trustees shall make copies of (a) this Trust Agreement, (b) the plan description, (c) the latest annual report, (d) the applicable collective bargaining agreement, and (e) any other contracts or instruments under which the Health and Welfare Plan is established or operated available for examination by participating employees in the Trust Fund office, as required by Section 104(b)(2) of the Employee Retirement Income Security Act of 1974, as amended.

The Trustees shall, upon written request by a participating employee, furnish to the participating employee a copy of (a) this Trust Agreement, (b) the plan description, (c) the latest up-dated summary plan description, (d) the latest annual report, (e) any terminal report, (f) the applicable collective bargaining agreement, and (g) any other contracts or instruments under which the plan is established or operated, as required by Section 104(b)(4) of such Act.  Such copies shall be furnished within thirty (30) days of this request.  The Trustees may impose a reasonable charge for such copies as may be allowed by regulation of the Secretary of Labor.

16. PROCEDURE FOR ESTABLISHING FUNDING POLICY

The Trustees shall meet periodically with the Plan's consultant, the independent qualified public accountant, and such other Trust fund advisers as may be appropriate, for the purpose of anticipating the short run and long run financial needs of the Trust Fund. Thereupon, the Trustees shall adopt an appropriate funding policy and method for the Trust Fund.

The funding policy and method shall be considered by the Trustees in the management of Trust Fund investments. In the event the management of Trust Fund investments has been delegated to an investment manager, the funding policy and method shall be considered by such manager.

## ARTICLE VII

### TRUSTEE POWERS

1. GENERAL POWER

Except as may be expressly limited by the terms of this Trust Agreement, the Trustees shall have full and exclusive authority and discretion to control and administer the Trust Fund and the Health and Welfare Plan as well as to interpret both the terms of this Trust Agreement and the terms or rules of any plan established by the Trustees.

The authority of the Trustees not only encompasses the specific powers recited in the various paragraphs of this Trust Agreement but also includes the general power to do all actions, including the expenditure of Trust Fund monies, which they may deem necessary to carry out the purposes of this Trust

Agreement.

The Trustees may implement their powers through the adoption of appropriate motions, resolutions, or administrative rules and regulations.

2.   SPECIFIC POWERS DISCRETIONARY

The recitation of specific powers in this Trust Agreement shall not be interpreted as compelling the exercise of any such power.  The exercise of specific powers is discretionary with the Trustees.

3.   AMENDMENT OF PLAN(S)

The Trustees shall have the authority to amend the Plan or any plan hereafter adopted, including amendments that expand, restrict, or terminate all or part of the rules relating to eligibility for benefits, or to the amount and nature of such benefits, as they determine.  Amendments may be made on a prospective or retroactive basis in accordance with applicable laws.

4.   DESIGN OF THE PLAN(S)

The Trustees shall have the authority to determine the provisions of the Plan(s), including the determination of the rules  under which participating employees shall be eligible for benefits and the nature and amount of such benefits.  The Trustees have the authority to make such determinations for each bargaining unit on an independent and individual basis.  They

- 29 -

shall also have the authority to determine the eligibility and benefit rules which will apply to any class or classes of beneficiaries. If there are different contribution rates, the Trustees may establish different eligibility rules, or benefit formulas, for the participating employees who are affected thereby.

5. CREATION OF BENEFIT PLANS

The Trustees shall have the authority to create and maintain an employee welfare benefit plan (or plans).

The Trustees shall have the authority to amend such benefit plan (or plans), or any plans hereafter adopted, including amendments that expand, restrict, or terminate all or part of the rules relating to eligibility for benefits, or to the amount and nature of such benefits, as they may determine. Amendments may be made on a prospective or retroactive basis in accordance with applicable law.

6. ADDITIONAL BENEFIT PLANS AND PROGRAMS

The Trustees shall have the authority to create and administer additional employee welfare benefit plans, and additional benefit programs within the Plan, as may be lawful under Section 302(c) of the Labor Management Relations Act of 1947 and under Section 3(1) of the Employee Retirement Income Security Act of 1974, provided that such plans and programs are supported by employer or employee contributions.

- 30 -

7.  MEANS OF PROVIDING BENEFITS

The Trustees shall have the authority to provide the benefits, in whole or in part, directly from the Trust Fund or to contract with an insurance carrier, service organization, health maintenance organization or other entity, to underwrite or provide such benefits.

8.  FACILITY OF PAYMENT

The Trustees shall have the authority to adopt rules by the terms of which benefit payments owing to minors or incompetents may be paid instead to a person or institution providing care or other services to such minor or incompetent, even though a legal guardianship does not exist.  Benefit payments made under any such rules shall fully discharge the Trust Fund obligation to the minor or incompetent.

9.  SELF-PAYMENTS BY EMPLOYEES

The Trustees shall have the authority to include provisions in the benefit plans by the terms of which participating employees, during periods of strikes, lockouts, employer delinquencies, leaves of absence, disabilities, layoffs, termination, or retirement may be permitted to make contributions in their own behalf.

10.    AN ADMINISTRATIVE AGENT OR ADMINISTRATOR

The Trustee shall have the authority to retain, at the expense of the Trust Fund, one or more administrative agents or administrator(s) to assist the Trustees in the day to day administration of the Trust Fund and the Plan. Such assistance may include the receipt and recording of contributions, the processing of delinquent accounts, the preparation of employee eligibility listings, the processing of benefit applications, the payment of benefits, the maintenance of financial records, and the handling of routine communications.

The administrative agent may be a contract administrator or salaried administrator. In the event the Trustees employ a salaried administrator they shall also have the authority to employ such additional administrative staff personnel as may be necessary.

The Trustees shall periodically review the performance of the administrative agent.


11.    BANKING SERVICES

The Trustees shall have the authority to retain, at the expense of the Trust Fund, one or more banks or similar financial institutions supervised by the United States or a state, to perform depository or custodial services, or to serve as corporate trustee or co-trustee, on behalf of the Trust Fund.

The Trustees shall periodically review the performance of

- 32 -

the banks which they have retained to perform the banking services.

12. OTHER PROFESSIONAL AND NON-PROFESSIONAL HELP

The Trustees shall have the authority to retain, at the expense of the Trust Fund, one or more accountants, actuaries, attorneys, employee benefit plan consultants, investment managers, payroll auditors, and other professional or nonprofessional help, as they may deem necessary in the administration of the Trust Fund and the Plan. Unless limited by the Employee Retirement Income Security Act of 1974, as amended, the retention of any such professional or non-professional help may be on a contract or salaried basis.

The Trustees shall periodically review the performance of their professional and non-professional help.

13. OBTAINING OF NECESSARY PREMISES, EQUIPMENT, AND SUPPLIES

The Trustees shall have the authority to purchase or lease suitable premises and equipment and to purchase materials and supplies, at the expense of the Trust Fund, as they may deem necessary in the administration of the Trust Fund and the Plan.

14. INSURANCE

The Trustees shall have the authority to purchase policies of insurance (liability, property damages, casualty, and errors and omissions) to protect the Trust Fund and to protect

- 33 -

themselves and their employees (if any) with respect to the activities on behalf of the Trust Fund as they may deem necessary. The cost of such insurance policies shall be chargeable to the Trust Fund, provided that, if such insurance policies cover persons other than the Trustees or their employees (if any), and if there is an additional premium for the coverage for such other persons, the additional premium shall be chargeable to such other persons.

Any policy of errors and omissions insurance which covers the Trustees individually shall contain a recourse clause as required by Section 410 (b)(1) of the Employee Retirement Income Security Act of 1974, as amended, provided that nothing herein shall prevent a Trustee (or an employer, employer association, or labor organization acting on his behalf) from purchasing for the Trustee or Trustees a waiver of the recourse clause or a separate policy insuring against such recourse.

15. BORROWING MONEY

The Trustees shall have the authority to borrow money for the Trust Fund, with or without security, as they may deem necessary in the administration of the Trust Fund and the Plan.

16. RESERVE FUNDS

The Trustees shall have the authority to maintain reasonable reserve funds for future contingencies as they may deem necessary in the administration of the Trust Fund and the

Plan.

17. PAYMENTS OF TAXES

The Trustees shall have the authority to pay, at the expense of the Trust Fund, all real and personal taxes, and other taxes and assessments of any kind, that may be lawfully levied or assessed against the Fund.

18. REFUNDS OF CONTRIBUTIONS ERRONEOUSLY PAID

The Trustees shall have the authority to adopt rules by the terms of which refunds of contributions may be made to a participating employer where the employer has paid such contributions in error, provided that employer refunds shall be made only as permitted by Section 403(c) of the Employee Retirement Income Security Act of 1974, as amended.

19. PROSECUTION OF LEGAL ACTIONS OR CLAIMS

The Trustees shall have the authority to originate and maintain any legal actions or claims involving potential legal action, at the expense of the Trust Fund, as they may deem necessary in the administration of the Trust Fund and the benefit plan. All such actions and claims shall be prosecuted in the name(s) of the Trust Fund, the Trustees or in the name of an assignee.

20. DEFENSE OF LEGAL ACTIONS AND CLAIMS

The Trustees shall have the authority to defend all legal actions, claims involving potential legal actions, and investigatory proceedings initiated against the Trust Fund or against one or more of the employees of the Trust Fund (if any) that relate to the administration of the Trust Fund or the Plan. Except as stated below, the defense of such actions, claims, and proceedings shall be at the expense of the Trust Fund.

If a final court decree establishes personal liability on the part of specified Trustees, administrative agents, or employees (if any) for breach of their fiduciary responsibilities, as provided in Section 409(a) of the Employee Retirement Income Security Act of 1974, as amended, and orders that the specified persons are to bear the expenses of their own defense, their attorney fees shall not be chargeable to the Trust Fund. If attorney fees and costs have already been charged to the Trust Fund, the specified persons shall be obligated to repay the Trust Fund their pro-rata share of such fees and costs.

21. COMPROMISE OF LEGAL ACTIONS OR CLAIMS

The Trustees shall the authority to compromise, settle, or release all legal actions or claims involving potential legal actions, in favor of or against the Trust Fund, on such terms and conditions as they may determine.

- 36 -

22.  PENALTIES FOR FALSE OR WITHHELD INFORMATION

The Trustees shall have the authority to adopt rules and regulations by the terms of which reasonable penalties or forfeitures may be imposed upon participating employees who (a) falsify any information requested of them in the administration of the Trust Fund and the Plan, or (b) fail to provide requested information within a reasonable time.

23.  CORRECTION OF ERRORS

It is recognized and acknowledged by all parties that the Trustees will provide benefits to participating employees based on Trust Fund records.  It is also recognized and acknowledged that such records could be incorrect due to (a) employers reporting individuals who are not eligible for participation, (b) employers reporting incorrect names or incorrect social security numbers, (c) employers reporting more (or less) than the hours or contributions required to be reported, (d) delinquent employer reports, (e) employees submitting incorrect social security numbers or false benefit applications, (e) recording or computation errors by the administrative agent, (f) computer errors, or (g) other similar circumstances.  The Trustees shall have the authority to correct the Trust Fund records and to terminate participation, benefits, or seek the recovery of benefit overpayments, as they may determine to be appropriate.

- 37 -

## 24.  SUBSCRIPTION AGREEMENTS

The Trustees shall have the authority to create and distribute subscription agreements, at the expense of the Trust Fund, by the terms of which a participating employer acknowledges its obligation to make contributions to the Trust Fund and subscribes to the terms and provisions of this Trust Agreement.

## 25.  PARTICIPATION IN NON-PROFIT EDUCATIONAL ORGANIZATIONS

The Trustees shall have the authority to participate in non-profit foundations, corporations, councils, committees, or other organizations which sponsor educational programs or provide educational materials pertaining to the administration of trust funds of this nature and of employee benefit plans.  If the Trustees act to participate in any such non-profit organizations, the membership or participation fees of the organization shall be chargeable to the Trust Fund.

The Trustees shall also have the authority to purchase educational materials and to provide for the attendance of the Trustees, or of such of their employees (if any), as they may designate, at educational conferences and meetings.  The costs of such materials and attendance shall be chargeable to the Trust Fund.

## 26.  RECIPROCITY

The Trustees shall have the authority to enter into

- 38 -

reciprocal agreements with other employee benefit trust funds providing similar benefits to those provided through the Trust Fund, for the exchange of eligibility credits or monies or for the payment of pro-rata benefits, in order to protect employees who may terminate their participation in the Trust Fund and begin participation in a reciprocal trust fund and vice-versa.

27.  COORDINATED ADMINISTRATION

The Trustees shall have the authority to coordinate the administration of the Trust Fund and of the Plan with the administration of other SEIU employee benefit trust funds and benefit plans, to such extent as they may determine.

28.  MERGERS

It is recognized that at some time or times in the future, the Trustees may deem it in the best interest of the Trust Fund and of the participating employees, their beneficiaries, participating employers, employer associations and labor organizations to accept the merger of another employee welfare benefit trust fund into the Trust Fund, or to merge the Trust Fund into another employee welfare benefit trust fund.

In the event that another employee welfare benefit trust fund is to be merged into the Trust Fund, the Trustees shall have the authority to negotiate and consummate an appropriate merger agreement, and pursuant thereto, to accept a transfer - of the remaining monies, assets, and liabilities from the other

- 39 -

trust fund.

In the event the Trust Fund is to be merged into another employee welfare benefit trust, the Trustees shall have the authority to negotiate and consummate an appropriate merger agreement, and pursuant thereto, to terminate the Trust Fund and to transfer the remaining monies, assets, and liabilities to the other trust fund. However, if the signatory parties hereto are other than the Trustees, no merger of the Trust Fund into another trust fund shall be negotiated or consummate without the written approval of the signatory parties.

29. INTERPRETATION AND APPLICATION OF DOCUMENTS

The Trustees shall have the authority to interpret and apply the provisions of this Trust Agreement, or of the Plan, or of their own motions, resolutions, and administrative rules and regulations, or of any contracts, instruments or writing that they may have adopted or entered into.

## ARTICLE VIII
### ALLOCATION OR DELEGATION OF TRUSTEE RESPONSIBILITIES

1. ALLOCATION OF RESPONSIBILITIES TO COMMITTEES

The Trustees may allocate to one or more committees of Trustees all or part of the following responsibilities, with full power to act: (a) the responsibility for managing the Trust Fund investments (if not otherwise delegated to a qualified

- 40 -

investment manager); (b) the responsibility for reviewing and determining benefit claims of participating employees; (c) the responsibility for conducting hearings and issuing determinations as provided for in Article X, Section 2, hereof; (d) the responsibility for resolving questions or problems that may encountered in connection with payroll auditing activities; (e) the responsibility for resolving questions or problems that may be encountered for in connection with the collection of delinquent employer accounts; (f) the responsibility for resolving problems that may be encountered in connection with the day-to-day work of the Administrator or other agent; (g) the responsibility for reviewing the performance of the qualified investment manager (if any), and of the other professional persons retained by the Trustees.

In the event the Trustees elect to allocate any of the stated responsibilities they shall do so by the adoption of a motion or resolution calling for the appointment of a committee of Trustees (consisting of equal numbers of Employer Trustees and Union Trustees) and specifying the particular responsibility that is being allocated. With respect to the responsibility that is allocated, the committee shall have all the powers of the full Board of Trustees. Any action to be taken by the committee shall be determined according to the voting formula contained in Article IV, Section 1 hereof. If the committee members deadlock in any such matter submitted for their concurrence, such matter shall be referred to the full Board of

Trustees for review and action.

Nothing contained herein shall in any way limit the authority of the Trustees to create additional committees for the purpose of conducting the affairs of the Trust Fund, provided that any such committee shall be empowered only to make recommendations with respect to the matters referred to it.

2.    DELEGATION OF INVESTMENT RESPONSIBILITIES

The Trustees may delegate all or part of their responsibilities for the management of the Trust Fund investments to one or more qualified investment managers, as that term is defined in Section 3(38) of the Employee Retirement Income Security Act of 1974, as amended. In the event the Trustees elect to delegate investment responsibility they shall do so by the adoption of a motion or resolution making the delegation to a designated investment manager. The delegation shall be effective when the investment manager accepts the delegation and acknowledges in writing his status as a fiduciary with respect to the Trust Fund.

3.    DELEGATION OF OTHER RESPONSIBILITIES

The Trustees may delegate all or part of their responsibilities with respect to the administration of the Trust Fund or the Plan (except investment responsibilities) to their administrative agent or to any other person whom they may designate for such purpose.

- 42 -

In the event the Trustees elect to delegate a particular responsibility they shall do so by the adoption of a motion or resolution making the delegation to a designated person. If the delegation involves a responsibility other than one which is ministerial in nature, the designated person shall also acknowledge in writing his status as a fiduciary with respect to the Trust Fund.

4.    REVIEW OF PERFORMANCE

In the event the Trustees elect to allocate or delegate Trustee responsibilities they shall periodically review the performance of the persons to whom such responsibilities have been allocated or delegated.

## ARTICLE IX

## CONTRIBUTIONS AND COLLECTIONS

1.    CONTRIBUTION REPORTING FORMS

The Trustees shall create and make available, at the expense of the Trust Fund, contribution reporting forms for the use of participating employers in making their contributions.

2.    CONTRIBUTION DUE DATE

All contributions shall be due by the date specified in the underlying collective bargaining agreement or special agreement. If the underlying collective bargaining agreement or special

- 43 -

agreement does not specify a due date, the Trustees shall have the authority to fix such a date.

3.   DELINQUENT CONTRIBUTIONS

A participating employer shall be considered to be delinquent in the payment of contributions if it (a) fails to submit a contribution reporting form, and the contributions detailed therein, by the close of business on the due date, or (b) fails to submit contributions on behalf of all the employees for whom contributions are required by the underlying collective bargaining or special agreement, or (c) fails to compute properly the contributions according to the required contribution formula specified in the underlying collective bargaining agreement or special agreement.

The Trustees shall undertake reasonable efforts to collect known delinquent contributions and related claims.

4.   AUDIT OF EMPLOYER BOOKS AND RECORDS

The Trustees shall have the authority, at the expense of the Trust Fund, to audit the payroll books and records of a participating employer, either directly or through a qualified public accountant, as they may deem necessary in the administration of the Trust Fund.  Such payroll audit may be undertaken pursuant to a routine payroll audit program or on an individual basis.

Whenever a payroll audit is authorized, the participating

- 44 -

employer involved shall make available to the Trustees, or the qualified public accountant designated by them, its payroll books and records.  Such books and records shall include (a) all records which the employer may be required to maintain under Section 209.(a)(1) of the Employee Retirement Income Security Act of 1974, as amended, and (b) time cards, payroll journals, payroll check registers, cancelled payroll checks, copies of the employer's federal, state, and local payroll tax reports, and wages, or other compensation, of the employees or from which such can be verified.

In the event the payroll audit discloses that the participating employer has not paid contributions as required by the underlying collective bargaining agreement or special agreement, the employer shall be liable for the costs of the audit.  The Trustees shall have the authority, however, to waive  all or part of such costs for good cause shown.

5.   LIQUIDATED DAMAGES AND INTEREST

It is recognized and acknowledged by all parties, including the participating employers, that the prompt and accurate payment of contributions is essential to the maintenance of a Trust Fund and the Plan and that it would be extremely difficult, if not impossible, to fix the actual expense and damage to the Trust Fund that would result from failure to of a participating employer to pay the required contributions within the time provided.  Therefore, if any participating employer

shall be delinquent in the payment of contributions such employer shall be liable, in addition, for liquidated damages of twenty percent (20%) of the amount of the contributions which are owed or one hundred dollars ($100.00) whichever is greater. In addition, the delinquent contributions shall bear interest, from the due date until they are paid, at the per annum rate charged by the Internal Revenue Service for late payment of taxes pursuant to Section 6621 of the Internal Revenue Code. The Trustees shall have the authority, however, to waive all or part of the liquidated damages or interest for good cause shown.

6.  ATTORNEY FEES AND COURT COSTS

Further, in event the Trustees place the account in the hands of legal counsel for collection, the delinquent employer shall be liable for reasonable attorney fees (with a minimum of $100.00) and for all reasonable costs incurred in the collection process, including court fees, audit fees, etc. The Trustees shall have the authority, however, to waive all or part of the attorney fees or collection costs for good cause shown.

7.  VENUE FOR COLLECTION ACTIONS

In the event a collection suit is initiated, venue of such suit may be laid in any court of competent jurisdiction (federal or state) at the option of the Trustees.

8.  PROTECTION OF EMPLOYEES IN CASES OF DELINQUENCY

To protect participating employees in situations where they may be denied benefits because their employer is delinquent in the payment of contributions, the Trustees shall have the authority to extend eligibility credits to such employees or to direct the payment of benefits to them, or to their beneficiaries, in whole or in part, as they may determine.

The extension of eligibility credits or the payment of benefits shall not, however, release the delinquent employer from the responsibility for payment of the contributions owed.

9.  COORDINATION WITH PROVISIONS IN COLLECTIVE BARGAINING AGREEMENTS

In the event the underlying collective bargaining agreement contains provisions relating to delinquencies that specify additional remedies, or obligate the delinquent employer to greater amounts of liquidated damages, interest, or attorney fees than those set forth herein, the Trustees, at their option, may pursue the additional remedies or impose the greater charges.  The Trustees shall not be obligated, however, to pursue the collection of delinquent accounts through the grievance arbitration procedures (if any) provided in the underlying collective bargaining agreement.

ARTICLE X

HEARING AND ARBITRATION PROCEDURES

1.    PROCEDURES TO BE FOLLOWED

The Trustees and the participating employees shall follow these hearing procedures.

The procedures specified in this Article shall be the sole and exclusive procedures available to a participating employee who is dissatisfied with an eligibility determination or benefit award, or who is otherwise adversely affected by any action of the Trustees.

2.    HEARINGS BEFORE BOARD OF TRUSTEES

Any participating employee of a participating employer who applies for benefits and is ruled ineligible by the Trustees (or by a committee of Trustees, an administrative agent, insurance carrier, or other organization acting for the Trustees) or who believes (s)he did not receive the full amount of benefits to which (s)he is entitled, or who is otherwise adversely affected by any action of the Trustees, shall have the right to request the Trustees conduct a hearing in the matter, provided that the employee makes such a request, in writing, within sixty (60) days after being apprised of, or learning of, the action. The Trustees shall then conduct a hearing at which the participating employee shall be entitled to present his position and any evidence in support thereof. The participating employee shall be entitled to present his or her position and any evidence in

- 48 -

support thereof and may be represented at any such hearing by an attorney or by an other representative of the employee's choosing.  Thereafter, the Trustees shall issue a written decision affirming, modifying, or setting aside the former action, which decision shall be final and binding on all parties.

## ARTICLE XI

### LIMITATIONS

1.  LIABILITIES AND DEBTS OF TRUST FUND

   1.  No signatory party or Trustee, and no participating employer, employer association, union, labor organization or employee shall be responsible for the liabilities or debts of the Trust Fund.

2.  LIABILITIES AND DEBTS OF PARTICIPATING PARTIES

   No participating employer, employer association, union or labor organization shall become responsible by reason of their participation in the Trust fund for the liabilities or debts of any other participating employer, employer association, or labor organization.

3.  PERSONAL LIABILITIES OF TRUSTEES

   No Trustee shall incur any personal liabilities in connection with the administration of the Trust Fund or the Plan, except for such liability that may be established in

- 49 -

accordance with Section 409(a) of the Employee Retirement Income Security Act of 1974, as amended.

No Trustee shall be personally liable for a breach of fiduciary responsibilities if such breach was committed before he became a Trustee or after he ceased to be a Trustee.

4.   JUDGMENTS AGAINST TRUST FUND

Any money judgment against the Trust Fund shall be enforceable only against the Trust Fund entity and shall not be enforceable against any Trustee or other person, unless liability against the Trustee or other person, in his individual capacity, is established in accordance with Section 409(a) of the Employee Retirement Income Security Act of 1974, as amended.

5.   PARTICIPATING PARTIES' RIGHTS

Except as specifically provided for in this Trust Agreement, or in the Plan, no participating employer, employer association, union, labor organization, or employee, nor any beneficiary or participating employee shall have any right, title, or interest in or to the Trust Fund, or in or to the contributions or in or to the benefits provided.

No participating employee shall be entitled to receive any part of the contributions in lieu of the benefits provided, nor shall a participating employee who does not qualify for benefits,  or his employer, have any claim to the contributions which may have been paid on his behalf.

- 50 -

6.  CESSATION OF PARTICIPATION

In the event a participating employer, employer association, union or labor organization, or groups thereof should cease their participation in the Trust Fund, there shall be no division or allocation of any of the monies or assets of the Trust Fund, except as may be required by law.

7.  PROTECTION OF TRUST FUND, CONTRIBUTIONS, AND BENEFITS

No part of the Trust Fund (including the contributions) or the benefits payable under the Plan shall be subject in any manner, by a participating employee or beneficiary, to anticipation, alienation, sale, transfer, assignment, encumbrance, or charge, and any such attempt shall be null and void.

Further, no part of the Trust Fund (including the contributions) or the benefits payable under the Plan shall be liable for the debts of a participating employee or beneficiary, nor be subject in any manner to garnishment, attachment, lien, charge, or any other legal process brought by any person against a participating employee or beneficiary, and any such attempt shall be null and void.

8.  RELIANCE UPON WRITTEN DOCUMENTS

The Trustees may act upon any written letter, report, certificate, instrument, or other document submitted to them by

- 51 -

any participating employer, union, labor organization or employee, or by any other person, where such document appears to be genuine and to be signed by the proper person or persons, and the Trustees shall be under no duty to make any investigation or inquiry as to any statement contained in such document.

9.   AGENTS OF TRUST FUND

The Trust Fund is an entity separate and apart from the participating employers, employer associations, and the Union. Accordingly, unless authorized in a motion or resolution of the Board of Trustees, no participating employer, employer association, or Union, nor any individual employed thereby, shall have any authority to act or function for or on behalf of the Trust fund or as an agent thereof.

Likewise, unless authorized in a motion or resolution of the Board of Trustees, no individual Trustee shall have any authority to act or function for or on behalf of the Trust Fund or as an agent thereof.

ARTICLE XII

MISCELLANEOUS

1.   TRUST FUND OFFICES

The Trust Fund shall maintain a principal office and sub offices, where necessary, in such locations as the Trustees may

- 52 -

determine.

2.   APPLICABLE LAWS AND REGULATIONS

This Trust Agreement shall be interpreted, and the Trust Fund shall be administered, in accordance with Section 302(c) of the Labor Management Relations Act of 1947, the Internal Revenue Code, the Employee Retirement Income Security Act, and the regulations pertinent thereto, and other applicable statutes and regulations, as such statutes and regulations presently exist or as they may hereafter be amended.

References herein to particular sections of the above mentioned statutes shall include any regulations pertinent to such sections and any subsequent amendments to such sections or regulations.

3.   SERVICE IN MORE THAN ONE FIDUCIARY CAPACITY

Any Trustee or other person who is a fiduciary may serve the Trust Fund in more than one fiduciary capacity.

4.   NOTICES

Any written notice permitted or required by this Trust Agreement shall be personally delivered to the person for whom it is intended, or sent to such person at his residence or business address by first class mail overnight mail or prepaid telegram.

- 53 -

5. SEVERABILITY

If any provision of this Trust Agreement, or of the Plan, is held to be illegal or invalid for any reason, such illegality or invalidity shall not affect the remaining portions of the Trust Agreement or of the Plan.

6. TITLES AND WORDS

The titles of the various articles and sections of this Trust Agreement are inserted solely for convenience or reference and are not a part of, nor shall they be used to construe, any term or provision hereof. Whenever any words are used herein in the masculine gender they shall be construed as though they were used in the feminine gender, and words in singular form shall be construed as though they were used in the plural form, in all cases where they would apply.

ARTICLE XIII

AMENDMENTS AND TERMINATIONS

1. AMENDMENTS

This Trust Agreement may be amended or modified at any time by a majority vote of the Trustees.

2. TERMINATION

This Trust Agreement may be terminated at any time, by action of the Trustees, provided that, if the signatory parties

hereto are other than the Trustees, any such action shall require the written approval of the signatory parties (or their successors).

In any event, this Trust Agreement shall be automatically terminated upon the expiration of all collective bargaining agreements and special agreements requiring the payment of contributions to the Fund, provided that for purposes of this provision a collective bargaining agreement or special agreement shall not be deemed to have expired in a strike or lockout situation, unless such strike or lockout continues for more than six (6) months.

3.  ALLOCATION UPON TERMINATION

Upon termination of this Trust Agreement, the Trustees shall wind up the affairs of the Trust Fund. Where the termination occurs as a result of a merger, as authorized by Article VII, Section 25, any and all monies and assets remaining in the Trust Fund, after payment of expenses, shall be transferred to the trust fund with which merger has been negotiated. With respect to any other termination, any and all monies and assets remaining in the Trust Fund, after the payment of expenses, shall be used for the continuance of the benefits provided by this Plan, until such monies and assets have been exhausted, unless some other disposition is required by law or regulations thereunder.

In no event shall any of the remaining monies or assets be

- 55 -

paid to or be recoverable by any participating employer,
employer association, or union.

## SIGNATORY PARTIES

In witness whereof the parties have executed this
instrument and have set their respective hands and seals this
_____27th_____ day of _____February_____, 1989.

FOR THE SERVICE EMPLOYEES
INTERNATIONAL UNION, AFL-CIO,
CLC

FOR THE EMPLOYERS

# EXHIBIT 3

## STATEMENT OF POLICY FOR
## COLLECTION OF DELINQUENT CONTRIBUTIONS
(Revised November 15, 2003)

The Board of Trustees of the Service Employees International Union Health and Welfare Fund ("Fund") hereby adopts the following policy for the collection of delinquent contributions.

### SECTION 1
### General Policy

It is the policy of the Fund to make such diligent and systematic efforts as are appropriate under the circumstances to collect all employer contributions when they are due.

The Trustees have the legal right to exercise all remedies allowable under the Trust Agreement and under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), including but not limited to:

1.    The right to establish a date on which contributions are due and the format in which remittance reports supporting such contributions must be made, provided that such date and format requirements are not inconsistent with the terms of the collective bargaining agreement;

2.    The right to recover interest, liquidated damages, attorneys' fees, and any other expenses incurred by the Fund in collecting any delinquency;

3.    The right to establish a payroll review program;

4.    The right to conduct a review of the payroll records of all employees of the employers required to contribute to the Fund including, but not limited to, payroll ledgers, federal and state tax returns, IRS Form 941 and such other books and records of the employers that are necessary in order for the auditor to give an unqualified opinion that the proper contributions have been made;

5.    The right to require a participating employer to pay the cost of a payroll review plus interest, liquidated damages, attorneys' fees, and any other expenses incurred by the Fund in determining the amount of a delinquency and in collecting the delinquency;

6.    The right to require a bond or a cash deposit as security for prompt future payments due from an employer that has been habitually delinquent in its contributions to the Fund;

7.    The right to take all other steps and to perform all other acts that are necessary in order to collect contributions due to the Fund in a timely and expeditious manner; and

8.    The right to terminate a delinquent employer's participation in the Fund in appropriate circumstances, as determined by the Trustees in their sole discretion.

1

The procedures set forth herein shall be followed unless the Board of Trustees determines that they should be waived in a particular instance.

## SECTION 2
## Collection Procedure

In accordance with the Trust Agreement, ERISA, and the above declaration policy, the following procedures shall be required of all participating employers and the steps set out below shall be taken by the Fund Office to effectuate the collection of delinquent contributions.

1.      Contributions and supporting remittance reports are due on the date the employer's collective bargaining agreement requires payment. If the collective bargaining agreement does not state a due date, the due date is as follows: (a) if there is immediate coverage (available only to employers paying monthly rates), payment is due by the 15th day of the previous month (*i.e.*, contributions due by the 15th of December provide eligibility for January) or (b) if there is delayed eligibility (available to employers paying hourly or monthly rates), contributions are due by the 15th of the month after the month worked. (*i.e.*, contributions for the month of January are due by the 15th of February and provide eligibility for the month of March).

2.      Initial contributions and supporting remittance reports for employers who are newly subject to collective bargaining agreements (*i.e.*, for all months necessary to bring the employee group current) are due no later than the 15th day of the month following the month in which the collective bargaining agreement was executed by the bargaining parties.

3.      Retroactive contributions made on behalf of probationary employees shall be considered timely made if paid by the 15th of the month following the month in which the relevant probationary period expired.

4.      Contributions shall not be regarded as having been made timely unless accompanied by a completed remittance report in the format required by the Fund. If contributions are received without an acceptable remittance report, liquidated damages will be charged as set forth in paragraph 5 below. The Executive Director may approve the submission of reports in other forms, including on magnetic media, if he determines that providing reports in such form will not cause additional burden or expense to the Fund.

5.      If contributions and supporting remittance reports are not received by the end of the month in which they are due, the employer shall, in addition to the underlying delinquent contributions owed, be obligated to pay to the Fund interest. Interest shall be calculated from the due date for the delinquent contributions at the rate of ten percent (10%) per annum. In addition, the employer's employees will not be eligible for health coverage until the delinquency is paid. If contributions and supporting remittance report(s) are not received by the 30th day of the month following the month in which contributions are due, liquidated damages in the amount of 5% of contributions (or, if greater, $50), shall also be due from the employer. Notwithstanding the foregoing, interest calculated to be less

2

than one dollar ($1.00) shall not be charged. If an employer is delinquent, the Fund reserves the right to apply future payments to the oldest amount due first, even if the amount due must be estimated.

6.    If the contributions and remittance reports are not received by the last day of the month in which they were due, Fund office staff shall send a notice of delinquency to the employer requesting immediate payment of the delinquent contributions plus interest thereon. The notice shall demand immediate payment of all delinquent contributions and inform the delinquent employer that, unless the full amount due is received in the Fund's offices by the 30th day of the month following the month in which the contributions were due, the matter will be referred to the Fund's legal counsel for collection. The notice shall further advise the employer that contributions and supporting remittance reports must be received by that date if it wishes to avoid the imposition of liquidated damages.

7.    If the contributions and remittance report(s) are not received by the 30th day of the month following that in which the contributions were due, the delinquency shall be referred to legal counsel. Fund office staff also shall refer to counsel the cases of employers who have accrued balances of unpaid interest or liquidated damages that equal or exceed $1,000. Legal counsel shall follow the procedures set out in Section 3 of these Rules.

8.    If an employer makes payment of the amount of the delinquency but not payment of accrued interest and other amounts owed, acceptance of the payment shall not constitute a waiver of the Fund's claim for such accrued interest or other amounts.

9.    Any unpaid interest or liquidated damages shall be billed to the employer on the monthly delinquency letters or pre-printed remittance forms generated each month.

10.    The Executive Director may suspend collection procedures for liquidated damages and interest when extenuating circumstances are present. However, the Executive Director shall prepare a report to the Trustees of all such actions for their consideration at their next scheduled meeting. The Trustees may, at that time, waive such charges or direct that collection proceedings be reinstated.

11.    There shall be a charge for retroactive corrections (adding employees omitted from a prior report) made by any employer. The employer shall be charged $50 per each corrected remittance report submitted. This fee is imposed in recognition of the fact that the Fund will be required, and will incur expenses, to ensure proper benefit eligibility for any participant who is added retroactively. The employer will also owe interest from the date the contributions should have been paid at the rate of ten percent (10%) per annum.

12.    If an employer advises the Fund office that it has paid for coverage for an ineligible employee, the Trustees, in their sole discretion, may agree to grant the employer credit for one month's contributions for the month prior to the month that the Fund office is notified by the employer. The Trustees may delegate this authority to Fund office staff who will be authorized to grant such credits only if there is sufficient evidence that no benefits have been paid on the participant's behalf during the period at issue.

3

13.     If an employer believes it has overpaid contributions by paying an incorrect rate or making duplicate contributions for the same employee, the employer shall bring the matter to the attention of the Executive Director. If the Executive Director determines that the employer overpaid its contributions for a period of not more than three (3) months, and that such overpayment did not result in making an otherwise ineligible employee eligible for benefits, the Executive Director may, in his sole discretion, give the employer a credit for the amount of such overpayment. If a participating employer notifies the Executive Director that it has mistakenly remitted funds that were clearly intended to be paid to another entity and the employer has no outstanding balances owed to the Fund, the Executive Director may, in his sole discretion, give the employer a refund. If a participating employer notifies the Executive that it has mistakenly submitted excess contributions because of a mathematical error on its remittance report, the Executive Director may, in his sole discretion, give the employer a refund if the excess contributions are so great that the employer would be required to take a credit for more than three months. If the employer is not a participating employer at the time the request is made and the employer has no outstanding amounts due to the Fund, a refund may be made to the employer under any of the preceding circumstances. The Executive Director shall refer to the Trustees or the Delinquency Committee described in Section 3, Paragraph 9, any requests for credit or refund for overpayment occurring during a period of more than three (3) months' duration. The Trustees or the Delinquency Committee may, in their sole discretion, authorize credits or refunds for overpayments for periods of time longer than three (3) months. All credits or refunds for overpayments shall be issued only in a manner consistent with ERISA section 403(c)(2) and Internal Revenue Code section 401(a)(2). No interest shall be due to any employer on any overpayment. No refund of excess contributions shall be granted by the Fund without a written request for such refund having been received from the employer within two (2) years from the date that such excess contributions were received by the Fund. If the Fund notifies an employer that it has an overpayment, the employer must request a refund within six (6) months from the date the Fund notifies the employer.

## SECTION 3
### Legal Action and Settlement

1.     When a delinquency matter is turned over to the Fund's legal counsel for collection, legal counsel shall send a letter to the employer demanding the required remittance report, payment of the delinquent contributions and advising the employer of its liability for interest, liquidated damages and costs.

2.     In the event an employer fails to pay the delinquent contributions and submit the remittance report(s) within twenty (20) days after legal counsel's demand for payment, legal counsel shall initiate legal action for any delinquent contributions in excess of $500.00, unless legal counsel recommends a different course of action based upon pertinent factors which shall include, but are not limited to the following:

      a.     the financial condition of the employer,

    b.     the probability of collecting a judgement once it is obtained,

    c.     the employer's past performance as a contributing employer,

    d.     the amount of the delinquency,

    e.     the length of time the delinquent amount has been owed,

    f.     the likelihood that the costs of the suit will exceed the recovery; and

    g.     any other factor that, in the discretion of the legal counsel, may have a material bearing on the collection of the delinquent contributions.

Legal counsel, where appropriate, shall also file a charge under the McNamara O'Hara Service Contract Act with the Department of Labor where the employees for whom the contributions are due are performing work covered by the Service Contract Act.

Any recommendation by legal counsel against initiating suit to collect delinquent contributions shall be submitted to the Board of Trustees. A lawsuit shall not be commenced pending action of the Trustees on such recommendation. The Board of Trustees reserves the right to reject a recommendation by legal counsel and to authorize the commencement of a suit.

3.    Legal counsel is authorized to enter into settlement negotiations with delinquent employers. Without further approval of the Board of Trustees, legal counsel is authorized to settle claims against delinquent employers in instances where the delinquent employer promises immediate payment of the delinquent contributions owed, interest thereon, attorney's fees and costs. Any proposed settlement which waives or compromises those amounts must be approved by the Board of Trustees. It shall be the responsibility of Fund Counsel to advise the Fund whether, and when, to reinstate any previously waived charges.

4.    Legal counsel has the authority to reject any proposal for settlement that contemplates payment of amounts due over a period of time or if its acceptance would result in collection of less than the total amount owed. Such rejection shall be subject to the Board of Trustee's subsequent review.

5.    Any settlement may postpone the collection of interest, liquidated damages, or attorney's fees until a subsequent delinquency by the same employer, if the collection of such amounts would involve unwarranted expense or risk to the Fund. Such a written settlement providing for nonpayment of interest, late payment penalty, liquidated damages, costs or attorneys' fees may contain a reservation to the Trustees of the right to collect such amounts in the event the employer again becomes delinquent in paying contributions during a period not to exceed three (3) years after the settlement is consummated.

6.    The Board of Trustees reserves the right to accept or reject an employer's proposal to

pay delinquent contributions, interest, liquidated damages, and attorneys' fees over a period of time and to compromise any claim or delinquent account as recommended by legal counsel; provided however, that any such decision to extend the time for payment, or to compromise the amount owing, complies with Prohibited Transaction Exemption 76-1 promulgated by the United States Department of Labor.

7.      Settlements calling for payments over time or compromising the amount owed, including interest, liquidated damages, attorneys' fees, or costs, must be in writing and signed on behalf of the Fund and the employer.

8.      Notwithstanding the procedures set out in this policy, the Board of Trustees or Executive Director may refer any delinquent account to legal counsel at an earlier or later date than provided for herein where circumstances warrant that the collection action be expedited or delayed.

9.      The Trustees may appoint a Committee of at least one (1) Employer and one (1) Union Trustee to act on behalf of the Board of Trustees, as provided for under this policy.

## SECTION 4
### Payroll Review Procedure

1.      The Board of Trustees shall randomly select such number of participating employers each year for payroll reviews as it deems from time to time to be appropriate. The Board of Trustees may, at its discretion, delegate the task of selecting which employers shall be reviewed pursuant to this policy to the Executive Director. The Board of Trustees, in the exercise of their discretion, may also choose for a payroll review an employer who was not randomly selected.

2.      Unless the Trustees determine otherwise, the period covered by the payroll review shall be not less than one (1) year.

3.      The right of the Fund to conduct a review of an employer's records shall survive the termination of an employer's collective bargaining agreement, any other written agreement under which the employer is contributing to the Fund, or any bankruptcy filing.

4.      The Executive Director or his designee shall forward a letter to the employer advising it of the impending review citing the Trustee's authority to conduct the review.

5.      The auditor shall schedule the payroll review with the employer, who shall make available to the auditor all books and records which the auditor determines are required. Upon a request from the auditor, the employer shall forward the pertinent records to the auditor or make the records available to the auditor for inspection at a location in the Washington, D.C. metropolitan area. Upon approval of the Trustees, Executive Director, or the committee appointed under Section 3, Paragraph 9, the auditor may expand the scope of the payroll review to cover a longer period of time.

6.      Where a payroll review of an employer is conducted and the payroll review discloses an underpayment, a letter shall be sent to the employer advising of the underpayment and requesting the employer to make payment of the underpayment, liquidated damages, interest, auditor's fees and attorneys' fees within thirty (30) days of the date of its receipt of the letter.

7.      After the expiration of the thirty (30) day period, a second letter shall be sent to the employer demanding that the underpayment be remitted immediately.   If payment is not received within ten (10) days of the date of such letter, Fund office staff will turn the matter over to Fund Counsel who will then send a third letter. If payment is not received following the third request, legal counsel shall file suit against the employer and file a Service Contract Act charge against the employer where appropriate.

8.      In the event an employer refuses to permit a payroll review upon request by the Trustees or if the employer refuses the Fund auditor access to pertinent records, the Fund auditor shall refer the matter to legal counsel. In addition to legal fees and costs associated with compelling compliance, the employer shall be obligated to pay any travel expenses incurred by the auditor.

9.      Legal counsel shall thereafter demand that the employer make available such books and records as are necessary for the Fund auditor to conduct the payroll review. If, within a reasonable period of time not to exceed 60 days, the records are not forwarded to the auditor or made available at a Washington, D.C. Metropolitan area location or at such other location as the Trustees may agree to, the employer shall be liable for any attorneys' fees and costs incurred by the Fund in enforcing the Fund's right to review the employer's records.   If necessary, upon approval of the Trustees or Executive Director, counsel shall institute legal action to enforce the Trustees' right to conduct a payroll review and the employer shall be assessed all costs and attorney's fees incurred as a result of the employer's refusal to permit the payroll review or refusal to make available all pertinent records.

10.      Employers will be billed by site whenever the net principal amounts owed are in excess of $50.00. Billings will be calculated as follows:

    a.      Principal: This will be the total of the amount owed for each month showing a net underpayment during the audit period.

                                PLUS

    b.      Interest:  Calculated monthly at 10% per annum of the principal amount.

                                PLUS

    c.      Liquidated Damages: Calculated at 5% of the principal amount, or, if greater, $50.

                        PLUS, if applicable,

    d.      Testing Fee:  The testing fee will include the auditor's time and expenses in

7

performing the payroll review. The cost of the payroll review, in addition to any other applicable fees and costs, shall be payable by the employer whenever a review of an employer's record discloses principal due equal to or greater than:

(i)     in the case of an employer that contributed (or should have contributed) $50,000 or more in any contract year, 5% of the employer's total required contributions for such period,

or

(ii)    in the case of an employer that contributed (or should have contributed) $10,000 or more but less than $50,000 in any contract year, the lesser of

    (A)     7% of the employer's total required contributions for such period; or

    (B)     $2,500

or

(iii)   in the case of an employer that annually contributed (or should have contributed) less than $10,000, the lesser of

    (A)     10% of the employer's total required contributions for such period; or

or

    (B)     $1,000.

The testing fee will be charged for the entire audit period whenever one of the above thresholds is met in any of the calendar years tested.

11.    The Board of Trustees shall authorize the Executive Director to make decisions regarding the collection of audit billings following the advice of legal counsel. In such cases where legal counsel has advised that the cost of further collection efforts for unsubstantial amounts would not be financially prudent to pursue, the Executive Director may then instruct that no further collection efforts are to be made.

**SECTION 5**
**Interest, Liquidated Damages, Attorneys' Fees and Costs**

1.    Interest owed by a delinquent employer shall be calculated from the due date for the delinquent contributions at the rate of ten percent (10%) per annum.

2.    In the event a lawsuit or other legal action is filed pursuant to Section 3, and notwithstanding any other provisions of this policy, liquidated damages shall be due. The amount of the

8

liquidated damages shall be the greater of:

      a.     The interest on the delinquent contributions determined in accordance with paragraph 1 above;

or

      b.     20% of the delinquent contributions.

3.     In the event a lawsuit or other legal action is filed, attorneys' fees shall be assessed against a delinquent employer, at the same hourly rate charged to the Fund for such services, for all time spent by legal counsel in collection efforts pursuant to Section 3 hereof or in enforcing the Board of Trustees' rights to payroll reviews pursuant to Section 4 hereof.

4.     All costs actually incurred in court actions for collection of delinquent contributions to enforce the Trustees' right to conduct a payroll review of the employer's records shall be assessed against the delinquent employer, including, but not limited to, filing fees, fees for service of process, copying charges, postage, and such other costs as would otherwise be charged to the Fund.

5.     The obligations to pay interest, liquidated damages and fees chargeable under this policy are contractual in nature and independent of the provisions of ERISA Section 502(g). In consideration for permitting its participation, or continued participation, in the Fund, each contributing employer agrees to be obligated to pay all interest, liquidated damages, fees, and costs chargeable pursuant to this policy.

6.     Liquidated damages are provided herein because actual damages are not susceptible of precise prediction. Liquidated damages are estimated, to the best of the Trustees' ability, to approximate the cost to the Fund of the additional administrative expenses and losses caused by a delinquency. Such costs include, but are not limited to, expenses related to staff employees who must be assigned to collection activities, legal expenses, and expenses for additional accounting and reporting activities.

### SECTION 6
### Reports and Records

1.     Legal counsel and the Executive Director shall each prepare a delinquency report to be presented at each Board of Trustees meeting. The report shall show all employers that are delinquent. The determination of the Board with respect to action on such delinquencies, and the specific bases therefore, shall be recorded in the minutes.

2.     The Executive Director shall maintain a file of currently effective collective bargaining agreements and other agreements detailing the basis upon which employers are obligated to make contributions to the Fund.

### SECTION 7
### Effective Date

The revisions to this Policy shall be effective December 15, 2003.

9

# EXHIBIT 4

# SEIU **Health and Welfare Fund**

**1313 L Street, N.W.    Washington, D.C. 20005-4112    800-251-1777 (202)639-0890**

October 13, 2006

Mr. Scott Kydd
Vice President, Operations
Red Coats, Inc.
4401 East West Highway
Bethesda, MD 20814

RE:    **Payroll Review for Employer #200567: Sites #0001, 0002 and 0003**

Dear Mr. Kydd:

Payroll compliance testing conducted by the SEIU Health & Welfare Fund Auditing staff for the period 01/01/04 through 08/31/06 indicates a discrepancy of single coverage premiums reported to the Plan. As detailed on the enclosed analysis, these shortages are the result of non-reporting and net under-reporting of premiums.  The amounts due are as follows:

|  | Wash. D.C. Site 0001 | Baltimore Site 0002 | Mont. Co. Site 0003 |
|---|---|---|---|
| Principal | $ 169,184.48 | $ 17,777.90 | $ 89,269.45 |
| Interest  (through  10/31/06) | 23,035.84 | 3,240.38 | 10,943.57 |
| Liquidated Damages | 8,459.22 | 888.90 | 4,463.47 |
| Testing Fee | 1,153.74 | 219.76 | 549.40 |
| Overpayment | (00.00) | (00.00) | (00.00) |
| Total Amount Due: | $ 201,833.28 | $ 22,126.94 | $105,225.89 |
| Interest amount per day: | $        46.36 | $        4.87 | $        24.46 |

Please remit the full amount due of $329,186.11 to the SEIU Health & Welfare Fund plus additional daily interest as indicated above from October 31, 2006, to date of payment.  To conclude this audit, we shall expect your payment within 10 days from receipt of this letter. Please include a copy of this letter with your payment and send to the address shown above.  If you have any questions regarding this matter, please contact me directly at (202) 730-7515.

Sincerely,

Miriam E. Gibbs
Payroll Review Manager

MG/sm
opeiu #2, afl-cio

CC:    Michael Fishman,  SEIU Local 32BJ President
Eunice Washington
Carolyn Lauer
Andre Joseph

Red Coats, Inc.
DC Master - Full Time
#220567070001
SEIU Health and Welfare Fund
Calendar Year 2004

| Last (Reported Premiums) | First | Coverage | SSN | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total | Hire Date | Elig Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABARCA | BERTA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| ALCOSER | BENINNO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| AMAYA | ELSA | S | 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 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 11 | | | |
| ANAYA | LORENA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| ARGUETA | ANA (AYDEE) | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| ARIAS | FELIPA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 06/01/99 | | |
| BAUTISTA | ORBELINA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 02/09/99 | | |
| BROWN | BARBARA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 03/26/01 | | |
| BUTLER | DWAYNE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | | | |
| CABRERA | GILDER | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 | | | |
| CABRERA LOPEZ | SILVIA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 06/04/02 | | |
| CALDERON LUNA | DAMARIS | S | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 | 10/02/00 | | |
| CENTENO | HERNAN | S | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 | | | |
| CHAVEZ | RICARDO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| CHICAS | CARLOS | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| CHILDRESS | WILMA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 11 | 02/03/03 | | |
| CHRISTIE | TYANNE | S | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 | | | |
| CORNEJO - VILELA | JOSE | S | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 | | | |
| CRUZ | YANERIT | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| DELGADILLO | RICHARD | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| DIAZ | ALBA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 | | | |
| DIAZ | JOSUE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 | 12/01/00 | | |
| DIAZ | ROSA (NELLY R) | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 10/18/01 | | |
| ELAMELDA PEREIRA | GLORIA | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 09/17/02 | 02/01/05 | |
| ELVIR | WILSON | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 11 | 08/01/04 | | |
| FLORES FERIA | MYRA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 | | | |
| GARCIA | LIZBET | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| GARCIA | PATRICIO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| GARCIA LOPEZ | GILBERTO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | | | |
| GOFF | FRANCIS | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| GOMES | ALFREDO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| GONZALEZ | JOSE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 02/03/03 | | |
| GONZALEZ AGUILA | EMILIO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 11 | 04/18/01 | | |
| GUEVARA | NARCIZO | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| HENDERSON | LAVERNE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 04/30/97 | | |
| HERNANDEZ | BERTHA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | | | |
| HERNANDON | DARYL | S | 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 | 1 | 1 | 1 | | | | | | | | | | 3 | | | |
| IGLESIAS | FELIPE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | | | |
| JIMENEZ | ANA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 | | | |
| JUAREZ LOPEZ | ABEL | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 06/25/99 | | |
| LAINEZ | EDUARDO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| LEWIS | LEONA | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 11/25/02 | | |
| LOPEZ | CARLOS | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| LUCERO DEPUEITZ | JUANA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| LUGO | EDUARDO | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| | | | Fwd | 28 | 28 | 39 | 39 | 40 | 40 | 23 | 23 | 24 | 25 | 28 | 22 | 360 | | | |

- = Premiums reported on both Sites 0001 and 0003.

2/3

Red Coats, Inc.
DC Master - Full Time
822806470001
SEIU Health and Welfare Fund
Calendar Year 2004

Reported Premiums (cont'd)

| Last | First | Coverage | SSN | Jan 26 | Feb 26 | Mar 27 | Apr 40 | May 40 | Jun 29 | Jul 29 | Aug 29 | Sep 24 | Oct 26 | Nov 26 | Dec 22 | Total 300 | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARTINEZ | ADAN | S | 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 | | | | | | | | | | | | | 1 | 08/01/04 | 02/01/05 | |
| MARTINEZ | HERLIN | S | 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 | | | | | | | | | | | | | 1 | 10/01/03 | | |
| MARTINEZ | HILARIO | S | 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 | | | | | | | | | | | | | 12 | 10/01/01 | | |
| MARTINEZ | JUANA | S | 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 | | | | | | | | | | | | | 11 | 09/24/99 | | |
| MARTINEZ | MARIA | S | 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 | | | | | | | | | | | | | 5 | | | |
| MARTINEZ | MIGUEL | S | 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 | | | | | | | | | | | | | 2 | | | |
| MATTOS | GLORIA | S | 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 | | | | | | | | | | | | | 1 | 11/03/03 | | |
| MEJIA | MARLEN | S | 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 | | | | | | | | | | | | | 12 | | | |
| MEMBRENO | MARTA | S | 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 | | | | | | | | | | | | | 12 | 03/29/94 | | |
| MIRANDA | JUANA | S | 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 | | | | | | | | | | | | | 1 | 04/19/99 | | |
| MOLINA | DAVID | S | 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 | | | | | | | | | | | | | 10 | 01/14/03 | | |
| MORENO | MARTHA | F | 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 | | | | | | | | | | | | | 12 | | | |
| NOLASCO | SANDRA | S | 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 | | | | | | | | | | | | | | 08/01/04 | 02/01/06 | |
| OLIVERA | ENRIQUE | S | 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 | | | | | | | | | | | | | 2 | | | |
| OLIVA | JOSE | F | 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 | | | | | | | | | | | | | 8 | | | |
| PACHECO | RENZO | S | 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 | | | | | | | | | | | | | 12 | 01/15/97 | | |
| PEGUERO | TERESA | S | 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 | | | | | | | | | | | | | 2 | 05/28/03 | | |
| PEREZ | ISRAEL | S | 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 | | | | | | | | | | | | | 5 | | | |
| PEREZ | JOSE | S | 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 | | | | | | | | | | | | | 11 | 09/10/03 | | |
| PERLA | MAYRA | S | 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 | | | | | | | | | | | | | 3 | | | |
| PUERTA | FERNANDO | S | 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 | | | | | | | | | | | | | 10 | 10/15/96 | | |
| QUINTANILLA | FELIX | S | 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 | | | | | | | | | | | | | 10 | | | |
| RENGIFO | CARLOS | S | 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 | | | | | | | | | | | | | 12 | 10/21/02 | | |
| REYES | MARIA | S | 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 | | | | | | | | | | | | | 12 | 02/09/99 | | |
| REYES BARRERA | ESPERANZA | S | 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 | | | | | | | | | | | | | 8 | | | |
| RIVERA | MANUEL | S | 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 | | | | | | | | | | | | | 12 | | | |
| ROACH | MARY | S | 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 | | | | | | | | | | | | | 12 | | | |
| RODRIGUEZ | ANA | S | 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 | | | | | | | | | | | | | 5 | | | |
| ROMERO | JOSE | S | 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 | | | | | | | | | | | | | 1 | | | |
| RUIZ | CLAUDIO | S | 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 | | | | | | | | | | | | | 10 | 10/03/95 | | |
| RUSSELL | TAMYA | S | 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 | | | | | | | | | | | | | 7 | 05/27/97 | | |
| SAGASTIZADO | ROBERTO | S | 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 | | | | | | | | | | | | | 12 | | | |
| SALGADO | JOSE | S | 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 | | | | | | | | | | | | | 12 | | | |
| SANCHEZ | AMANDA | S | 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 | | | | | | | | | | | | | 1 | | | |
| SARAYA | GRISELDA | S | 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 | | | | | | | | | | | | | 4 | | | |
| SEAS | BONIFACIO | S | 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 | | | | | | | | | | | | | 11 | | | |
| SMITH | MICHELLE | S | 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 | | | | | | | | | | | | | 12 | | | |
| SPEIGHT | BARBARA | S | 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 | | | | | | | | | | | | | 2 | | | |
| TORIBIO | VICTORIA | S | 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 | | | | | | | | | | | | | 1 | 01/27/00 | | |
| UPANZOR - HILL | ARMIDA | S | 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 | | | | | | | | | | | | | 1 | 01/25/98 | | |
| UNCHUPAICO | ISAIAS | S | 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 | | | | | | | | | | | | | 4 | | | |
| VELASQUEZ PEREZ | EDUARDO | S | 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 | | | | | | | | | | | | | 10 | 03/23/99 | | |
| VENTURA | AMANDA | S | 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 | | | | | | | | | | | | | 11 | | | |
| VENTURA | MARIA | F | 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 | | | | | | | | | | | | | 12 | | | |
| VIGIL | ANGEL | F | 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 | | | | | | | | | | | | | | 08/01/04 | 02/01/05 | |
| VILLACORTA | KARLA | S | 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 | | | | | | | | | | | | | 9 | | | |
| VILLATORO | HENRY | S | 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 | | | | | | | | | | | | | 5 | | | |
| VILLATORO | LESLY | S | 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 | | | | | | | | | | | | | 7 | | | |
| VIVCO | BROCK | S | 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 | | | | | | | | | | | | | 12 | | | |
| WRIGHT | JOSEPH | S | 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 | | | | | | | | | | | | | 9 | 03/25/99 | | |
| ZAMORA - LEMUS | JOBITA | S | 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 | | | | | | | | | | | | | 12 | 07/14/03 | | |
| ZAVALA - HERNANDEZ | ALBA | S | 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 | | | | | | | | | | | | | 10 | | | |
| | | | fwd | 53 | 60 | 77 | 80 | 82 | 84 | 85 | 82 | 59 | 59 | 68 | 54 | 783 | | | |

** = Premiums reported on both Sites 0001 and 0003.

3/3

Red Coats, Inc.
DC Master - Full Time
82/2005/7/0001
SEIU Health and Welfare Fund
Calendar Year 2004

| Last | First | | Coverage | SSN #wd | January 53 | February 60 | March 77 | April 80 | May 82 | June 84 | July 65 | August 62 | September 59 | October 59 | November 68 | December 54 | Total 783 | Hire Date | Elig Date | Term Date |
|------|-------|--|----------|---------|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|----------|----------|----------|
| Reported Premiums (cont'd) | | | | | | | | | | | | | | | | | | | | |
| Eligible, not Reported: | | | | | | | | | | | | | | | | | | | | |
| AREVALO | JOSE | O | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/19/03 | | |
| AVALO | ORBELINA | A | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 08/12/99 | | |
| AYALA | CARLOS | J | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| COLEMAN | MELVIN | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CRUZ | EDELMIRA | R | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| FLORES | OSCAR | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/09/98 | | |
| GOMEZ - LANDAVERDE | TOMASA | N | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 04/18/03 | | |
| GUZMAN | ANA | B | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| HERNANDEZ | SOFIA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 11/05/90 | | |
| LOBO | TELMA | R | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| LOPEZ | JOSE | E | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MENDEZ | JAMIE | E | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| RAMIREZ | WILLIAMS | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| REYES | JOSE | E | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 03/22/04 | | |
| Totals: | | | | | 53 | 60 | 77 | 80 | 82 | 84 | 65 | 62 | 59 | 59 | 68 | 54 | 783 | | | |

Red Coats, Inc.
DC Master - Full Time
82/20056/70001
SEIU Health and Welfare Fund
Calendar Year 2004

1/3

| Last | First | Eligibility/ Term Dates | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Premiums** | | | | | | | | | | | | | | | | |
| ABARCA | BERTA | | 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 | | | | | | | | | | | | | 2 |
| ALCOSER | BENIGNO | | 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 | | | | | | | | | | | | | 12 |
| AMAYA | ELSA | | 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 | | | | | | | | | | | | | 5 |
| ANAYA | LORENA | | 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 | | | | | | | | | | | | | 12 |
| ARGUETA | ANA (AYDEE) | | 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 | | | | | | | | | | | | | 4 |
| ARIAS | FELIPA | | 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 | | | | | | | | | | | | | 12 |
| BAUTISTA | ORBELINA | | 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 | | | | | | | | | | | | | 12 |
| BROWN | BARBARA | | 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 | | | | | | | | | | | | | 12 |
| BUTLER | DWAYNE | | 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 | | | | | | | | | | | | | 8 |
| CABRERA | GILDER | | 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 | | | | | | | | | | | | | 12 |
| CABRERA LOPEZ | SILVIA | | 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 | | | | | | | | | | | | | 12 |
| CALDERON LUNA | DAMARIS | | 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 | | | | | | | | | | | | | 5 |
| CENTENO | HERNAN | | 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 | | | | | | | | | | | | | 12 |
| CHAVEZ | RICARDO | | 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 | | | | | | | | | | | | | 12 |
| CHICAS | CARLOS | | 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 | | | | | | | | | | | | | 12 |
| CHILDRESS | WILMA | | 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 | | | | | | | | | | | | | 12 |
| CHRISTIE | TYANNE | | 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 | | | | | | | | | | | | | 5 |
| CORNEJO VILEL | JOSE | | 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 | | | | | | | | | | | | | 5 |
| CRUZ | YANEHT | | 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 | | | | | | | | | | | | | 5 |
| DELGADILLO | RICHARD | | 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 | | | | | | | | | | | | | 5 |
| DIAZ | ALBA | | 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 | | | | | | | | | | | | | 5 |
| DIAZ | JOSIE | | 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 | | | | | | | | | | | | | 7 |
| DIAZ | ROSA (NELLY R) | Ineligible | 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 | | | | | | | | | | | | | 7 |
| ELMELDA PEREI | GLORIA | | 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 | | | | | | | | | | | | | 8 |
| ELVIR | WILSON | | 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 | | | | | | | | | | | | | 4 |
| FLORES PERLA | MYRA | | 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 | | | | | | | | | | | | | 12 |
| GARCIA | LIZBET | | 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 | | | | | | | | | | | | | 12 |
| GARCIA | PATRICIO | | 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 | | | | | | | | | | | | | 12 |
| GARCIA LOPEZ | GILBERTO | | 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 | | | | | | | | | | | | | 12 |
| GOFF | FRANCIS | | 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 | | | | | | | | | | | | | 12 |
| GOMES | ALFREDO | | 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 | | | | | | | | | | | | | 9 |
| GONZALEZ | JOSE | | 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 | | | | | | | | | | | | | 5 |
| GONZALEZ AGUI | EMILIO | | 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 | | | | | | | | | | | | | 12 |
| GUEVARA | NARCIZO | | 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 | | | | | | | | | | | | | 6 |
| HENDERSON | LAVERNE | | 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 | | | | | | | | | | | | | 5 |
| HERNANDEZ | BERTHA | | 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 | | | | | | | | | | | | | 12 |
| HERNON | DARYL | | 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 | | | | | | | | | | | | | 10 |
| IGLESIAS | FELIPE | | 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 | | | | | | | | | | | | | 12 |
| JIMENEZ | ANA | | 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 | | | | | | | | | | | | | 12 |
| JUAREZ LOPEZ | ABEL | | 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 | | | | | | | | | | | | | 5 |
| LAINEZ | EDWARDO | | 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 | | | | | | | | | | | | | 5 |
| LEWIS | LEONA | | 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 | | | | | | | | | | | | | 11 |
| LOPEZ | CARLOS | | 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 | | | | | | | | | | | | | 12 |
| LOPEZ DEPLEIT | JUANA | | 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 | | | | | | | | | | | | | |
| LUGO | EDUARDO | | | | | | | | | | | | | | | |
| **fwd** | | | | 35 | 35 | 39 | 39 | 40 | 30 | 30 | 30 | 29 | 27 | 28 | 27 | 387 |

Red Coats, Inc.
DC Master - Full Time
82/200567/0001
SEIU Health and Welfare Fund
Calendar Year 2004

2/3

| Last | First | Eligibility/Term Dates | SSN fwd | January 35 | February 35 | March 39 | April 40 | May 40 | June 30 | July 30 | August 29 | September 27 | October 27 | November 28 | December 27 | Total 397 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Premiums (cont'd)** | | | | | | | | | | | | | | | | |
| MARTINEZ | ADAN | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| MARTINEZ | HERLIN | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| MARTINEZ | HILARIO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MARTINEZ | JUANA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MARTINEZ | MARIA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 |
| MARTINEZ | MIGUEL | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| MATTOS | GLORIA | | 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 | 1 | 1 | 1 | | | | | | | | | | 3 |
| MEJIA | MARLEN | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| MEMBRENO | MARTA | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| MIRANDA | JUANA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MOLINA | DAVID | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| MORENO | MARTHA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| NOLASCO | SANDRA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 |
| OLIVERA | ENRIQUE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| OLIVO | JOSE | Ineligible | 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 | | | | | | | | | | | | | - |
| PACHECO | RENZO | | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 3 |
| PEGUERO | TERESA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| PEREZ | ISREAL | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| PEREZ | JOSE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| PERLA | MAYRA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 |
| PUERTA | FERNANDO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| QUINTANILLA | FELIX | | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 |
| RENGIFO | CARLOS | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES | MARIA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES BARRERA | ESPERANZA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RIVERA | MANUEL | | 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 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| ROACH | MARY | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RODRIGUEZ | ANA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ROMERO | JOSE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RUIZ | CLAUDIO | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| RUSSELL | TAMIYA | | 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 | | | | | | | | | | | 1 | 1 | 2 |
| SAGASTIZADO | ROBERTO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| SALGADO | JOSE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 |
| SANCHEZ | AMANDA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| SARAVIA | GRISELDA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| SEJAS | BONIFACIO | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| SMITH | MICHELLE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| SPEIGHT | BARBARA | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| TORO | VICTORIA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| UMANZOR | ARMIDA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| UNCHUPAICO | ISAIAS | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| VELASQUEZ PER | EDUARDO | Ineligible | 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 | | | | | | | | | | | | | - |
| VENTURA | AMANDA | | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 10 |
| VENTURA | MARIA | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| VIGIL | ANGEL | | 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 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| VILLACORTA | KARLA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| VILLATORO | HENRY | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 |
| VILLATORO | LESLY | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| WOOD | BROCK | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| WRIGHT | JOSEPH | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ZAMORA LEMUS | JOSEFA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 |
| ZAVALA HERNAN | ALBA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| | | | fwd | 72 | 73 | 83 | 84 | 83 | 87 | 88 | 85 | 62 | 61 | 67 | 66 | 851 |

3/3

Red Coats, Inc.
DC Master - Full Time
82/200567/0001
SEIU Health and Welfare Fund
Calendar Year 2004

**Required Premiums (cont'd)**
**Eligible, not Reported:**

| Last | First | | Eligibility Term Dates | SSN Fwd | January 72 | February 73 | March 83 | April 84 | May 83 | June 87 | July 68 | August 65 | September 62 | October 61 | November 67 | December 66 | Total 851 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AREVALO | JOSE | O | | 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 | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 10 |
| AVALO | ORBELINA | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AYALA | CARLOS | A | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| COLEMAN | MELVIN | J | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| CRUZ | EDELMIRA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 9 |
| FLORES | OSCAR | R | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GOMEZ - LANDAVERDE | TOMASA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GUZMAN | ANA | N | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| HERNANDEZ | SOFIA | B | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOBO | TELMA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOPEZ | JOSE | R | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MENDEZ | JAIME | E | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RAMIREZ | WILLIAMS | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES | JOSE | E | E 09/22/04 | 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 | 1 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | 4 |
| **Totals:** | | | | | 84 | 85 | 96 | 97 | 98 | 80 | 81 | 78 | 76 | 74 | 80 | 79 | 1,006 |

1/3

**Red Coats, Inc.**
**DC Master - Full Time**
62206467000001
**SEIU Health and Welfare Fund**
**Calendar Year 2004**

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABARCA | BERTA | 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 | | | | | | | | | | | 1 | | 1 |
| ALCOSER | BENNINO | 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 | | | | | | | | | | | | | |
| AMAYA | ELSA | 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 | | | | | | | | | | | | | |
| AMAYA | LORENA | 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 | 1 | | 1 | | | | | | | | | 1 | 3 |
| ARGUETA | ANA (AYDEE) | 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 | | | | | | | | | | | | | |
| ARIAS | FELIPA | 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 | | | | | | | | | | | | | |
| BAUTISTA | ORBELINA | 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 | | | | | | | | | | | | | |
| BROWN | BARBARA | 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 | | | | | | | | | | | | | |
| BUTLER | DWAYNE | 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 | | | | | | | | | | | | | |
| CABRERA | GILDER | 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 | | 1 | | | | | | | | | | 1 | 2 |
| CABRERA LOPEZ | SILVIA | 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 | 1 | | | | | | | | | | | 1 | 2 |
| CALDERON LUNA | DAMARIS | 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 | 1 | | | | | | | | | | | 1 | 2 |
| CENTENO | HERNAN | 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 | 1 | | | | | | | | | | | 1 | 2 |
| CHAVEZ | RICARDO | 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 | | | | | | | | | | | | | |
| CHICAS | CARLOS | 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 | | | | | | | | | | | | | |
| CHILDRESS | WILMA | 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 | | | | | | | | | | | | | |
| CHRISTIE | TYANNE | 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 | 1 | | | | | | | | | | | | |
| CORONEJO VILEL | JOSE | 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 | 1 | | | | | | | | | | | | |
| CRUZ | YANEHT | 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 | | | | | | | | | | | | | |
| DELGADILLO | RICHARD | 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 | | | | | | | | | | | | | |
| DIAZ | ALBA | 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 | | 1 | | | | | | | | | | | |
| DIAZ | JOSUE | 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 | 1 | | | | | 1 | 1 | | | | | | 3 |
| DIAZ | ROSA (NELLY R) | 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 | | | | | | | | | | | (1) | | (1) |
| ELVELDA PEREI | GLORIA | 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 | 1 | | | | | 1 | 1 | | | | | | 3 |
| ELVIR | WILSON | 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 | 1 | | | | | 1 | 1 | | | | | | 3 |
| FLORES PERLA | MYRA | 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 | | | | | | | | | | | | | |
| GARCIA | LIZBET | 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 | | | (1) | | | | | | | | | | |
| GARCIA | PATRICIO | 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 | | | | | | | | | | | | | |
| GARCIA LOPEZ | GILBERTO | 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 | | | | | | | | | | | | | |
| GOFF | FRANCIS | 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 | | | | | | | | | | | | | |
| GOMES | ALFREDO | 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 | 1 | | | | | 1 | 1 | | | | | | 3 |
| GONZALEZ | JOSE | 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 | 1 | | | | | 1 | 1 | | | | | | 3 |
| GONZALEZ AGU | SHILO | 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 | | | | | | | | | | | | | |
| GUEVARA | NARCIZO | 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 | | | | | | | | | | | | | |
| HENDERSON | LAVERNE | 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 | 1 | | | | | | | | | | | 1 | |
| HERNANDEZ | BERTHA | 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 | | | | | | | | | | | | | |
| HERNDON | DARYL | 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 | | | | | | | 1 | | | | | | |
| IGLESIAS | FELIPE | 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 | | | | | | | | | 1 | | | 1 | 2 |
| JIMENEZ | ANA | 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 | | | | | | | | | | | | | |
| JUAREZ LOPEZ | ABEL | 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 | | | | | | | | | | | | | |
| LAINEZ | EDWARDO | 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 | | | | | | | | | | | | | |
| LEWIS | LEONA | 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 | | | | | | | | | | | | | |
| LOPEZ | CARLOS | 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 | | | | | | | | | | | | | |
| LOPEZ DEPLEIT | JUAN | 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 | | | | | | | | | | | | | |
| LUGO | EDUARDO | 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 | | | | | | | | | | | | | |
| | | fwd | 9 | 5 | 5 | | | | | | 3 | | | 5 | 27 |

2/3

**Red Coats, Inc.**
DC Master - Full Time
EZ/2006/07/00/01
SEIU Health and Welfare Fund
Calendar Year 2004

| Last (Variance (cont'd)) | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARTINEZ | ADAN | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | HERLIN | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | HILARIO | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | JUANA | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | MARIA | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | MIGUEL | 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 | | | | | | | | | | | | | 2 |
| MARTOS | GLORIA | 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 | | | | | | | | | | | | | 1 |
| MEJIA | MARLEN | 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 | | | | | | | | | | | | | 1 |
| MEMBRENO | MARTA | 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 | | | | | | | | | | | | | 1 |
| MIRANDA | JUANA | 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 | | | | | | | | | | | | | 1 |
| MOLINA | DAVID | 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 | | | | | | | | | | | | | 1 |
| MORENO | MARTHA | 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 | | | | | | | | | | | | | 2 |
| NOLASCO | SANDRA | 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 | | | | | | | | | | | | | 1 |
| OLIVERA | ENRIQUE | 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 | | | | | | | | | | | | | (1) |
| OLIVO | JOSE | 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 | | | | | | | | | | | | | 4 |
| PACHECO | RENZO | 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 | | | (1) | | | | | | | | | | 7 |
| PEGUERO | TERESA | 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 | | | | | | | | | | | | | 7 |
| PEREZ | ISREAL | 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 | | | | | | | | | | | | | 1 |
| PEREZ | JOSE | 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 | | | | | | | | | | | | | 2 |
| PERLA | MAYRA | 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 | | | | | | | | | | | | | 1 |
| PUERTA | FERNANDO | 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 | | | | | | | | | | | | | 1 |
| QUINTANILLA | FELIX | 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 | | | | | | | | | | | | | 1 |
| RENGIFO | CARLOS | 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 | | | | | | | | | | | | | 1 |
| REYES | MARIA | 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 | | | | | | | | | | | | | 2 |
| REYES BARRERA | ESPERANZA | 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 | | | | | | | | | | | | | 2 |
| RIVERA | MANUEL | 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 | | | | | | | | | | | | | 1 |
| ROACH | MARY | 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 | | | | | | | | | | | | | 1 |
| RODRIGUEZ | ANA | 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 | | | | | | | | | | | | | 1 |
| ROMERO | JOSE | 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 | | | | | | | | | | | | | 2 |
| RUZ | CLAUDIO | 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 | | | | | | | | | | | | | 1 |
| RUSSELL | TAMYA | 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 | | | | | | | | | | | | | 1 |
| SAGASTIZADO | ROBERTO | 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 | | | | | | | | | | | | | 4 |
| SALGADO | JOSE | 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 | | | | | | | | | | | | | 2 |
| SANCHEZ | AMANDA | 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 | | | | | | | | | | | | | 1 |
| SARAVIA | GRISELDA | 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 | | | | | | | | | | | | | (1) |
| SEJAS | BONIFACIO | 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 | | | | | | | | | | | | | 2 |
| SMITH | MICHELLE | 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 | | | | | | | | | | | | | 1 |
| SPEIGHT | BARBARA | 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 | | | | | | | | | | | | | 1 |
| TORIBIO | VICTORIA | 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 | | | | | | | | | | | | | 2 |
| UMANZOR | ARMIDA | 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 | | | | | | | | | | | | | 1 |
| UNKCHAPAICO | ISAIAS | 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 | | | | | | | | | | | | | 1 |
| VELASQUEZ PER | EDUARDO | 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 | | | | | (1) | | | | | | | | 2 |
| VENTURA | AMANDA | 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 | | | | | | | | | | | | | 1 |
| VENTURA | MARIA | 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 | | | | | | | | | | | | | 1 |
| VIGIL | ANGEL | 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 | | | | | | | | | | | | | (1) |
| VILLACORTA | KARLA | 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 | | | | | | | | | | | | | |
| VILLATORO | HENRY | 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 | | | | | | | | | | | | | |
| VILLATORO | LESLY | 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 | | | | | | | | | | | | | |
| WOOD | BROCK | 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 | | | | | | | | | | | | | |
| WRIGHT | JOSEPH | 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 | | | | | | | | | | | | | |
| ZAMORA LEMUS | JOBITA | 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 | | | | | | | | | | | | | (1) |
| ZAVALA HERNAN | ALBA | 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 | | | | | | | | | | | | | 2 |
| | | fwd | 19 | 13 | 6 | 6 | 4 | 1 | 3 | 3 | 3 | 2 | (1) | 12 | 68 |

3/3

Red Coats, Inc.
DC Master - Full Time
822005670001
SEIU Health and Welfare Fund
Calendar Year 2004

**Variance (cont'd)**
**Eligible, not Reported:**

| Last | First | | SSN fwd | January 19 | February 13 | March 6 | April 4 | May 1 | June 3 | July 3 | August 3 | September 3 | October 2 | November (1) | December 12 | Total 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AREVALO | JOSE | O | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 10 |
| ARVALO | ORBELINA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AYALA | CARLOS | A | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| COLEMAN | MELVIN | J | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 |
| CRUZ | EDELMIRA | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| FLORES | OSCAR | R | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GOMEZ - LANDAVERDE | TOMASA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GUZMAN | ANA | N | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| HERNANDEZ | SOFIA | B | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOBO | TELMA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOPEZ | JOSE | R | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MENDEZ | JAIME | E | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RAMIREZ | WILLIAMS | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES | JOSE | E | 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 | | 1 | | | | | | | 1 | 1 | | 1 | 4 |
| **Totals:** | | | | 31 | 25 | 19 | 17 | 14 | 16 | 16 | 16 | 17 | 15 | 12 | 25 | 223 |

Amount Due @ $193.59 per premium: $6,001.29 $4,839.75 $3,678.21 $3,291.03 $2,710.26 $3,097.44 $3,097.44 $3,097.44 $3,291.03 $2,903.85 $2,323.06 $4,839.75 $43,170.57
Overpayment @ $193.59 per premium:
Total Amount Due (Overpayment): $6,001.29 $4,839.75 $3,678.21 $3,291.03 $2,710.26 $3,097.44 $3,097.44 $3,097.44 $3,291.03 $2,903.85 $2,323.06 $4,839.75 $43,170.57

1/3

Red Coats, Inc.
DC Master: FULL TIME
822006970001
SEIU Health and Welfare Fund
Calendar Year 2005

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABARCA | BERTA | S | 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 | 1 | | | | | | | | | | | | 1 | 00/16/04 | | |
| AGUILAR | ANTONIO | S | 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 | | | | | | | | | | | | | 9 | | | |
| AGUILAR | JOSE | S | 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 | | | | | | | | | | | | | 7 | | | |
| AGUILAR | PAULINA | S | 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 | | | | | | | | | | | | | 12 | | | |
| ALCOSER | BENINNO | S | 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 | | | | | | | | | | | | | 3 | 11/07/97 | | |
| ALEMAN | DIGNA | S | 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 | | | | | | | | | | | | | 12 | | | |
| ALLEN | REGINALD | S | 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 | | | | | | | | | | | | | 3 | | | |
| ANAYA | LORENA | S | 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 | | | | | | | | | | | | | 3 | | | |
| ANDRADE | ANGEL | S | 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 | | | | | | | | | | | | | 9 | 07/09/99 | | |
| ANDRADE | ELMER | S | 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 | | | | | | | | | | | | | 9 | 07/16/02 | | |
| ANGEL | YANET | S | 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 | | | | | | | | | | | | | 12 | | | |
| AREVALO | JOSE | S | 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 | | | | | | | | | | | | | 9 | | | |
| AREVALO | MERCEDES | S | 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 | | | | | | | | | | | | | 12 | 02/09/99 | | |
| ARIAS | FELIPA | S | 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 | | | | | | | | | | | | | 11 | 05/05/97 | | |
| BAKER | REGINALD | S | 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 | | | | | | | | | | | | | 5 | 09/16/04 | 02/16/05 | |
| BAUTISTA | ORBELINA | S | 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 | | | | | | | | | | | | | 12 | 03/28/01 | | |
| BONILLA | DAVID | S | 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 | | | | | | | | | | | | | 8 | 08/05/02 | | |
| BROWN | BARBARA | S | 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 | | | | | | | | | | | | | 10 | 10/02/00 | | |
| BUTLER | DWAYNE | S | 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 | | | | | | | | | | | | | 5 | 10/24/04 | 04/24/05 | |
| CABRERA LOPEZ | SILVIA | S | 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 | | | | | | | | | | | | | 7 | | | |
| CALDERON LIMA | DAMARIS | S | 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 | | | | | | | | | | | | | 12 | 08/16/04 | 02/16/05 | |
| CALDWELL | JUANITA | S | 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 | | | | | | | | | | | | | 4 | | | |
| CARDOZO | JOSE | S | 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 | | | | | | | | | | | | | 8 | 02/03/03 | | |
| CARLOS | ANTONIO | S | 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 | | | | | | | | | | | | | 7 | | | |
| CASARRUBIAS NAVA | JOSE | S | 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 | | | | | | | | | | | | | 6 | 03/01/04 | 02/01/05 | |
| CHAVEZ | RICARDO | S | 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 | | | | | | | | | | | | | 5 | 09/27/04 | 03/27/05 | |
| CHILDRESS | WILMA | S | 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 | | | | | | | | | | | | | 12 | 08/11/03 | | |
| CHRISTIE | TYANNE | S | 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 | | | | | | | | | | | | | 7 | 09/27/05 | 09/27/05 | |
| ELMEJDA PEREIRA | GLORIA | S | 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 | | | | | | | | | | | | | 12 | | | |
| FERREIRA | MARIA | S | 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 | | | | | | | | | | | | | 12 | | | |
| FOX | RUTH | S | 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 | | | | | | | | | | | | | 7 | | | |
| GALLARDO | JOSEFINA | S | 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 | | | | | | | | | | | | | 12 | | | |
| GARCIA | MARIO | S | 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 | | | | | | | | | | | | | 12 | 02/03/03 | | |
| GARCIA | PATRICIO | S | 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 | | | | | | | | | | | | | 12 | 04/18/01 | | |
| GASPAR | AGUSTIN | S | 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 | | | | | | | | | | | | | 4 | | | |
| GOMES | FRANCIS | S | 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 | | | | | | | | | | | | | 5 | | | |
| GOMEZ | ALFREDO | S | 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 | | | | | | | | | | | | | 2 | | | |
| GONZALEZ | JOSE | S | 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 | | | | | | | | | | | | | 12 | 04/18/03 | | |
| GONZALEZ AGUI | EMILIO | S | 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 | | | | | | | | | | | | | 7 | 04/09/97 | | |
| GUZMAN | ANA | S | 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 | | | | | | | | | | | | | 12 | 05/22/97 | | |
| HENDERSON | LAVERNE | S | 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 | | | | | | | | | | | | | 7 | | | |
| HERNANDEZ | MARIA | S | 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 | | | | | | | | | | | | | 12 | 07/22/04 | 01/22/05 | |
| HERNANDEZ MUN | LAZARO | S | 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 | | | | | | | | | | | | | 7 | | | |
| HURTADO | SELMA | S | 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 | | | | | | | | | | | | | 12 | 06/25/99 | | |
| IGLESIAS | FELIPE | S | 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 | | | | | | | | | | | | | 4 | | | |
| JIMENEZ | ANA | S | 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 | | | | | | | | | | | | | 12 | 11/25/02 | | |
| JUAREZ LOPEZ | ABEL | S | 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 | | | | | | | | | | | | | 12 | | | |
| LAINEZ | EDWARDO | S | 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 | | | | | | | | | | | | | 2 | 08/01/04 | 02/01/05 | |
| LOPEZ DEPLEST | JUANA | S | 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 | | | | | | | | | | | | | 11 | 10/01/03 | | |
| MARTINEZ | ADAN | S | 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 | | | | | | | | | | | | | 11 | 10/01/01 | | |
| MARTINEZ | HERLIN | S | 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 | | | | | | | | | | | | | 7 | | | |
| MARTINEZ | HILARIO | S | 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 | | | | | | | | | | | | | 5 | 09/24/09 | | |
| MARTINEZ | JUANA | S | 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 | | | | | | | | | | | | | 5 | | | |
| MARTINEZ | MARIA | S | 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 | | | | | | | | | | | | | 6 | | | |
| MARTINEZ | PAUL | S | 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 | | | | | | | | | | | | | | | | |
| MAYO | ENA | S | 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 | | | | | | | | | | | | | | | | |

Red Coats, Inc. 200567    0001 Rpd Prem

1/30/2006  1:55 PM

Red Coats, Inc.
DC Master: FULL TIME
E220043470001
SEIU Health and Welfare Fund
Calendar Year 2005

| Last | First | Coverage Ievi | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|------|-------|-----|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|-----------|-----------|-----------|
| MEJIA | MARLEN | S | 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 | | | | | | | | | | | | | 411 | 03/26/04 | 02/01/05 | |
| MEMBRENO | MARTA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 08/01/04 | 02/01/05 | |
| MENDOZA BERRIOS | BLENDA | S | 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 | | | | | | | | | | | | | 8 | 04/19/99 | | |
| MILLER | MARIA | S | 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 | | | | | | | | | | | | | 12 | 01/14/03 | | |
| MIRANDA | JUANA | S | 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 | | | | | | | | | | | | | 7 | 07/03/02 | | |
| MOLINA | DAVID | S | 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 | | | | | | | | | | | | | 8 | 08/01/04 | 02/01/05 | |
| MONTIEL | FIDELIA | S | 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 | | | | | | | | | | | | | 7 | | | |
| MORALES | JOEL | S | 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 | | | | | | | | | | | | | 2 | | | |
| MORENO | MARTHA | S | 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 | | | | | | | | | | | | | 9 | | | |
| NAVA | ALBERTO | S | 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 | | | | | | | | | | | | | 5 | | | |
| HOLASCO | SANDRA | S | 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 | | | | | | | | | | | | | 9 | 08/01/04 | 02/01/05 | |
| OLIVERA | ENRIQUE | S | 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 | | | | | | | | | | | | | 7 | 11/01/04 | 05/01/05 | |
| OLIVA | JOSE    R | S | 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 | | | | | | | | | | | | | 2 | 12/07/04 | 06/07/05 | |
| PAYES | JAIME | S | 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 | | | | | | | | | | | | | 5 | | | |
| PEARSON | SHIRLEY | S | 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 | | | | | | | | | | | | | 4 | 01/11/97 | | |
| PEREZ | ISRAEL | S | 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 | | | | | | | | | | | | | 12 | 04/07/03 | | |
| PEREZ | JOSE | S | 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 | | | | | | | | | | | | | 12 | 05/28/03 | | |
| PEREZ | MARIA | S | 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 | | | | | | | | | | | | | 5 | | | |
| PERLA | MAYRA | S | 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 | | | | | | | | | | | | | 7 | | | |
| PUERTA | FERNANDO | S | 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 | | | | | | | | | | | | | 12 | 09/10/03 | | |
| QUINTANILLA | AMILCA | S | 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 | | | | | | | | | | | | | 5 | 08/03/04 | 02/09/05 | |
| RAMIREZ | GLORIA | S | 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 | | | | | | | | | | | | | 3 | 02/18/03 | | |
| RAMIREZ | DELMI | S | 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 | | | | | | | | | | | | | 12 | 11/05/03 | | |
| RAMOS | RAFAEL | S | 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 | | | | | | | | | | | | | 12 | | | |
| RAMOS | SANTOS | S | 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 | | | | | | | | | | | | | 3 | 02/07/05 | 08/07/05 | |
| RENGIFO | CARLOS | S | 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 | | | | | | | | | | | | | 1 | 10/15/06 | | |
| REYES | AMILCA | S | 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 | | | | | | | | | | | | | 12 | 10/21/02 | | |
| REYES | MARIA | S | 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 | | | | | | | | | | | | | 12 | | | |
| RIVERA | MARIA   A | S | 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 | | | | | | | | | | | | | 12 | 02/00/99 | | |
| ROACH | MANUEL | S | 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 | | | | | | | | | | | | | 6 | 02/02/88 | | |
| RODRIGUEZ | MARY | S | 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 | | | | | | | | | | | | | 5 | | | |
| ROMERO DE PEREIRA | ANA | S | 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 | | | | | | | | | | | | | 3 | 10/03/95 | | |
| RUIZ | FRANCISCA | S | 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 | | | | | | | | | | | | | 12 | 05/27/97 | | |
| RUSSELL | CLAUDIO | S | 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 | | | | | | | | | | | | | 7 | | | |
| SAGASTIZADO | TANIY | S | 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 | | | | | | | | | | | | | 7 | | | |
| SALAZAR | ROBERTO | S | 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 | | | | | | | | | | | | | 12 | 02/05/05 | 08/05/05 | |
| SALDIVAR | FRANKLIN | S | 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 | | | | | | | | | | | | | 7 | 03/02/00 | | |
| SALVADOR | JUAN | S | 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 | | | | | | | | | | | | | 7 | | | |
| SALVADOR | ADALBERTO | S | 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 | | | | | | | | | | | | | 12 | 07/13/04 | 01/13/05 | |
| SANCHEZ | ELVA | S | 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 | | | | | | | | | | | | | 12 | | | |
| SARAVIA | AMANDA | S | 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 | | | | | | | | | (1) | | | | 12 | 01/26/98 | | |
| SEJAS | GRISELDA | S | 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 | | | | | | | | | | | | | 6 | | | |
| SMITH | BONIFACIO | S | 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 | | | | | | | | | | | | | 4 | 03/23/99 | | |
| SORTO | MICHELLE | S | 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 | | | | | | | | | | | | | 4 | | | |
| SPIGUT | CLEMENTINA | S | 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 | | | | | | | | | | | | | 1 | | | |
| UMANZOR - HILL | BARBARA | S | 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 | | | | | | | | | | | | | 7 | | | |
| VELASQUEZ  PEREZ | ARMIDA | S | 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 | | | | | | | | | | | | | 2 | 07/25/04 | 01/25/05 | |
| VENTURA | RAFAEL | F | 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 | | | | | | | | | | | | | 8 | 09/01/04 | 03/01/05 | |
| VICENTE | GUADALUPE | S | 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 | | | | | | | | | | | | | 7 | | | |
| VIGIL | ANGEL | S | 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 | | | | | | | | | | | | | 12 | | | |
| WALKER | JOHN | S | 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 | | | | | | | | | | | | | 12 | 02/28/99 | | |
| WOOD | BROCK | S | 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 | | | | | | | | | | | | | 12 | 07/14/05 | | |
| ZAMORA - LEMUS | JOBITA | S | 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 | | | | | | | | | | | | | | | | |
| ZAVALA  HERNANDEZ | ALBA | Mvi | | 63 | 49 | 22 | 63 | 60 | 54 | 65 | 33 | 74 | 82 | 73 | 75 | 814 | | | |

3/3

Red Coats, Inc.
DC Master: FULL TIME
82206497001
SEIU Health and Welfare Fund
Calendar Year 2005

| Last | First | | Coverage Amt | SSN | January 63 | February 49 | March 49 | April 63 | May 54 | June 65 | July 76 | August 74 | September 62 | October 73 | November 71 | December 75 | Total 814 | Hire Date | Elig Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | | | | |
| AVALO | ORBELINA | A | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 03/19/03 | | |
| AYALA | CARLOS | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| BAUTISTA | JORGE | J | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CABANAS - SANCHEZ | RENE | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CECIBEL    MENA | MARIA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 08/12/99 | | |
| COLEMAN | MELVIN | J | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CRISOSTOMO | MIGUEL | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CRUZ | PEDRO | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| DIXON | SHARITA | M | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 06/07/05 | 12/07/05 | |
| GOMEZ - LANDAVERDE | TOMASA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/09/98 | | |
| GONZALES | JUAN | C | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| GUDIEL | BELMIN | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 03/29/05 | 06/09/05 | |
| HERNANDEZ | SOFIA | B | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| HIDALGO    PEREZ | JULIA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 06/13/05 | 12/13/05 | |
| JACOBS | SHIRLEY | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 06/06/05 | 12/06/05 | |
| JOHNSON | SHAWN | O | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 09/14/04 | 03/14/05 | |
| JURADO | CORALIA | M | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| LARIOS    DE    JOYA | JUANA | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/05/99 | | |
| LEMUS | MARIA | A | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 11/05/90 | | |
| LOBO | TELMA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 04/11/05 | 10/11/05 | |
| LOPEZ | IRMA | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 06/27/05 | 12/27/05 | |
| LOPEZ | NICOLAS | L | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MEJIA | LUIS | L | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MISHIORENO | JUAN | E | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MENDEZ | JAIME | E | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MENDOZA | MARIA | I | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MENJIVAR | MARGARITA | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| PEREZ | GILBERTO | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 03/01/04 | | |
| RAMIREZ | WILLIAMS | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| REYES | JOSE | E | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 03/22/04 | 02/09/05 | |
| RIOS | BLANCA | D | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 08/09/04 | | |
| RIVAS | MILAGRO | D | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | 08/01/04 | 02/01/05 | |
| RIVERA | NOE | A | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| ROBLES | CATARINO ANTONIO | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| RODRIGUEZ | ADRIANNA | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| SALVADOR | SILVESTRE | G | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| SANCHEZ | JESUS | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| SANCHEZ | LEONOR | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| SOLANO | RONALD | | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| SOLIS | ERNESTO | | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/26/05 | 09/26/05 | |
| VILLA | HILDEBERTO | L | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| **Total:** | | | | | 63 | 49 | 49 | 63 | 54 | 65 | 76 | 74 | 62 | 73 | 71 | 75 | 814 | | | |

Red Coats, Inc.
DC Master: FULL TIME
822084870001
SEIU Health and Welfare Fund
Calendar Year 2005

1/3

| Last | First | SSN | Eligibility/ Term Date | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfed Premiums:** | | | | | | | | | | | | | | | | |
| ABARCA | BERTA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| AGUILAR | ANTONIO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| AGUILAR | JOSE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 10 |
| AGUILAR | PAULINA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| ALCOSER | BENINNO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| ALEMAN | DORIA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 6 |
| ALLEN | REGINALD | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| ANAYA | LORENA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 6 |
| ANDRADE | ANGEL | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 10 |
| ANDRADE | ELMER | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| ANGEL | YAMIT | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| AREVALO | JOSE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| AREVALO | MERCEDES | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| ARIAS | FELIPA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| BAKER | REGINALD | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 10 |
| BAUTISTA | ORBELINA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| BONILLA | DAVID | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 10 |
| BROWN | BARBARA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 8 |
| BUILES | DWAYNE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 7 |
| CABRERA LOPEZ | SILVIA | 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 | E 02/16/06 | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| CALDERON LUNA | DAMARIS | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| CALDWELL | JUANITA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| CARRIZO | JOSE | 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 | E 04/24/06 | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| CARLOS | ANTONTIO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| CASARRUBIAS NAVA | JOSE | 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 | E 02/16/06 | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| CHAVEZ | RICARDO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 8 |
| CHILDRESS | WILMA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 8 |
| CHRISTIE | TYANNE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 7 |
| ELMEDDA PEREIRA | GLORIA | 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 | E 02/01/06 | | - | - | - | - | - | - | - | - | - | - | - | 7 |
| FERREIRA | MARIA | 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 | E 03/27/06 | | - | - | - | - | - | - | - | - | - | - | - | 7 |
| FOX | RUTH | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| GALLARDO | JOSEFINA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| GARCIA | MARIO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| GARCIA | PATRICIO | 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 | E 09/27/06 | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| GASPAR | AGUSTIN | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| GOFF | FRANCIS | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| GOMES | ALFREDO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| GONZALEZ | JOSE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 11 |
| GONZALEZ AGUI | EBIMO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| GUZMAN | ANA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 9 |
| HENDERSON | LAVERNE | 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 | E 01/22/06 | | - | - | - | - | - | - | - | - | - | - | - | 11 |
| HERNANDEZ | MARIA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| HERNANDEZ MUN | LAZARO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 4 |
| HURTADO | SELMA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 4 |
| IGLESIAS | FELIPE | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 2 |
| JIMENEZ | ANA | 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 | E 02/01/06 | | (1) | - | - | - | - | - | - | - | - | - | - | 12 |
| JUAREZ LOPEZ | ABEL | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| LAREZ | EDWARDO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| LOPEZ DEPLEIT | JUANA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 6 |
| MARTINEZ | ADAN | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| MARTINEZ | HERLIN | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| MARTINEZ | HILARIO | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 12 |
| MARTINEZ | JUANA | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 5 |
| MARTINEZ | MARIA C | 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 | | | - | - | - | - | - | - | - | - | - | - | - | 6 |
| MAYO | PAUL | | | | | | | | | | | | | | | |
| | ENA | 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 | fwd | | 30 | 29 | 35 | 41 | 40 | 42 | 43 | 45 | 45 | 42 | 41 | 43 | 476 |

1/04/2006   8:47 AM

Red Coats, Inc.
DC Master - FULL TIME
E2200667/0001
SEIU Health and Welfare Fund
Calendar Year 2006

| Last (Required Premiums (cont'd)) | First | Eligibility From Date | SSN | Total |
|---|---|---|---|---|
| MEJIA | MARLEN | | 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 | 3 |
| MEMBRENO | MARTA | | 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 | 12 |
| MENDOZA BERRIOS | RUFINO | | 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 | 9 |
| MILLER | MARIA | E 02/01/06 | 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 | 8 |
| MIRANDA | JUANA | | 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 | 12 |
| MOLINA | DAVID | | 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 | 12 |
| MONTIEL | ROSALIA | | 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 | 9 |
| MORALES | JOEL | | 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 | 3 |
| MORENO | MARTHA | E 02/01/06 | 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 | 7 |
| NAVA | ALBERTO | | 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 | 9 |
| NOLASCO | SANDRA | | 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 | 12 |
| OLIVERA | ENRIQUE | | 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 | 2 |
| OLIVA | JOSE   R | | 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 | 8 |
| PAYES | JAIME | E 02/01/05 | 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 | 6 |
| PEARSON | SHIRLEY | E 06/01/05 | 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 | 4 |
| PEREZ | ISRAEL | E 04/07/05 | 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 | 9 |
| PEREZ | JOSE | | 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 | 2 |
| PEREZ | MARIA | | 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 | 8 |
| PERLA | MAYRA | | 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 | 12 |
| PUERTA | FERNANDO | E 02/09/06 | 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 | 12 |
| QUINTANILLA | FELIX | | 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 | 10 |
| RAMIREZ | DELIA | | 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 | 7 |
| RAMIREZ | DELMI | | 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 | 12 |
| RAMOS | RAFAEL | | 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 | 12 |
| RAMOS | SANTOS | | 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 | 1 |
| REKGFO | CARLOS | | 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 | 12 |
| REYES | AMILCA | | 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 | 12 |
| REYES | GLORIA | E 08/07/06 | 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 | 4 |
| RIVERA | MARIA   A | | 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 | 2 |
| ROCH | MANUEL | | 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 | 4 |
| RODRIGUEZ | MARY | | 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 | 7 |
| ROMERO DE PERERA | ANA | | 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 | 12 |
| RUIZ | FRANCISCA | | 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 | 12 |
| RUSSELL | CLAUDIA | | 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 | 8 |
| SAGASTIZADO | TAMPA | | 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 | 1 |
| SALAZAR | ROBERTO | | 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 | 4 |
| SALVADOR | FRANKLIN | | 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 | 6 |
| SALVADOR | JUAN | | 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 | 12 |
| SANCHEZ | ADALBERTO | E 06/05/05 | 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 | 12 |
| SARANA | ELVA | | 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 | 12 |
| SEAS | AMANDA | | 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 | 6 |
| SMITH | GRISELDA | E 01/13/05 | 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 | 11 |
| SORTO | BONIFACIO | | 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 | 1 |
| SPROT | MICHELLE | | 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 | 1 |
| UMANZOR - HILL | CLEMENTINA | | 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 | 7 |
| VALLEJO DIAZ | BARBARA | | 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 | 1 |
| VELASQUEZ   PEREZ | ARMIDA | | 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 | 7 |
| VENTURA | RAFAEL | | 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 | 12 |
| VENTURA | EDUARDO | | 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 | 12 |
| VICENTE | AMANDA | E 01/25/06 | 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 | 11 |
| VIGIL | MARIA | E 02/01/05 | 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 | 8 |
| WALKER | GUADALUPE | | 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 | 4 |
| WOOD | ANGEL | | 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 | 12 |
| WOOD | JOHN | | 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 | 12 |
| ZAMORA - LEMUS | BROCK | | 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 | 12 |
| ZAVALA  HERNANDEZ | JOBITA | | 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 | 12 |
| | ALBA | | | 931 |

Monthly column totals: January 30, February 29, March 35, April 41, May 40, June 42, July 43, August 45, September 45, October 42, November 41, December 43; Total 476

Running totals by month: January 62, February 63, March 70, April 78, May 78, June 82, July 85, August 86, September 87, October 81, November 77, December 82; Total 931

Red Coats, Inc.
DC Master: FULL TIME
8/2/2005/67/0001
SEIU Health and Welfare Fund
Calendar Year 2005

3/3

### Required Premiums (cont'd)
**Eligible, not Reported:**

| Last | First | | Eligibility/Term Date | SSN | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-------|--|------------------------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| AVALO | ORBELINA | | | 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 | | | | | | | | | | | | | 12 |
| AYALA | CARLOS | A | | | | | | | | | | | | | | | 4 |
| BAUTISTA | JORGE | L | | | | | | | | | | | | | | | 6 |
| CABANAS - SANCHEZ | RENE | | | | | | | | | | | | | | | | 6 |
| CECIBEL MENA | MARIA | | | 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 | | | | | | | | | | | | | 12 |
| COLEMAN | MELVIN | J | | | | | | | | | | | | | | | 8 |
| CRISOSTOMO | MIGUEL | | | | | | | | | | | | | | | | 3 |
| CRUZ | PEDRO | | | | | | | | | | | | | | | | |
| DIXON | SHARITA | M | Ineligible | 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 | | | | | | | | | | | | | |
| GOMEZ - LANDAVERDE | TOMASA | | | 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 | | | | | | | | | | | | | 9 |
| GONZALES | JUAN | C | | 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 | | | | | | | | | | | | | 9 |
| GUDIEL | BELMIN | | E 09/29/05 | | | | | | | | | | | | | | 12 |
| HERNANDEZ | SOFIA | B | | | | | | | | | | | | | | | |
| HILDALGO PEREZ | JULIA | | Ineligible | 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 | | | | | | | | | | | | | |
| JACOBS | SHIRLEY | L | Ineligible | 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 | | | | | | | | | | | | | 8 |
| JOHNSON | SHAWN | O | E 03/14/05 | 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 | | | | | | | | | | | | | 9 |
| JURADO | CORALIA | M | | | | | | | | | | | | | | | 4 |
| LARIOS DE JOYA | JUANA | | | 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 | | | | | | | | | | | | | 12 |
| LEMUS | MARIA | A | E 10/11/05 | 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 | | | | | | | | | | | | | 12 |
| LOBO | TELMA | | | 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 | | | | | | | | | | | | | 2 |
| LOPEZ | IRMA | | Ineligible | 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 | | | | | | | | | | | | | 2 |
| LOPEZ | NICOLAS | L | | | | | | | | | | | | | | | 9 |
| MEJIA | LUIS | A | | | | | | | | | | | | | | | 6 |
| MEJIA | JUAN | E | | | | | | | | | | | | | | | 12 |
| MEMBRENO | JAIME | E | | | | | | | | | | | | | | | 5 |
| MENDEZ | MARIA | I | | | | | | | | | | | | | | | 5 |
| MENDOZA | MARGARITA | | | | | | | | | | | | | | | | 4 |
| MENJIVAR | GILBERTO | | | 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 | | | | | | | | | | | | | 12 |
| PEREZ | WILLIAMS | | | | | | | | | | | | | | | | 12 |
| RAMIREZ | JOSE | E | | 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 | | | | | | | | | | | | | 10 |
| REYES | BLANCA | D | E 02/09/05 | 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 | | | | | | | | | | | | | 7 |
| RIOS LOPEZ | MILAGRO | D | | | | | | | | | | | | | | | 12 |
| RIVAS | NOE | A | | | | | | | | | | | | | | | 11 |
| RIVERA | CATARINO ANTONIO | | E 02/01/05 | 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 | | | | | | | | | | | | | 10 |
| ROBLES | ADRIANA | | | | | | | | | | | | | | | | 10 |
| RODRIGUEZ | SILVESTRE | G | | | | | | | | | | | | | | | 8 |
| SALVADOR | JESUS | | | | | | | | | | | | | | | | 6 |
| SANCHEZ | LEONOR | | | | | | | | | | | | | | | | 7 |
| SANCHEZ | RONALD | | | | | | | | | | | | | | | | 12 |
| SOLANO | ERNESTO | | | | | | | | | | | | | | | | |
| SOLIS | HILDEBERTO | L | E 04/25/05 | 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 | | | | | | | | | | | | | 3 |
| VILLA | | | | | | | | | | | | | | | | | |
| **Totals:** | | | | | 74 | 76 | 69 | 104 | 108 | 110 | 114 | 116 | 115 | 111 | 107 | 111 | **1,233** |

Red Coats, Inc.
DC Master: FULL TIME
SEIU Health and Welfare Fund
Calendar Year 2006

1/3

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABARCA | BERTA | 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 | (1) | | | | | | | | | | | | (1) |
| AGUILAR | ANTONIO | 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 | | | | 1 | | | | | | | | | 1 |
| AGUILAR | JOSE | 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 | | | | 1 | | | | | | | | | 1 |
| AGUILAR | PAULINA | 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 | | | | 1 | | 1 | | | | | | | 2 |
| ALCOSER | BENNING | 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 | | | | | | | | | | | | | |
| ALEMAN | DIGNA | 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 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 9 |
| ALLEN | REGINALD | 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 | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 |
| ANAY | LOREN | 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 | | | | | | | (1) | (1) | | | | | (2) |
| ANDRADE | ANGEL | 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 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | | | | 7 |
| ANDRADE | ELMER | 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 | | | | | | | | | | | | | |
| ANGEL | YANET | 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 | | | | | | 1 | 1 | 1 | | | | | 3 |
| AREVALO | JOSE | 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 | | | | | | | | | | | | | |
| AREVALO | MERCEDES | 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 | | | | 1 | | | | | | | | | 1 |
| ARIAS | FELIPA | 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 | | | | | | | | | | | | | |
| BAKER | REGINALD | 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 | | | 1 | | | | | | | | | | 1 |
| BAUTISTA | ORBELINA | 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 | | | | | | | | | | | | | |
| BONILLA | DAVID | 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 | | | | | | 1 | | | | | | | 1 |
| BROWN | BARBARA | 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 | | | | | | | | | | | | | |
| BUTLER | DWAYNE | 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 | | | | | | | | | | | | | |
| CABRERA LOPEZ | SILVIA | 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 | | | | 1 | | | | | | | | | 1 |
| CALDERON LUNA | DAMARIS | 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 | | | | | | | | | | | | | |
| CALDWELL | JUANITA | 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 | | | | | | 1 | | | | | | | 1 |
| CARDOZO | JOSE | 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 | | | | | | | | | | | | | |
| CARLOS | ANTONITO | 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 | | | | | | 1 | | 1 | | | | | 2 |
| CASARRUBIAS NAVA | JOSE | 298-094-6712 | | | | | | | | 1 | | | | | 1 |
| CHAVEZ | RICARDO | 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 | | | | | | | | | | | | | |
| CHILDRESS | WILMA | 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 | | | | | | | | | | | | | |
| CHRISTIE | TYANNE | 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 | | | | | | | | | | | | | |
| ELMELDA PEREIRA | GLORIA | 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 | | | | | | 1 | | 1 | | | | | 2 |
| FERREIRA | MARIA | 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 | | | | | | | | | | | | | |
| FOX | RUTH | 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 | | | | | | | | | | | | | |
| GALLARDO | JOSEFINA | 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 | | | | | | 1 | | 1 | | | | | 2 |
| GARCIA | MARIO | 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 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | | | 8 |
| GARCIA | PATRICIO | 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 | | | | 1 | | 1 | 1 | 1 | | 1 | | | 5 |
| GASPAR | AGUSTIN | 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 | | | | | | | | | | | | | |
| GOFF | FRANCIS | 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 | (1) | | | | | | (1) | | | (1) | | | (2) |
| GOMES | ALFREDO | 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 | | | | | | 1 | | 1 | | 1 | | | 3 |
| GONZALEZ | JOSE | 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 | | | | | | | | | | | | | |
| GONZALEZ AGUI | EMILIO | 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 | | | | | | | | | | | | | |
| GUZMAN | ANA | 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 | | | | | | 1 | | 1 | | | | | 2 |
| HENDERSON | LAVERNE | 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 | | | | 1 | | 1 | 1 | | | 1 | | | 4 |
| HERNANDEZ | MARIA | 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 | | | 1 | 1 | | 1 | 1 | | | | | | 4 |
| HERNANDEZ MUN | LAZARO | 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 | | | | | | | | | | | | | |
| HURTADO | SELMA | 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 | | | | | | 1 | | 1 | | | | | 2 |
| IGLESIAS | FELIPE | 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 | | | | | | | | | | | | | |
| JIMENEZ | ANA | 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 | | | | | | 1 | | | | | | | 1 |
| JUAREZ LOPEZ | ABEL | 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 | | | | | | | | 1 | | | | | 1 |
| LAINEZ | EDWARDO | 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 | | | | | | | | | | | | | |
| LOPEZ DEPLEIT | JUANA | 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 | | | | | | | | | | | | | |
| MARTINEZ | ADAN | 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 | | | | | | | | | | | | | |
| MARTINEZ | HEBLIN | 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 | (1) | | | | | | | | | | | | (1) |
| MARTINEZ | HILARIO | 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 | | | | | | | | | | | | | |
| MARTINEZ | JUANA | 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 | | | | | | 1 | | | | | | | 1 |
| MARTINEZ | MARIA | 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 | | | | | | 1 | | 1 | | | | | 2 |
| MARTINEZ | MARIA C | 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 | | | | | | 1 | 1 | | | | | | 2 |
| MAYO | PAUL | 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 | | | | | | 1 | | | | | | | 1 |
| | ERA | 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 | | | | | | 1 | | | | | | | 1 |
| fwd | | | 2 | 7 | 5 | 10 | 2 | 12 | 9 | 6 | 4 | 4 | 2 | 3 | 65 |

10/4/2006 9:00 AM

Red Coats, Inc.
DC Master: FULL TIME
822200467/0001
SEIU Health and Welfare Fund
Calendar Year 2004

2/3

| Last | First | SSN | Awd | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Variance (cont'd)** | | | | | | | | | | | | | | | | |
| MELA | MARLEN | 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 | | | | | | | | | | | | | | 65 |
| MEMBRENO | MARTA | 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 | | | | | | | | | | | | | | 1 |
| MENDOZA BERRIOS | RUFINO | 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 | | | | | | | | | | | | | | |
| MILLER | MARIA | 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 | | | | | | | | | | | | | | 2 |
| MIRANDA | JUANA | 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 | | | | | | | | | | | | | | |
| MOLINA | DAVID | 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 | | | | | | | | | | | | | | 2 |
| MONTIEL | FIDELIA | 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 | | (1) | | | | | | | | | | | | |
| MORALES | JOEL | 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 | | | | | | | | | | | | | | |
| MORENO | MARTHA | 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 | | | | | | | | | | | | | | 2 |
| NAVA | ALBERTO | 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 | | | | | | | | | | | | | | |
| NOLASCO | SANDRA | 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 | | | | | | | | | | | | | | |
| OLIVERA | ENRIQUE | 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 | | (1) | | | | | | | | | | | | |
| OLIVA | JOSE R | 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 | | | | | | | | | | | | | | |
| PAYES | JAIME | 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 | | | | | | | | | | | | | | |
| PEARSON | SHIRLEY | 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 | | | | | | | | | | | | | | 3 |
| PEREZ | ISRAEL | 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 | | | | 1 | | | | | | | | | | 3 |
| PEREZ | JOSE | 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 | | | | | | | | | | | | | | 3 |
| PEREZ | MARIA | 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 | | | | | | | | | | | | | | |
| PERLA | MAYRA | 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 | | | | | | | | | | | | | | |
| PUERTA | FERNANDO | 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 | | | | | | | | | | | | | | |
| QUINTANILLA | FELIX | 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 | | | | | | | | | | | | | | |
| RAMIREZ | DELIA | 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 | | | | | | | | | | | | | | |
| RAMIREZ | DELMI | 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 | | | | | | | | | | | | | | |
| RAMOS | RAFAEL | 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 | | | | | | | | | | | | | | |
| RAMOS | SANTOS | 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 | | | | | | | | | | | | | | |
| RENGIFO | CARLOS | 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 | | | | | | | | | | | | | | |
| REYES | AMILCA | 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 | | | | | | | | | | | | | | |
| REYES | GLORIA A | 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 | | | | | | | | | | | | | | |
| REYES | MARIA | 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 | | | | | | | | | | | | | | |
| RIVERA | MANUEL | 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 | | | | | | | | | | | | | | |
| ROACH | MARY | 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 | | | | | | | | | | | | | | |
| RODRIGUEZ | ANA | 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 | | | | | | | | | | | | | | |
| RODRIGUEZ DE PEREIRA | FRANCISCA | 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 | | (1) | | | | (1) | | | | | | | | (1) |
| RUZ | CLAUDIO | 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 | | | | | | | | | | | | | | 6 |
| RUSSELL | TAMYA | 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 | | | | | | | | | | | | | | |
| SAGASTIZADO | ROBERTO | 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 | | | | | | | | | | | | | | 7 |
| SALAZAR | FRANKLIN | 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 | | | | | | | | | | | | | | 3 |
| SALVADOR | JUAN | 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 | | | | | | | | | | | | | | |
| SALVADOR | ADALBERTO | 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 | | | | | | | | | | | | | | (1) |
| SANCHEZ | ELVA | 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 | | | | | | | | | | | | | | |
| SANCHEZ | AMANDA | 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 | | | | | | | | | | | | | | |
| SARAVIA | GRISELDA | 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 | | | | | | | | | | | | | | |
| SEJAS | BONIFACIO | 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 | | | | | | | | | | | | | | |
| SMITH | MICHELLE | 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 | | | | | | | | | | | | | | |
| SORTO | CLEMENTINA | 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 | | | | | | | | | | | | | | 8 |
| SPEIGHT | BARBARA | 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 | | | | | | | | | | | | | | |
| UMANZOR - HILL | ARMIDA | 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 | | | | | | | | | | | | | | |
| VALLEJO DIAZ | RAFAEL | 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 | | | | | | | | | | | | | | 8 |
| VELASQUEZ PEREZ | EDUARDO | 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 | | | | | | | | | | | | | | |
| VENTURA | AMANDA | 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 | | | | | | | | | | | | | | |
| VENTURA | MARIA | 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 | | | | | | | | | | | | | | 3 |
| VICENTE | GUADALUPE | 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 | | (1) | | | | (1) | | | | | | | | 5 |
| VIGIL | ANGEL | 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 | | | | | | | | | | | | | | |
| WALKER | JOHN | 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 | | | | | | | | | | | | | | 3 |
| WOOD | BROCK | 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 | | | | | | | | | | | | | | (1) |
| ZAMORA - LEMUS | JOBITA | 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 | | | | | | | | | | | | | | |
| ZAVALA HERNANDEZ | ALBA | 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 | | (1) | | | | (1) | | | | | | | | |
| **Awd** | | | | 1 | 14 | 5 | 7 | 9 | 24 | 17 | 9 | 12 | 5 | 8 | 6 | 7 | 117 |

3/3

**Red Coats, Inc.**
DC Master: FULL TIME
EEZZ24567/20001
SEIU Health and Welfare Fund
Calendar Year 2006

| Last | First | Ini | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|-----|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| **Variance (cont'd)** | | | | (1) | 14 | 7 | 9 | 24 | 17 | 9 | 12 | 5 | 8 | 6 | 7 | 117 |
| **Eligible, Not Reported:** | | | | | | | | | | | | | | | | |
| AVALO | ORBELINA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AYALA | CARLOS | A | | | | | | 1 | 1 | 1 | 1 | | | | | 4 |
| BAUTISTA | JORGE | J | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 6 |
| CABANAS - SANCHEZ | RENE | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| CECIBEL | NENA | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| COLEMAN | MELVIN | J | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| CRISOSTOMO | MIGUEL | | | | | | | | | | | | 1 | 1 | 1 | 3 |
| CRUZ | PEDRO | | | | | | | | | | | | | | | |
| DIXON | SHARITA | M | 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 | | | | | | | | 1 | 1 | 1 | 1 | | 4 |
| GOMEZ - LANDAVERDE | TOMASA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GONZALES | JUAN | C | | | | | | | | | | | | | | |
| GUDIEL | BELMIN | | 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 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | | | 9 |
| HERNANDEZ | SOFIA | B | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 |
| HILDAGO     PEREZ | JULIA | | 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 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| JACOBS | SHIRLEY | O | 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 | | | | | | | | | | | | | |
| JOHNSON | SHAWN | M | 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 | | | | | | | | | | | | | |
| JURADO | CORALIA | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| LARIOS     DE     JOYA | JUANA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LEMUS | MARIA | A | 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 | | | 1 | 1 | 1 | | | 1 | | | | | 4 |
| LOBO | IRMA | | 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 | | | | | 1 | 1 | | | | | | | 2 |
| LOPEZ | TELMA | | 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 | | | | | | | | | | | | | |
| LOPEZ | NICOLAS | J | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| MEJIA | LUIS | A | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| MEMBRENO | JUAN | E | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 |
| MENDEZ | JAIME | I | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 |
| MENDOZA | MARIA | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 |
| MENNVAR | MARGARITA | | | | | | | | | | 1 | 1 | 1 | 1 | | 4 |
| PEREZ | GILBERTO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RAMIREZ | WILLIAMS | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| REYES | JOSE | E | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RIOS     LOPEZ | BLANCA | E | 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 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 10 |
| RIVAS | MILAGRO | D | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| RIVERA | NOE | A | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ROBLES | CATARINO   ANTONIO | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 11 |
| RODRIGUEZ | ADRIANA | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 10 |
| SALVADOR | SILVESTRE | G | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 |
| SANCHEZ | JESUS | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| SANCHEZ | LEONOR | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 6 |
| SOLANO | RONALD | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| SOLIS | ERNESTO | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| VILLA | HILDEBERTO | L | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| | | | | | | | | | | | | | | | | |
| **Totals:** | | | | 11 | 27 | 26 | 35 | 52 | 45 | 36 | 42 | 33 | 38 | 36 | 36 | 419 |

Amount Due @ $197.77 per premium:    $2,175.47   $5,339.79   $5,142.02   $6,921.95   $10,284.04   $8,899.65   $7,515.26   $8,306.34   $6,526.41   $7,515.26   $7,119.72   $7,119.72    $82,865.63

Overpayment @ $197.77 per premium:

Total Amount Due (Overpayment):    $2,175.47   $5,339.79   $5,142.02   $6,921.95   $10,284.04   $8,899.65   $7,515.26   $8,306.34   $6,526.41   $7,515.26   $7,119.72   $7,119.72    $82,865.63

Reid Costis, Inc.
DC Master/Fall Time
EZ/2006X7/0001
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

1/3

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Min Date | Elig Date | Term Date |
|------|-------|----------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|----------|-----------|-----------|
| AGUILAR | ANTONIO | S | 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 | | | | | | | | | | | | | 8 | 08/16/04 | | |
| AGUILAR | JOSE | S | 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 | | | | | | | | | | | | | 8 | | | |
| AGUILAR | PAULINA | S | 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 | | | | | | | | | | | | | 2 | | | |
| ALDOSSER | BENNINO | S | 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 | | | | | | | | | | | | | 2 | | | |
| ALEMAN | DIANA | S | 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 | | | | | | | | | | | | | 8 | | | |
| ALLEN | REGINALD | S | 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 | | | | | | | | | | | | | 5 | | | |
| ALVARADO | WILFREDO | S | 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 | | | | | | | | | | | | | 5 | 11/07/97 | | |
| ANAYA | LORENA | S | 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 | | | | | | | | | | | | | 8 | 04/22/05 | | |
| ANDRADE | ELMER | S | 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 | | | | | | | | | | | | | 8 | | | |
| ANGEL | YANET | S | 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 | | | | | | | | | | | | | 8 | 07/09/96 | | |
| AREVALO | JOSE | S | 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 | | | | | | | | | | | | | 8 | 07/18/02 | | |
| AREVALO | MERCEDES | S | 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 | | | | | | | | | | | | | 5 | | | |
| ARIAS | FELIPA | S | 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 | | | | | | | | | | | | | 5 | 02/06/99 | | |
| AVALO | ORBELINA | S | 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 | | | | | | | | | | | | | 5 | 03/19/03 | | |
| AYALA | ROMANA | CHICAS | S | 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 | | | | | | | | | | | | 1 | 11/22/05 | | |
| BAKER | REGINALD | S | 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 | | | | | | | | | | | | | 6 | 05/05/07 | | 06/22/06 |
| BONILLA | DAVID | S | 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 | | | | | | | | | | | | | 8 | 08/16/04 | | |
| BROWN | BARBARA | S | 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 | | | | | | | | | | | | | 8 | 03/29/01 | | |
| CABRERA LOPEZ | SILVIA | S | 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 | | | | | | | | | | | | | 8 | 08/04/02 | | |
| CALDERON LUNA | DAMARIS | S | 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 | | | | | | | | | | | | | 8 | 10/02/00 | | |
| CALDWELL | JUANITA | S | 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 | | | | | | | | | | | | | 6 | 10/24/04 | | |
| CARLOS | ANTONIO | S | 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 | | | | | | | | | | | | | 7 | | | |
| CASARRUBIA | JOSE | S | 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 | | | | | | | | | | | | | 5 | | | |
| CHAVEZ | RICARDO | S | 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 | | | | | | | | | | | | | 8 | | | |
| CHILDRESS | WILMA | S | 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 | | | | | | | | | | | | | 4 | 02/03/03 | | |
| DE LEON | PERFIRIA | S | 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 | | | | | | | | | | | | | 3 | | | |
| DELA CRUZ | GERARDO | S | 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 | | | | | | | | | | | | | 3 | 05/19/03 | | |
| DIXON | SHAKRITA M | S | 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 | | | | | | | | | | | | | 8 | 05/07/05 | | 05/07/06 |
| ELVIR | MARIA | S | 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 | | | | | | | | | | | | | 6 | 09/27/04 | | |
| FERREIRA | RUTH | S | 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 | | | | | | | | | | | | | 8 | 08/11/03 | | |
| FOX | JOSEFINA | S | 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 | | | | | | | | | | | | | 8 | 03/27/05 | | |
| GALLARDO | AGUSTIN | S | 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 | | | | | | | | | | | | | | | | |
| GASPAR | FRANCIS | S | 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 | | | | | | | | | | | | | 8 | | | |
| GOMES | GLORIA | S | 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 | | | | | | | | | | | | | 2 | 02/03/03 | | |
| GONZALEZ | ALFREDO | S | 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 | | | | | | | | | | | | | 6 | 04/18/01 | | |
| GUZMAN | JOSE | S | 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 | | | | | | | | | | | | | 2 | | | |
| HERNANDEZ | ANA | S | 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 | | | | | | | | | | | | | 4 | 04/18/03 | | |
| HERNANDEZ | LAVERNE | S | 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 | | | | | | | | | | | | | 3 | 04/06/97 | | |
| HERNANDEZ | JOSE | S | 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 | | | | | | | | | | | | | 3 | 01/10/05 | | |
| HERNANDEZ XUN | MARIA | S | 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 | | | | | | | | | | | | | 8 | 05/22/97 | | 09/22/06 |
| HDOGE | LAZARO | S | 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 | | | | | | | | | | | | | 1 | | | |
| HDOGE | JAMES | W | S | 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 | | | | | | | | | | | | 8 | 11/28/05 | | |
| HURTADO | SELMA | S | 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 | | | | | | | | | | | | | 8 | 07/22/04 | | |
| JACOBS | SHIRLEY | S | 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 | | | | | | | | | | | | | 8 | 06/05/05 | | |
| JIMENEZ | ANA | S | 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 | | | | | | | | | | | | | 8 | 05/25/98 | | |
| LANEZ | EDWARDO | S | 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 | | | | | | | | | | | | | 6 | 11/25/02 | | |
| LOBO | TELMA | S | 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 | | | | | | | | | | | | | 5 | 11/05/90 | | 03/19/06 |
| LOPEZ | JOSE | S | 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 | | | | | | | | | | | | | 8 | 03/19/05 | | |
| LOPEZ DEPLEIT | JUANA | S | 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 | | | | | | | | | | | | | 5 | | | |
| MARTINEZ | ANA | S | 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 | | | | | | | | | | | | | 4 | 08/11/01 | | |
| MARTINEZ | FRANCISCO | S | 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 | | | | | | | | | | | | | 4 | 10/01/03 | | |
| MARTINEZ | HILARIO | S | 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 | | | | | | | | | | | | | 8 | 10/01/01 | | |
| MARTINEZ | JUANA | S | 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 | | | | | | | | | | | | | 8 | 11/05/00 | | |
| MARTINEZ | MARIA | S | 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 | | | | | | | | | | | | | 8 | 09/24/99 | | |
| MAYO | ENA | S | 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 | | | | | | | | | | | | | 8 | | | |
| | | Nef | | 44 | 43 | 41 | 43 | 45 | 46 | 45 | 45 | | | | | 354 | | | |

10/5/2006   12:15 PM

Red Coats, Inc.
DC Master Full Time
6220058700001
SEIU Health and Welfare Fund
Period 01/01/06 through 06/31/06

2/3

| Last | First | Booked Premiums (cont'd) | Coverage Amt | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEMBRENO | MARTA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | 03/25/04 | | |
| MILLER | MARIA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | 04/19/06 | | |
| MIRANDA | JUANA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | 01/14/03 | | |
| MORA | DAVID | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 07/06/02 | | |
| MONTIEL | FIDELIA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 08/01/04 | | |
| MORALES | JOEL | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| NERI | AGUSTIN | | S | 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 | 1 | 1 | 1 | | | | | | | | | | 3 | | | |
| OLIVERIA | ENRIQUE | | S | 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 | | | | | 1 | 1 | | | | | | | 2 | 11/16/05 | | 05/15/06 |
| PARRISH | CRYSTAL | | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 11/01/04 | | |
| PAYES | JAIME | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 12/07/04 | | |
| PEARSON | SHIRLEY | | S | 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 | | | | | | 1 | | | | | | | 1 | | | |
| PEGUERO | TERESA | | S | 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 | | | | | | 1 | | | | | | | 1 | | | |
| PENA | JOSE | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 04/18/05 | | |
| PEREZ | JOSE | | S | 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 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | 11 | 01/16/97 | | |
| PEREZ | MARIA | | S | 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 | | 1 | | | | | | | | | | | 1 | 04/07/03 | | |
| PERLA | MAYRA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 05/23/03 | | |
| PUERTA | FERNANDO | | S | 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 | 2 | 1 | 1 | 1 | 1 | 1 | | | | | | | 7 | 06/10/03 | | |
| QUINTANILLA | FELIX | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 08/09/04 | | |
| RAMIREZ | DELIA | | S | 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 | | | | | | | | | | | | | 3 | | | |
| RAMIREZ | DELMI | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 02/17/03 | | |
| RAMOS | RAFAEL | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| RENGIFO PINEDA | ROBERTO | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| REYES | CARLOS | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| REYES | GLORIA | | S | 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 | | | | | | | | | | | | | 2 | | | |
| RIKELMI | MARIA | | S | 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 | | | | | | | | | | | | | 1 | | | |
| RIVERA | CERNA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| RODRIGUEZ | MANUEL | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 02/07/05 | | |
| ROMERO DE PER | ANA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 10/15/06 | | |
| RUIZ | FRANCISCA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 10/21/02 | | |
| RUSSELL | CLAUDIO | | S | 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 | | | | | 1 | 1 | | | | | | | 2 | 02/06/06 | | |
| SAGASTIZADO | TAMYA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 02/02/06 | | |
| SALAZAR | ROBERTO | | S | 070-04-55326 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 04/12/00 | | |
| SALDIVAR | FRANKLIN | | S | 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 | | | | | 1 | 1 | | | | | | | 2 | 10/03/95 | | |
| SALVADOR | JUAN | | S | 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 | | | | | | 1 | | | | | | | 1 | 05/27/97 | | |
| SALVADOR | ADALBERTO | | S | 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 | 1 | 1 | 1 | 1 | | | | | | | | | 4 | 02/05/05 | | |
| SALVADOR | SILVESTRE | | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 03/02/00 | | |
| SARAVIA | GRISELDA | | S | 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 | | | | | | | | | | | | | 3 | | | |
| SEJAS | BORROMEO | | S | 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 | | | | | | | | | | | | | 2 | | | |
| SMITH | JEROME | | S | 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 | | | | | 1 | 1 | | | | | | | 2 | 01/16/06 | | 07/16/06 |
| SOLIS | ERNESTO | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| SOTO | CLEMENTINA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 07/13/04 | | |
| VELAZQUEZ PER | EDUARDO | | F | 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 | | | | | | | | | | | | | 6 | 03/23/99 | | |
| VENTURA | MARIA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| VICENTE | GUADALUPE | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| VIDAL | BROCK | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | | | |
| ZAMORA LEMUS | JOSITA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 4 | 03/29/99 | | |
| ZAVALA HERNAN | ALBA | | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 8 | 07/14/03 | | |
| | | | Avg | | 82 | 78 | 77 | 78 | 80 | 84 | 84 | 83 | | | | | 646 | | | |

Red Coats, Inc.
DC Master Full Time
822026872000001
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

List
**Reported Premiums (cont'd)**
**Eligible, not Reported:**

| Last | First | Coverage Lvl | SSN | January 82 | February 76 | March 77 | April 78 | May 80 | June 84 | July 84 | August 83 | September 83 | October | November | December | Total 848 | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AYALA | JONATHAN | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| CARCAMO | RAMON | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| COLEMAN | MELVIN J | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 08/12/99 | | |
| CRISOSTOMO | MIGUEL | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| ESCOBAR | ROBERTO A | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 02/06/06 | | |
| GOMEZ-LANDAVERDE | TOMASA | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| GONZALEZ | JUAN C | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| GUNDEL | LARGS HERNANDEZ | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 03/08/05 | | |
| HERNANDEZ | BELMIN | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 12/09/05 | | |
| JOHNSON | JOSE R | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 08/14/04 | | 08/08/06 |
| JURADO | SHAWN O | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| LARGS | CORALIA M | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| LARGS DE JOYA | JUANA | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| LEWIS | MARIA A | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 02/08/99 | | |
| LOPEZ | NICOLAS L | S | | . | . | . | . | . | . | . | . | . | | | | . | 06/27/05 | | |
| MARTINEZ | FRANCISCO | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 11/02/05 | | 05/02/06 |
| MENDEZ | JAIME E | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| MENJIVAR | MARGARITA | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 11/12/04 | | |
| NERI | PEDRO | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| NICKS | EZELL W | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| RAMIREZ | WILLIAMS | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 03/22/04 | | |
| REYES | JOSE E | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 08/09/04 | | |
| RIOS | BLANCA D | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| RIVERA LOPEZ | NOE A | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 01/05/00 | | |
| ROBLES | CATARINO ANTONIO | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| RODRIGUEZ | ADRIANA | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| SANCHEZ ROSSO | VICTOR M | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| SOLANO | RONALD | S | | . | . | . | . | . | . | . | . | . | | | | . | 08/01/05 | | 02/01/06 |
| TAPA | JAIME R | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 01/26/06 | | |
| UNANZOR-HILL | ARMIDA O | S | 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 | . | . | . | . | . | . | . | . | . | | | | . | 05/10/04 | | |
| VENTURA | REINA | S | | . | . | . | . | . | . | . | . | . | | | | . | | | |
| **Totals** | | | | 82 | 76 | 77 | 78 | 80 | 84 | 84 | 83 | 83 | | | | 848 | | | |

Red Coats, Inc.
DC Master Full Time
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

| Last | First | Eligibility/Term Date | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|----------------------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| AGUILAR | ANTONIO | | 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 | | | | | | | | | | | | | 8 |
| AGUILAR | JOSE | | 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 | | | | | | | | | | | | | 8 |
| ALDUCER | PAULINA | | 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 | | | | | | | | | | | | | 2 |
| ALEMAN | BERNINO | | 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 | | | | | | | | | | | | | 8 |
| ALLEN | DIGNA | | 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 | | | | | | | | | | | | | 5 |
| ALVARADO | REGINALD | | 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 | | | | | | | | | | | | | 8 |
| AMAYA | VALFREDO | | 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 | | | | | | | | | | | | | 8 |
| ANDRADE | LORENA | | 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 | | | | | | | | | | | | | 8 |
| ANGEL | ELMER | | 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 | | | | | | | | | | | | | 3 |
| AREVALO | YANET | | 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 | | | | | | | | | | | | | 8 |
| AREVALO | JOSE | | 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 | | | | | | | | | | | | | 8 |
| ARIAS | MERCEDES | | 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 | | | | | | | | | | | | | 3 |
| AVALO | FELIPA | | 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 | | | | | | | | | | | | | 8 |
| AYALA | ORBELINA | | 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 | | | | | | | | | | | | | 8 |
| BAKER CHICAS | ROMANA | E 06/22/06 | 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 | | | | | | | | | | | | | 6 |
| BANILLA | REGINALD | | 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 | | | | | | | | | | | | | 6 |
| BROWN | DAVID | | 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 | | | | | | | | | | | | | 8 |
| CABRERA LOPEZ | BARBARA | | 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 | | | | | | | | | | | | | 7 |
| CALDERON LUNA | SILVA | | 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 | | | | | | | | | | | | | 5 |
| CALDWELL | DAMARIS | | 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 | | | | | | | | | | | | | 1 |
| CARLOS | JUANITA | | 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 | | | | | | | | | | | | | 4 |
| CASARRUBIA | ANTONIO | | 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 | | | | | | | | | | | | | 8 |
| CHAVEZ | JOSE | | 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 | | | | | | | | | | | | | 3 |
| CHILDRESS | RICARDO | | 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 | | | | | | | | | | | | | 3 |
| DE LEON | VILMA | | 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 | | | | | | | | | | | | | 8 |
| DELA CRUZ | PEDRINA | | 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 | | | | | | | | | | | | | 8 |
| DIXON | GERARDO M | | 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 | | | | | | | | | | | | | 8 |
| ELVIR | SHARITA | E 05/07/06 | 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 | | | | | | | | | | | | | 8 |
| FERREIRA | NELSON | | 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 | | | | | | | | | | | | | 2 |
| FOX | MARIA | | 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 | | | | | | | | | | | | | 8 |
| GALLARDO | RUTH | | 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 | | | | | | | | | | | | | 2 |
| GASPAR | JOSEFINA | | 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 | | | | | | | | | | | | | 2 |
| GOFF | AGUSTIN | | 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 | | | | | | | | | | | | | 8 |
| GOMES | FRANCIS | | 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 | | | | | | | | | | | | | 3 |
| GONZALEZ | ALFREDO | | 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 | | | | | | | | | | | | | 8 |
| HENDERSON | JOSE | | 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 | | | | | | | | | | | | | 8 |
| HERNANDEZ | ANA | | 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 | | | | | | | | | | | | | 8 |
| HERNANDEZ MUN | LAVERNE W | E 05/23/06 | 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 | | | | | | | | | | | | | 8 |
| HOOGE | JOSE | | 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 | | | | | | | | | | | | | 8 |
| HURTADO | JAMES | | 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 | | | | | | | | | | | | | 6 |
| JACOBS | SHIRLEY | | 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 | | | | | | | | | | | | | 6 |
| JIMENEZ | ANN | | 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 | | | | | | | | | | | | | 5 |
| LAINEZ | EDWARDO | | 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 | | | | | | | | | | | | | 3 |
| LOBO | TELMA | E 03/19/06 | 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 | | | | | | | | | | | | | 1 |
| LOPEZ | JOSE | | 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 | | | | | | | | | | | | | 3 |
| LOPEZ DEPLEIT | JUANA | | 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 | | | | | | | | | | | | | 1 |
| MARTINEZ | ANA | | 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 | | | | | | | | | | | | | 4 |
| MARTINEZ | FRANCISCO | | 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 | | | | | | | | | | | | | 4 |
| MARTINEZ | HILARIO | | 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 | | | | | | | | | | | | | 8 |
| MARTINEZ | JUANA | | 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 | | | | | | | | | | | | | 8 |
| MARTINEZ | MARIA | | 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 | | | | | | | | | | | | | 8 |
| MARTINEZ | MARIA | | 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 | | | | | | | | | | | | | 8 |
| MAYO | ENA | fwd | 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 / 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 | 45 | 44 | 40 | 42 | 44 | 44 | 47 | 46 | | | | | 355 |

1/3

Red Coats, Inc. 200567     0001 Required Prems.

10/5/2006   12:13 PM

Red Coats, Inc.
DC Master Full Time
SEIU Health and Welfare Fund
Period 01/01/06 through 06/23/06



| Last | First | Eligibility Term Date | SSN | Total |
|---|---|---|---|---|
| **Required Premiums (cont'd)** | | Rvd | | 355 |
| MEMBRENO | MARTA | | 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 | |
| MILLER | MARIA | | 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 | 8 |
| MIRANDA | JUANA | | 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 | 8 |
| MOLINA | DAVID | | 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 | 8 |
| MONTIEL | ONDINA | | 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 | 8 |
| MORALES | JOEL | | 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 | 3 |
| NERI | AGUSTIN | | 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 | 3 |
| OLVERA | ENRIQUE | | 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 | 3 |
| PARRISH | CRYSTAL | E 05/16/06 | 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 | 3 |
| PAYES | JAIME T | | 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 | 5 |
| PEARSON | SHIRLEY | | 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 | 5 |
| PEGUERO | TERESA | | 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 | 1 |
| PENA | JOSE | | 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 | 1 |
| PEREZ | JOSE | | 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 | 5 |
| PEREZ | MARIA | | 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 | 8 |
| PERLA | MAYRA | | 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 | 11 |
| PUERTA | FERNANDO | | 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 | 8 |
| QUINTANILLA | FELIX | | 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 | 8 |
| RAMIREZ | DELIA | | 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 | 1 |
| RAMIREZ | DELMI | | 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 | 1 |
| RAMOS | RAFAEL A | | 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 | 8 |
| RAMOS PINEDA | ROBERTO | | 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 | 8 |
| RENGIFO | CARLOS | | 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 | 8 |
| REYES | GLORIA | | 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 | 3 |
| REYES | MARIA | | 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 | 8 |
| RIKELMI | CERNA | | 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 | 8 |
| RIVERA | MANUEL | | 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 | 8 |
| RODRIGUEZ | ANA A | | 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 | 5 |
| ROMERO DE PER | FRANCISCA | | 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 | 5 |
| RUZ | CLAUDIO | | 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 | 8 |
| RUSSELL | TAMIYA | | 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 | 8 |
| SAGASTIZADO | ROBERTO | | 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 | 1 |
| SALAZAR | FRANKLIN | | 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 | 8 |
| SALVADOR | JUAN | | 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 | 4 |
| SALVADOR | ADALBERTO | | 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 | 4 |
| SALVADOR | ELVA | | 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 | 8 |
| SALVADOR | SILVESTRE | | 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 | 8 |
| SARAVIA | GRISELDA | | 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 | 2 |
| SEJAS | BONIFACIO | | 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 | 8 |
| SMITH | JEROME L | E 07/16/06 | 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 | 1 |
| SOLIS | ERNESTO | | 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 | 2 |
| SOTO | CLEMENTINA | | 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 | 8 |
| VELASQUEZ PER | EDUARDO | | 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 | 8 |
| VENTURA | MARIA | | 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 | 8 |
| VICENTE | GUADALUPE | | 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 | 8 |
| WOOD | BROCK | | 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 | 4 |
| ZAMORA LEMUS | JOBITA | | 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 | 8 |
| ZAVALA HERNAN | ALBA | | 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 | 8 |
| | | Rvd | | 656 |

3/3

Red Coats, Inc.
DC Master Full Time
622006567/0001
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

**Required Premiums (cont'd):**
**Eligible, not Reported:**

| Last | First | | Eligibility/Term Date Avd | SSN | January 84 | February 80 | March 77 | April 77 | May 80 | June 85 | July 88 | August 85 | September | October | November | December | Total 666 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AYALA | JONATHAN | | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| CARCAMO | RAMON | | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| COLEMAN | MELVIN | J | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| CRISOSTOMO | MIGUEL | | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| ESCOBAR | ROBERTO | A | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GOMEZ - LANDAVERDE | TOMASA | | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GONZALEZ | JUAN | C | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GONZALO | LARIOS HERNANDEZ | | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GUDIEL | BELMIN | | | 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 | | | - | - | - | - | - | - | - | - | - | - | 2 |
| HERNANDEZ | JOSE | R | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| JOHNSON | SHAWN | O | | | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| JURADO | CORALIA | M | | | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| LARIOS DE JOYA | JUANA | | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| LEMUS | MARIA | A | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| LOPEZ | NICOLAS | L | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| MARTINEZ | FRANCISCO | | E 05/02/06 | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| MENDEZ | JAIME | E | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| MENJIVAR | MARGARITA | | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| NERI | PEDRO | | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| NICKS | EZELL | W | | | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| RAMIREZ | WILLIAMS | | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| REYES | JOSE | E | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| RIOS LOPEZ | BLANCA | E | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| RIVERA | NOE | A | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| ROBLES | CATARINO ANTONIO | | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| RODRIGUEZ | ADRIANNA | | | | - | - | - | - | - | - | - | - | - | - | - | - | 7 |
| SANCHEZ ROSSO | VICTOR | M | | | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| SOLANO | RONALD | | E 02/01/06 | | - | | | | | | | | | | | | 6 |
| TAPIA | JAIME | R | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 7 |
| UMANZOR-HILL | ARMIDA | O | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| VENTURA | REINA | | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| **Totals:** | | | | | 101 | 100 | 104 | 105 | 108 | 114 | 118 | 113 | - | - | - | - | **803** |

Red Coats, Inc.
DC Master Full Time
E2700467000
SEIU Health and Welfare Fund
Period 01/01/06 through 06/23/06

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| AGUIAR | ANTONIO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| AGUIAR | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| AGUIAR | PAULINA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ALCOSER | BENINO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ALEMAN | DIGNA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ALLEN | REGINALD | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ALVARADO | WILFREDO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ANAYA | LORENA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ANDRADE | ELMER | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ANGEL | YANET | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| AREVALO | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| AREVALO | MERCEDES | 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 | · | · | · | (1) | · | · | · | · | · | · | · | · | (2) |
| ARIAS | FELIX | 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 | · | · | · | · | · | · | · | · | · | · | · | · | 2 |
| AVALO | ORBELINA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | 2 |
| AYALA CHICAS | ROMANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| BAKER | REGINALD | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| BONILLA | DAVID | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| BROWN | BARBARA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CABRERA LOPEZ | SILVA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CALDERON LUNA | DIAMARS | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CALIXTO | JUANITA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CARLOS | ANTONITO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CASARRUBIA | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| CHAVEZ | RICARDO | 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 | · | · | (1) | (1) | · | (1) | · | · | · | · | · | · | · |
| CHILDRESS | WILMA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| DE LEON | PEDRINA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| DELA CRUZ | GERARDO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| DIXON M | SHARITA | 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 | (1) | · | (1) | (1) | (1) | (1) | · | · | · | · | · | · | (5) |
| ELIVA | NELMA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| FERREIRA | MARIA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| FOX | RUTH | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| GALLARDO | JOSEFINA | 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 | · | · | · | (2) | · | · | · | · | · | · | · | · | (2) |
| GASPAR | AGUSTIN | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| GOFF | FRANCIS | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| GOMES | ALFREDO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| GONZALEZ | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| GUZMAN | ANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| HENDERSON | LAVERNE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| HERNANDEZ | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| HERNANDEZ | MARIA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | 2 |
| HERNANDEZ MUN | LAZARO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| HODGE W | JAMES | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| HURTADO | SELMA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| JACOBS | SHIRLEY | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| JIMENEZ | ANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| LAINEZ | EDWARDO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| LOBO | TELMA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | 4 |
| LOPEZ | JOSE | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| LOPEZ DEPLEIT | JUANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | ANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | FRANCISCO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | HILARIO | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | JUANA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | MARIA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | MARIA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | 2 |
| MAYO | ENA | 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 | · | · | · | · | · | · | · | · | · | · | · | · | · |

fwd

Red Coats, Inc.
DC Master Full Time
EZ2005070001
SEIU Health and Welfare Fund
Period 01/01/06 through 06/31/06

2/3

| Last | First | SSN | fwd | January | February | March (1) | April (2) | May | June (1) | July 2 | August | September | October | November | December | Total 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variance (cont'd) | | | | | | | | | | | | | | | | |
| MEMBRENO | MARTA | 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 | | 1 | · | · | · | · | · | · | · | · | · | · | · | 1 |
| MILLER | MARIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MIRANDA | JUANA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MOLINA | DAVID | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MONTIEL | FIDELIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| MORALES | ARIEL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| NERI | AGUSTIN | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| OLIVERA | ENRIQUE | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PARRISH | CRYSTAL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PAYES | JAIME | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PEARSON | SHIRLEY | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PEGUERO | TERESA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PENA | JOSE | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PENA | JOSE | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PEREZ | MARIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PEREZ | MAYRA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PERLA | FERNANDO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| PUERTA | FELIX | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| QUINTANILLA | DELIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RAMIREZ | DELMI | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RAMIREZ | RAFAEL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RAMOS | ROBERTO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RAMOS PINEDA | CARLOS | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RENGIFO | GLORIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| REYES | MARIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| REYES | GERINA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RIKELMI | MANUEL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RIVERA | ANA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RODRIGUEZ | FRANCISCA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ROMERO DE PER | CLAUDIO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| RUIZ | TAMIYA | 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 | | · | 1 | · | · | · | · | · | · | · | · | · | · | 1 |
| RUSSELL | ROBERTO | 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 | | · | · | · | · | · | 1 | 1 | 1 | · | · | · | · | 6 |
| SAGASTIZADO | FRANKLIN | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SALAZAR | JUAN | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SALDIVAR | ADALBERTO | 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 | | · | · | · | · | · | · | 1 | · | · | · | · | · | 1 |
| SALVADOR | ELVA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SALVADOR | SILVESTRE | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SALVADOR | GRISELDA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SARAVIA | BONIFACIO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SEJAS | JEROME | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SMITH | ERNESTO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SMITH | CLEMENTINA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| SORTO | EDUARDO | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| VELASQUEZ PER | MARIA | 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 | | · | · | · | · | · | · | 1 | · | · | · | · | · | 1 |
| VENTURA | GUADALUPE | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| VICENTE | BROCK | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| WOOTE | JOBITA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | 1 |
| ZAMORA LEMUS | ALBA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · | · |
| ZAVALA HERNAN | | | fwd | 2 | 2 | 1 | (1) | (1) | 1 | 4 | 2 | · | · | · | · | 10 |

Red Coats, Inc.   200567   0001 Variance

Red Coats, Inc.
DC Master Full Time
8220096770001
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

3/3

### Variance (cont'd)
Eligible, not Reported:

| Last | First | Awd | SSN | January | February | March | April (1) | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AYALA | JONATHAN | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| CARDAMO | RAMON | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| COLEMAN | MELVIN J | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| CRISOSTOMO | MIGUEL | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| ESCOBAR | ROBERTO A | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GOMEZ-LANDAVERDE | TOMASA | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| GONZALEZ | JUAN C | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| GONZALO | LARIOS HERNANDEZ | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| GUDIEL | BELMIN | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 2 |
| HERNANDEZ | JOSE R | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| JOHNSON | SHAWN O | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| JURADO | CORNELIA M | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| LARIOS DE JOYA | JUANA | | | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| LEMUS | MARIA A | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| LOPEZ | NICOLAS L | | | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| MARTINEZ | FRANCISCO | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| MENDEZ | JAIME E | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| MENJIVAR | MARGARITA | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| NERI | PEDRO | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| NICKS | EZELL W | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| RAMIREZ | WILLIAMS | | | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| REYES | JOSE E | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| RIOS LOPEZ | JOSE D | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| RIVERA | BLANCA A | | | - | - | - | - | - | - | - | - | - | - | - | - | 7 |
| ROBLES | NOE | | | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| RODRIGUEZ | CATARINO ANTONIO | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| SANCHEZ ROSSO | ADRIANA | | | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| SOLANO | VICTOR M | | | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| TAPIA | RONALD | | | - | - | - | - | - | - | - | - | - | - | - | - | 7 |
| UMANZOR-HILL | JAIME R | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| VENTURA | ARMIDA O | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | 8 |
| Totals: | | | | 19 | 22 | 27 | 27 | 26 | 30 | 34 | 30 | | | | | 217 |

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount Due @ $199.84 per premium: | $3,777.96 | $4,374.48 | $5,368.68 | $5,368.68 | $5,567.52 | $5,965.20 | $6,760.56 | $5,965.20 | $ - | $ - | $ - | $ - | $43,148.28 |
| Overpayment @ $199.84 per premium: | | | | | | | | | | | | | |
| Total Amount Due (Overpayment): | $3,777.96 | $4,374.48 | $5,368.68 | $5,368.68 | $5,567.52 | $5,965.20 | $6,760.56 | $5,965.20 | $ - | $ - | $ - | $ - | $43,148.28 |

Red Coats, Inc.  200667    0001 Variance

Red Coats, Inc.
Baltimore Master
0220082670002
SEIU Health and Welfare Fund
Calendar Year 2004

Red Coats, Inc.  200567  Site 0002 Analysis

**Reported Premiums**

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| COLEMAN | MELVIN | S | 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 | | | | | | | | | | | | 1 | 1 | | | |
| CURTIS | WILLIAM | S | 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 | | | 1 | 1 | 1 | | | | | | | | 3 | | | |
| DUNGEE | DORIAN | S | 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 | | | | 1 | 1 | 1 | | | | | | | 3 | | | |
| GRAY | TYRONE | S | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 7 | | | |
| MOSLEY | ROLAND | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WAGSTAFF | LLOYD | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WALKER | LAKEETA | S | 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 | | | | | | | 1 | | | | | | 1 | | | |
| WINN | SEAN | S | 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 | | | | | | | | | | | | | | | | |
| *Eligible, not Reported:* | | | | | | | | | | | | | | | | | | | |
| FOXLER | SHARON | L | | | | | | | | | | | | | | | | | |
| GREEN | REGINALD | M | | | | | | | | | | | | | | | | | |
| JACKSON | THEODORE | | | | | | | | | | | | | | | | | | |
| WALKER | JOHN | E | | | | | | | | | | | | | | | | | |
| Totals: | | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 5 | 6 | 8 | 61 | | | |

**Required Premiums**

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| COLEMAN | MELVIN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| CURTIS | WILLIAM | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| DUNGEE | DORIAN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| GRAY | TYRONE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 | | | |
| MOSLEY | ROLAND | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WAGSTAFF | LLOYD | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WINN | SEAN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| *Eligible, and Reported:* | | | | | | | | | | | | | | | | | | | |
| FOXLER | SHARON | L | | | | | | | | | | | | | | | | | |
| GREEN | REGINALD | M | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| JACKSON | THEODORE | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 12 | | | |
| WALKER | JOHN | E | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 | | | |
| Totals: | | | | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 10 | 10 | 10 | 10 | 10 | 125 | | | |

**Variance**

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | | 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 | | | | | | | | | | | | | | | | |
| COLEMAN | MELVIN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 11 | | | |
| CURTIS | WILLIAM | C | 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 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | | | |
| DUNGEE | DORIAN | L | 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 | | | | | | | | | | | | | | | | |
| GRAY | TYRONE | T | 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 | | | | | | | | | | | | | | | | |
| MOSLEY | ROLAND | | 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 | | | | | | | | | | | | | | | | |
| WAGSTAFF | LLOYD | | 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 | | | | | | | | | | | | | | | | |
| WALKER | LAKEETA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 11 | | | |
| WINN | SEAN | | 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 | | | | | | | | | | | | (1) | (1) | | | |
| *Eligible, and Reported:* | | | | | | | | | | | | | | | | | | | |
| FOXLER | SHARON | L | | | | | | | | | | | | | | | | | |
| GREEN | REGINALD | M | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| JACKSON | THEODORE | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 12 | | | |
| WALKER | JOHN | E | | | | | | | 1 | 1 | 1 | 1 | 1 | | | 5 | | | |
| Totals: | | | | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 6 | 6 | 5 | 5 | 2 | 64 | | | |

Amount Due @ $174.51 per premium:  $1,048.86  $1,048.86  $1,048.86  $1,048.95  $1,048.86  $874.05  $874.05  $1,048.86  $1,048.86  $874.05  $874.05  $349.62  $11,187.84
Overpayment @ $174.51 per premium:  1,048.86  1,048.86  1,048.86  1,048.86  1,048.86  874.05  874.05  1,048.86  1,048.86  874.05  874.05  349.62  11,187.84
Amount Due (Overpayment):

LESS: Amounts paid @ Part-time rates ($0.10 per hour):  (85.52)  (91.79)  (59.20)  (85.03)  (321.54)
Total Amount Due (Overpayment):  $1,048.86  $1,048.86  $1,048.86  $963.34  $957.07  $814.85  $789.02  $1,048.86  $1,048.86  $874.05  $874.05  $349.62  $10,866.30

10/2/2005  8:31 AM

1/1

Red Coats, Inc.
DC Master  PART TIME
82/2004/67/0004
SEIU Health and Welfare Fund
Calendar Year 2004

**Baltimore CBA Full Time Employees Reported on DC CBA Part Time Employer Remittance Records:**

1/1

| Last | First | | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|---|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| **Reported Hours** | | | | | | | | | | | | | | | | |
| CAMPBELL | ANGELA | | 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 | · | · | · | 152.20 | 141.90 | 146.00 | 148.00 | · | · | · | · | · | 588.10 |
| COLEMAN | MELVIN | | 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 | · | · | · | 152.00 | 160.00 | 152.00 | 160.00 | · | · | · | · | · | 624.00 |
| CURTIS | WILLIAM | C | 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 | · | · | · | 159.00 | 152.00 | 78.00 | 79.80 | · | · | · | · | · | 468.80 |
| DUNBEE | DORIAN | J | 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 | · | · | · | 160.00 | 160.00 | 144.00 | 152.00 | · | · | · | · | · | 616.00 |
| MOSLEY | ROLAND | | 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 | · | · | · | 80.00 | 144.00 | 72.00 | 152.00 | · | · | · | · | · | 448.00 |
| WAGSTAFF | LLOYD | T | 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 | · | · | · | 152.00 | 160.00 | · | 158.50 | · | · | · | · | · | 470.50 |
| Totals: | | | | · | · | · | 855.20 | 917.90 | 592.00 | 850.30 | · | · | · | · | · | 3,215.40 |

Amount Paid (part-time rates) @ $0.10 per hour:   85.52   91.79   59.20   85.03         321.54

**Red Coats, Inc.**
**Baltimore Master**
**E2D0460760002**
**SEIU Health and Welfare Fund**
**Calendar Year 2006**

**Reported Premiums**

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|------|-------|----------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|-----------|-----------|-----------|
| CAMPBELL | ANGELA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| COLEMAN | MELVIN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| CURTIS | WILLIAM | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| DUNGEE | DORIAN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| MOSLEY | ROLAND | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WAGSTAFF | LLOYD | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| WALKER | JOHN | S | 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 | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | | |
| WINN | LAKEETA | S | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | | |
| | SEAN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | 10 | | | |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | | | |
| FIDLER | SHARON  L | S | | | | | | | | | | | | | | | | | |
| GREEN | REGINALD  M | S | | | | | | | | | | | | | | | | | |
| **Totals:** | | | | 8 | 8 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 9 | 8 | 100 | | | |

**Required Premiums**

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| CAMPBELL | ANGELA | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| COLEMAN | MELVIN | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| CURTIS | WILLIAM | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| DUNGEE | DORIAN | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MOSLEY | ROLAND | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| WAGSTAFF | LLOYD | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| WALKER | JOHN | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| WINN | LAKEETA | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| | SEAN | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | |
| FIDLER | SHARON  L | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GREEN | REGINALD  M | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Totals:** | | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |

**Variance**

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| CAMPBELL | ANGELA | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| COLEMAN | MELVIN | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CURTIS | WILLIAM | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DUNGEE | DORIAN | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MOSLEY | ROLAND | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WAGSTAFF | LLOYD | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WALKER | JOHN | 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 | (1) | (1) | - | - | - | (1) | (1) | (1) | (1) | (1) | - | - | 6 |
| WINN | LAKEETA | 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 | (1) | (1) | (1) | (1) | (1) | - | - | - | - | - | - | - | (10) |
| | SEAN | 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 | - | - | - | - | - | - | - | - | - | - | (1) | (1) | - |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | |
| FIDLER | SHARON  L | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GREEN | REGINALD  M | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Totals:** | | | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 20 |

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| Amount Due @ $181.50 per premium: | $363.00 | $363.00 | $363.00 | $363.00 | $363.00 | $363.00 | $181.50 | $181.50 | $181.50 | $181.50 | $363.00 | $363.00 | $3,630.00 |
| Overpayment @ $181.50 per premium: | | | | | | | | | | | | | |
| Total Amount Due (Overpayment): | $363.00 | $363.00 | $363.00 | $363.00 | $363.00 | $363.00 | $181.50 | $181.50 | $181.50 | $181.50 | $363.00 | $363.00 | $3,630.00 |

Red Coats, Inc.
Baltimore Master CBA
822006670002
SEIU Health and Welfare Fund
Period 01/01/06 through 08/31/06

**Reported Premiums**

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| COLEMAN | MELVIN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| CURTIS | WILLIAM | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| DUNGEE | DORIAN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| MOSLEY | ROLAND | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WAGSTAFF | LLOYD | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WALKER | JOHN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WALKER | LAKEETA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| Eligible, not Reported: | | | | | | | | | | | | | | | | | | | |
| FIDLER | SHARON | L | | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| FISHER | LIONEL | W | | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| Totals: | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | | 64 | | | |

**Required Premiums**

| Last | First | | Eligibility/Term Date | January | February | March | April | May | June | July | August | September | October | November | December | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| COLEMAN | MELVIN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| CURTIS | WILLIAM | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| DUNGEE | DORIAN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| MOSLEY | ROLAND | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WAGSTAFF | LLOYD | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WALKER | JOHN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| WALKER | LAKEETA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| Eligible, not Reported: | | | | | | | | | | | | | | | | | | | |
| FIDLER | SHARON | L | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| FISHER | LIONEL | W | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| Totals: | | | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | | | 80 | | | |

**Variance**

| Last | First | | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPBELL | ANGELA | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| COLEMAN | MELVIN | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| CURTIS | WILLIAM | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| DUNGEE | DORIAN | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| MOSLEY | ROLAND | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| WAGSTAFF | LLOYD | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| WALKER | JOHN | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| WALKER | LAKEETA | | 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 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| Eligible, not Reported: | | | | | | | | | | | | | | | | | | | |
| FIDLER | SHARON | L | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| FISHER | LIONEL | W | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | 8 | | | |
| Totals: | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | 16 | | | |
| | | | | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $ - | $ - | $ - | $ - | $3,281.60 | | | |
| | | | | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $410.20 | $ - | $ - | $ - | $ - | $3,281.60 | | | |

Amount Due @ $205.10 per premium;
Overpayment @ $205.10 per premium;
Total Amount Due (Overpayment):

1/1

Red Coats, Inc.
Montgomery County Master
52/0006/0007/0003
SEIU Health and Welfare Fund
Calendar Year 2004

| Last | First | | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|------|-------|--|----------|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|-----------|-----------|-----------|
| **Reported Premiums** | | | | | | | | | | | | | | | | | | | | |
| AMAYA | ELSA | | S | 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 | - | - | | | | | | | | | | | 7 | 03/01/99 | | |
| ARGUETA | ANA (AYDEE) | | S | 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 | - | - | | | | | | | | | | | 6 | | | |
| AYALA | JUAN | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| BONILLA | JORGE | | S | 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 | - | - | | | | | | | | | | | 8 | | | |
| CENTENO | HERNAN | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| CORNEJO VILELA | JOSE | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| CRUZ | YANERT | | S | 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 | - | - | | | | | | | | | | | 7 | 12/01/00 | | |
| DELGADILLO | RICHARD | | S | 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 | - | - | | | | | | | | | | | 7 | 10/18/01 | | |
| DIAZ | ALBA | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| DIAZ | JOSUE | | S | 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 | - | - | | | | | | | | | | | 7 | 02/17/02 | | |
| DIAZ | ROSA (NELLY R) | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| GARCIA | NARCIZO | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| GUEVARA | GLORIA | | S | 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 | - | - | | | | | | | | | | | 7 | 11/03/03 | | |
| MATTOS | RENZO | | S | 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 | - | - | | | | | | | | | | | 6 | | | |
| PACHECO | JEREMIAS | | S | 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 | - | - | | | | | | | | | | | 7 | 11/10/03 | | |
| QUINTANA DIAZ | ELMER | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| RAFAEL | JOSE | | S | 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 | - | - | | | | | | | | | | | 8 | | | |
| REYES | ESPERANZA | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| REYES BARRERA | JOSE | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| SALGADO | VICTORIA | | S | 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 | - | - | | | | | | | | | | | 7 | 01/27/00 | | |
| TORIBIO | ISAUS | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| UNCHUPAICO | GLORIA | | S | 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 | - | - | | | | | | | | | | | 7 | | | |
| VILLATARO | HENRY | | S | 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 | - | - | | | | | | | | | | | 1 | | | |
| ZAVALA | MAGDELENA | | S | 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 | - | - | | | | | | | | | | | 8 | 07/01/99 | | |
| | | | S | 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 | - | - | | | | | | | | | | | | | | |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | | S | 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 | | | | | | | | | | | | | - | 03/01/04 | 09/01/04 | |
| AVILA | SONIA Y | | S | 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 | | | | | | | | | | | | | - | | | |
| BATRES | MARTA JULIA | | S | 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 | | | | | | | | | | | | | - | 05/23/04 | 11/28/04 | |
| CABRERA - LOPEZ | MARIA V | | S | | | | | | | | | | | | | | - | | | |
| DEGRAXA | LIZBET | | S | | | | | | | | | | | | | | - | | | |
| ESCOBAR | JOSE F | | S | 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 | | | | | | | | | | | | | - | 05/24/04 | 11/24/04 | |
| GRANADOS | ZOILA D | | S | | | | | | | | | | | | | | - | | | |
| HERNANDEZ | OMAR E | | S | | | | | | | | | | | | | | - | | | |
| LIDO | SANDRA E | | S | 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 | | | | | | | | | | | | | - | 06/01/04 | 12/01/04 | |
| MIDDLETON | JOSEPH | | S | | | | | | | | | | | | | | - | 02/16/06 | | |
| OCHOA | ARACELY F | | S | 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 | | | | | | | | | | | | | - | | | |
| OCHOA | JUAN | | S | | | | | | | | | | | | | | - | 05/05/03 | | |
| PANIAGUA | FRANKLIN A | | S | 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 | | | | | | | | | | | | | - | 02/10/03 | | |
| RAMOS | RAFAEL | | S | 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 | | | | | | | | | | | | | - | 06/23/03 | | |
| RIVERA | ROSA D | | S | 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 | | | | | | | | | | | | | - | | | |
| TYEKACHEW | EUGAYEHOU A | | S | 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 | | | | | | | | | | | | | - | 06/01/04 | 12/01/04 | |
| **Totals:** | | | | | 5 | | | | 5 | | 24 | 24 | 23 | 23 | 23 | 22 | 169 | | | |

** = Premiums reported on both Sites 0001 and 0003.

Red Coats, Inc.
Montgomery County Master
822006670003
SEIU Health and Welfare Fund
Calendar Year 2004

| Last | First | Eligibility/ Term Date | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Premiums** | | | | | | | | | | | | | | | | |
| AMAYA | ELSA | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| ARGUETA | ANA (AYDEE) | | 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 | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 |
| AYALA | JUAN | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| BONILLA | JORGE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| CENTENO | HERNAN | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| CORNEJO VILEL | JOSE | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| CRUZ | YANEHT | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| DELGADILLO | RICHARD | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| DIAZ | ALBA | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| DIAZ | JOSUE | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| DIAZ | ROSA (NELLY R) | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| GARCIA | LIZBET | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| GUEVARA | NARCIZO | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| MATTOS | GLORIA | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| PACHECO | RENZO | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| QUINTANA DIAZ | JEREMIAS | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RAFAEL | ELMER | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES | JOSE G | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES BARRERA | ESPERANZA | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| SALGADO | JOSE | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| TORIBIO | VICTORIA | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| UNCHUPAICO | ISAIAS | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| VILLATARO | GLORIA | | 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 | - | - | - | - | - | - | - | - | 1 | 1 | 1 | 1 | 4 |
| VILLATORO | HENRY | | 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 | - | - | - | - | - | - | - | - | 1 | 1 | 1 | 1 | 4 |
| ZAVALA | MAGDELENA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | E 09/01/04 | 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 | - | - | - | - | - | - | - | - | 1 | 1 | 1 | 1 | 4 |
| AMAYA | SONIA Y | | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| BATRES | MARTA JULIA | E 11/28/04 | 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 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| CABRERA - LOPEZ | MARIA V | | | - | - | - | - | - | - | - | - | - | - | - | 1 | 1 |
| DEGROAT | LIZBET | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ESCOBAR | JOSE F | E 11/24/04 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GRANADOS | ZOILA D | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| HERNANDEZ | OMAR A | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOVO | SANDRA E | E 12/01/04 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MIDDLETON | JOSEPH E | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| OCHOA | ARACELY F | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| OCHOA | JUAN F | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| PARAGUA | FRANKLIN A | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RAMOS | RAFAEL A | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RIVERA | ROSA D | E 12/01/04 | 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 | - | - | - | - | - | - | - | - | - | - | - | 1 | 1 |
| TYEKACHEW | ENGAYEHGU A | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Totals:** | | | | 16 | 16 | 16 | 16 | 16 | 16 | 34 | 34 | 35 | 35 | 35 | 39 | 327 |

Red Coats, Inc.
Montgomery County Master
6272045670003
SEIU Health and Welfare Fund
Calendar Year 2004

3/3

| Last | First | | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|------|-------|--|-----|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|-------|
| **Variance** | | | | | | | | | | | | | | | | |
| AMAYA | ELSA | | 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 | | | | | | | | | | | | | . |
| ARGUETA | ANA | (AYDEE) | 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 | | | | | | | | | | | | | . |
| AYALA | JUAN | | 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 | | | | | | | | | | | | | . |
| BONILLA | JORGE | | 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 | | | | | | | | | | | | | . |
| CENTENO | HERNAN | | 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 | | | | | | | | | | | | | . |
| CORNEJO VILEL | JOSE | | 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 | | | | | | | | | | | | | 4 |
| CRUZ | YANERT | | 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 | | | | | | | | | | | | | . |
| DELGADILLO | RICHARD | | 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 | | | | | | | | | | | | | . |
| DIAZ | ALBA | | 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 | | | | | | | | | | | | | . |
| DIAZ | JOSUE | | 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 | | | | | | | | | | | | | . |
| DIAZ | ROSA | (NELLY R) | 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 | | | | | | | | | | | | | 1 |
| GARCIA | LIZBET | | 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 | | | | | | | | | | | | | 5 |
| GUEVARA | NARCIZO | | 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 | | | | | | | | | | | | | 5 |
| MATTOS | GLORIA | | 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 | | | | | | | | | | | | | 5 |
| PACHECO | RENZO | | 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 | | | | | | | | | | | | | . |
| QUINTANA DIAZ | JEREMIAS | | 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 | | | | | | | | | | | | | . |
| RAFAEL | ELMER | | 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 | | | | | | | | | | | | | . |
| REYES | JOSE | | 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 | | | | | | | | | | | | | . |
| REYES BARRERA | ESPERANZA | | 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 | | | | | | | | | | | | | . |
| SALGADO | JOSE | | 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 | | | | | | | | | | | | | . |
| TORBIO | VICTORIA | | 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 | | | | | | | | | | | | | . |
| UNCHUPAICO | ISAAS | | 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 | | | | | | | | | | | | | . |
| VILLATORO | GLORIA | | 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 | | | | | | | | | | | | | . |
| VIZCARRO | HENRY | | 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 | | | | | | | | | | | | | . |
| ZAVALA | MAGDELENA | | 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 | | | | | | | | | | | | | 4 |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | | 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 | | | | | | | | | | | | | 4 |
| AMAYA | SONIA | Y | 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 | | | | | | | | | | | | | 7 |
| BATRES | MARTA | JULIA | 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 | | | | | | | | | | | | | 12 |
| CABRERA - LOPEZ | MARIA | V | | | | | | | | | | | | | | 12 |
| DEGROAT | LIZBET | | 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 | | | | | | | | | | | | | 12 |
| ECHEARRIA | JOSE | F | | | | | | | | | | | | | | 12 |
| GRANADOS | ZOILA | D | | | | | | | | | | | | | | 12 |
| HERNANDEZ | OMAR | A | | | | | | | | | | | | | | 12 |
| LOVO | SANDRA | A | 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 | | | | | | | | | | | | | 12 |
| MIDDLETON | JOSEPH | E | | | | | | | | | | | | | | 12 |
| OCHOA | ARACELY | E | | | | | | | | | | | | | | 12 |
| OCHOA | JUAN | F | 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 | | | | | | | | | | | | | 12 |
| PARANIQUA | FRANKLIN | F | | | | | | | | | | | | | | 12 |
| RAMOS | RAFAEL | A | 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 | | | | | | | | | | | | | 12 |
| RIVERA | ROSA | D | 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 | | | | | | | | | | | | | 12 |
| TYEKACHEW | EJIGAYEHGU | A | 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 | | | | | | | | | | | | | 12 |
| **Totals:** | | | | 16 | 16 | 16 | 16 | 16 | 11 | 10 | 10 | 12 | 12 | 12 | 17 | 156 |
| | | | | $2,160.48 | $2,160.48 | $2,160.48 | $2,160.48 | $1,485.53 | $1,350.30 | $1,350.30 | $1,350.30 | $1,620.36 | $1,620.36 | $1,620.36 | $2,295.51 | $21,334.74 |

Amount Due @ $135.03 per premium: 2,160.48 2,160.48 2,160.48 2,160.48 1,485.53 1,350.30 1,350.30 1,350.30 1,620.36 1,620.36 1,620.36 2,295.51 21,334.74
Overpayment @ $135.03 per premium:
Amount Due (Overpayment):

LESS: Amounts paid @ Part-time rates ($0.10 per hour): $1,822.88 $1,955.68 $2,129.28 $1,881.28 $1,206.53 $1,088.60 $971.60 $1,127.10 $1,385.16 $1,361.16 $1,385.56 $2,032.31 $18,300.34
Total Amount Due (Overpayment): ($337.60) ($204.80) ($31.20) ($279.20) ($278.90) ($261.70) ($378.60) ($223.20) ($235.00) ($259.20) ($234.80) ($263.20) ($3,004.40)

Red Coats, Inc.
DC Master PART TIME
622200567/0004
SEIU Health and Welfare Fund
Calendar Year 2004

**Montgomery County CBA Full Time Employees Reported on DC CBA Part Time Employer Remittance Reports:**

1/1

| Last | First | | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reported Hours** | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | | 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 | - | - | - | - | - | 144.00 | 232.00 | 160.00 | 152.00 | 160.00 | 160.00 | 152.00 | 1,156.00 |
| AMAYA | SONIA | Y | 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 | - | - | - | - | - | - | 152.00 | 160.00 | 152.00 | 152.00 | 160.00 | 152.00 | 928.00 |
| ARGUETA | AYDEE | | 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 | 480.00 | 160.00 | - | 320.00 | 320.00 | 304.00 | 152.00 | - | 304.00 | 320.00 | 160.00 | 304.00 | 2,816.00 |
| AYALA | JUAN MIGUEL | | 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 | 240.00 | 160.00 | - | 160.00 | 160.00 | 304.00 | 454.00 | - | 304.00 | 60.00 | 160.00 | - | 1,488.00 |
| BONILLA | JORGE | | 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 | - | - | - | - | - | 152.00 | 232.00 | 160.00 | 152.00 | 60.00 | 152.00 | - | 1,080.00 |
| CORCIAS | RAUL A HERNANDEZ | | 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 | - | - | 160.00 | - | - | - | - | - | - | - | - | - | 160.00 |
| DIAZ | ALBA L | | 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 | 240.00 | - | - | 160.00 | 160.00 | 152.00 | 232.00 | 152.00 | 144.00 | 160.00 | 160.00 | 152.00 | 1,872.00 |
| DIAZ | JOSUE | | 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 | 240.00 | 160.00 | - | 160.00 | 160.00 | 152.00 | 232.00 | 160.00 | 152.00 | 160.00 | 160.00 | 152.00 | 1,888.00 |
| DIAZ | LEONIDAS | | 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 | - | - | - | - | - | - | - | - | - | - | - | 144.00 | 144.00 |
| DIAZ | NELLY R | | 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 | - | - | - | - | - | - | 160.00 | - | 152.00 | 152.00 | 152.00 | 144.00 | 920.00 |
| DURAN | GERARDO | | 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 | - | - | - | - | - | - | - | - | - | - | - | 148.00 | 148.00 |
| ECHEVARRIA | JOSE F | | 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 | - | - | - | - | - | - | - | - | 152.00 | 160.00 | 160.00 | 152.00 | 624.00 |
| FIDLER | SHARON L | | 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 | - | - | - | - | - | 151.00 | 151.00 | - | - | - | - | - | 606.00 |
| FLORES - VILLATORO | HENRY D | | 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 | 232.00 | - | - | 160.00 | 144.00 | 152.00 | 160.00 | 160.00 | 152.00 | 152.00 | 144.00 | 152.00 | 712.00 |
| GARCIA | LIZBET | | 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 | - | 160.00 | - | 160.00 | 160.00 | - | - | - | - | - | - | - | 1,384.00 |
| GARCIA | MARCO A | | 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 | 232.00 | 180.00 | - | 80.00 | 80.00 | - | - | - | - | - | - | - | 544.00 |
| IGLESIAS | CARLOS C | | 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 | 240.00 | 160.00 | - | 160.00 | 152.00 | 72.00 | - | - | - | - | - | - | 784.00 |
| JUAREZ - ZAPATA | SAUL | | 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 | - | - | - | 160.00 | 160.00 | - | - | - | - | - | - | - | 320.00 |
| MARTINEZ | ARNOLDO V | | 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 | - | - | - | - | - | - | - | 160.00 | - | 160.00 | - | - | 320.00 |
| MERINO | MARIA A | | 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 | - | - | 152.00 | - | - | - | - | - | - | - | - | - | 152.00 |
| OCHOA | ARACELY | | 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 | - | - | - | - | 80.00 | 152.00 | 232.00 | 160.00 | 152.00 | 152.00 | 152.00 | 152.00 | 1,232.00 |
| ORTEGA | EDUARDO F | | 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 | - | - | - | - | - | 152.00 | - | - | - | - | - | - | 152.00 |
| PANIAGUA | FRANKLIN A | | 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 | 224.00 | 152.00 | - | 160.00 | 160.00 | 152.00 | 232.00 | 180.00 | 152.00 | 160.00 | 160.00 | 72.00 | 1,784.00 |
| PROANO | ANGEL | | 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 | 240.00 | 160.00 | - | - | - | - | - | - | - | - | - | - | 400.00 |
| PRUSS | SANTA J | | 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 | 240.00 | 160.00 | - | 160.00 | 60.00 | - | 226.00 | 80.00 | 152.00 | 152.00 | 160.00 | 152.00 | 646.00 |
| RAFAEL | ELMER W | | 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 | - | - | - | 152.00 | - | - | 240.00 | 160.00 | 160.00 | 160.00 | 160.00 | 152.00 | 1,396.00 |
| REYES | JOSE G | | 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 | - | - | - | - | - | 152.00 | - | - | - | - | - | - | 1,192.00 |
| RIVERA | BENITA P | | 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 | - | - | - | - | 152.00 | - | - | - | - | - | - | - | 152.00 |
| RIVERA | ROSA D | | 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 | 160.00 | 160.00 | - | 160.00 | 160.00 | 152.00 | 232.00 | 160.00 | 152.00 | - | - | 152.00 | 640.00 |
| SARMIENTO | MILTON | | 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 | - | - | - | - | - | 152.00 | 232.00 | - | 80.00 | 160.00 | 160.00 | - | 544.00 |
| TORIBIO | VICTORIA | | 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 | - | - | - | 180.00 | - | - | - | 160.00 | - | - | - | 152.00 | 1,016.00 |
| VILLATORO | GLORIA | | 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 | 224.00 | 152.00 | - | 160.00 | 160.00 | 152.00 | 232.00 | 160.00 | 152.00 | 152.00 | 152.00 | 148.00 | 536.00 |
| ZAVALA | MAGDALENA | | 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 | 224.00 | 152.00 | - | 160.00 | 160.00 | 152.00 | 232.00 | - | - | - | - | - | 1,844.00 |
| ZELAYA | NEFTALY | | 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 | 152.00 | - | - | 160.00 | 160.00 | - | - | - | - | - | - | - | 480.00 |
| **Totals** | | | | 3,376.00 | 2,048.00 | 312.00 | 2,792.00 | 2,768.00 | 2,697.00 | 3,785.00 | 2,232.00 | 2,352.00 | 2,592.00 | 2,348.00 | 2,632.00 | 30,044.00 |

Amount Paid (part-time rates) @ $0.10 per hour:    $ 337.60  $ 204.80  $ 31.20  $ 279.20  $ 276.80  $ 269.70  $ 378.50  $ 223.20  $ 235.20  $ 259.20  $ 234.80  $ 263.20  $ 3,004.40

Red Coats, Inc.
Montgomery County - FULL TIME
622MDFM1/0003
SEIU Health and Welfare Fund
Calendar Year 2005

| Last Reported Premiums | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEMAN | VENANCIO | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 03/01/04 | | |
| AMAYA | ELSA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| AMAYA | SONIA | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| ARGUETA | ANA (AYDEE) | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| AYALA | JUAN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | 06/01/99 | | |
| BATRES | MARTA | S | 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 | 1 | | | | | | | | | | | | 1 | | | |
| BONILLA | JORGE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | 05/28/04 | | |
| CENTENO | HERNAN | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 | | | |
| CORNEJO VILEL | JOSE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| CRUZ | YANEIRT | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 12/01/00 | | |
| DELGADILLO | RICHARD | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 10/18/01 | | |
| DIAZ | ALBA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | | | |
| DIAZ | JOSUE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 11/09/04 | 05/09/05 | |
| DIAZ | LEONIDAS | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 8 | | | |
| DIAZ | ROSA (NELLY R) | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | | | |
| GARCIA | LIZBET | S | 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 | 1 | 1 | | | | | | | | | | | 2 | | | |
| GARCIA | MILAGROS | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 | | | |
| GUEVARA | NARCIZO | S | 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 | 1 | 1 | | | | | | | | | | | 2 | | | |
| LOYO | SANDRA | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | 06/01/04 | | |
| MATTOS | GLORIA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 11/03/03 | | |
| QUINTANA DIAZ | JEREMIAS | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| RAFAEL | ELMER | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 | 11/10/03 | | |
| REYES | JOSE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| REYES BARRERA | ESPERANZA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| SALAS | JOAQUIN | S | 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 | 1 | | | | | | | | | | | | 1 | | | |
| SALGADO | JOSE | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | | | |
| TORIBIO | VICTORIA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 01/27/00 | | |
| TYEMACHEW | ELISANTEHU | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 06/01/04 | | |
| UNCHUPAICO | ISAIAS | S | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 | | | |
| ZAVALA | MAGDELENA | S | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 | 07/01/99 | | |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | | | |
| ALVARADO | WILFREDO | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| CABRERA - LOPEZ | MARIA | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| DURAN | GERARDO V | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 10/29/01 | | |
| ECHEVARRIA | JOSE F | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 05/24/04 | | |
| ESPINOZA - HUAROTO | EDGAR E | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| GRANADOS | ZOILA D | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| HERNANDEZ | OMAR A | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 07/25/03 | | |
| LARA | ADELIO R | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| MIDDLETON | JOSEPH E | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 02/18/09 | | |
| OCHOA | ARACELY | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | 05/06/03 | | |
| OCHOA | JUAN F | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | 06/23/03 | | |
| PANIAGUA | FRANKLIN | S | | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| RIVERA | ROSA D | S | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . | | | |
| **Totals:** | | | | 22 | 22 | 22 | 23 | 22 | 23 | 20 | 23 | 22 | 24 | 20 | 23 | 266 | | | |

1/3

10/4/2006  11:20 AM

Red Coats, Inc.
Montgomery County - FULL TIME
82/200/0671/0003
SEIU Health and Welfare Fund
Calendar Year 2005

| Last | First | | Eligibility/ Term Date | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Premium:** | | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AMAYA | ELSA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AMAYA | SONIA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ARGUETA | ANA (AYDEE) | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AYALA | JUAN | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 10 |
| BATRES | MARTA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| BONILLA | JORGE | | | 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 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 5 |
| CENTENO | HERNAN | | | 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 | | | | | | | | 1 | 1 | 1 | 1 | 1 | 5 |
| CORNEJO VILEL | JOSE | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| CRUZ | YANERY | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| DELGADILLO | RICHARD | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| DIAZ | ALBA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| DIAZ | JOSUE | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 |
| DIAZ | LEONIDAS | | E 05/09/05 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 |
| GARCIA | ROSA (NELLY R) | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | 6 |
| GARCIA | LIZBET | | | 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 | | | | | | | | | | 1 | 1 | 1 | 3 |
| GUEVARA | MILAGROS | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| LOVO | NARCIZO | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MATTOS | SANDRA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| QUINTANA DIAZ | GLORIA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 |
| RAFAEL | JEREMIAS | | | 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 | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| REYES | ELMER | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| REYES BARRERA | JOSE G | | | 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 | | | | | | | | | | | | 1 | 1 |
| SALES | ESPERANZA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| SALGADO | JOAQUIN | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| TORIBIO | JOSE | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| TYEKACHEW | VICTORIA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| UNICHUPACO | ELIGAYEHU | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| ZAVALA | ISAIAS | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| | MAGDELENA | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | |
| ALVARADO | WILFREDO | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 7 |
| CABRERA - LOPEZ | MARIA V | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| DURAN | GERARDO | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| EDESMARIA | JOSE F | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 |
| ESPINOZA - HUAROTO | EDGAR E | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| GRANADOS | ZOILA D | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| HERNANDEZ | OMAR A | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 9 |
| LARA | ADELIO R | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| MIDDLETON | JOSEPH E | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| OCHOA | ARACELY E | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| OCHOA | JUAN F | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| PANIAGUA | FRANKLIN A | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| RIVERA | ROSA D | | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Totals:** | | | | | 37 | 37 | 37 | 38 | 38 | 39 | 37 | 36 | 36 | 37 | 36 | 37 | 445 |

3/3

Red Coats, Inc.
Montgomery County - FULL TIME
8220056700003
SEIU Health and Welfare Fund
Calendar Year 2006

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEMAN | VEMANCIO | 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 | | | | | | | | | | | | | 7 |
| AMAYA | ELSA | 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 | | | | | | | | | | | | | 7 |
| AMAYA | SONIA | 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 | | | | | | | | | | | | | 7 |
| ARGUETA | ANA (AYDEE) | 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 | | | | | | | | | | | | | 1 |
| AYALA | JUAN | 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 | | | | | | | | | | | | | 11 |
| BATRES | MARTA | 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 | | | | | | | | | | | | | (3) |
| BONILLA | JORGE | 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 | | | | | | (1) | | | | | | | (2) |
| CENTENO | HERNAN | 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 | | | | | | (1) | (1) | | | | | | (2) |
| CORNEJO VILEL | JOSE | 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 | | | | | | | | | | | | | 6 |
| CRUZ | YANERT | 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 | | | | | | | | | | | | | - |
| DELGADILLO | RICHARD | 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 | | | | | | | | | | | | | - |
| DIAZ | ALBA | 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 | | | | | | | | | | | | | (1) |
| DIAZ | JOSUE | 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 | | | | | | | | | | | | | - |
| DIAZ | LEONIDAS | 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 | | | | | | | | | | | | | - |
| GARCIA | ROSA (NELLY R) | 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 | | | | (1) | (1) | | | | | | | | 7 |
| GARCIA | LIZBET | 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 | | | | | | | | | | | | | - |
| GARCIA | MILAGROS | 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 | | | | | | | | | | | | | - |
| GUEVARA | NARCIZO | 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 | | | | | | | | | | | | | 7 |
| LOYO | SANDRA | 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 | | | | | | | | | | | | | - |
| MATTOS | GLORIA | 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 | | | | | | | | | | | | | - |
| QUINTANA DIAZ | JEREMIAS | 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 | | | | | | | | | (3) | (3) | | | (3) |
| RAFAEL | ELMER | 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 | | | | | | | | (1) | (1) | (1) | | | (4) |
| REYES | JOSE G | 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 | | | | | | | | | | | | | - |
| REYES BARRERA | ESPERANZA | 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 | | | | | | | | | | | | | - |
| SALES | JOAQUIN | 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 | | | | | | | | | | | | | 7 |
| SALGADO | JOSE | 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 | | | | | | | | | | | | | - |
| TORBIO | VICTORIA | 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 | | | | | | | | | | | | | - |
| TYEKACHEW | EKGAYEHU | 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 | | | | | | | | | | | | | 7 |
| UNCHUPAICO | ISAIAS | 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 | | | | | | | | | | | | | - |
| ZAVALA | MAGDELENA | 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 | | | | | | | | | | | | | - |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | |
| ALVARADO | WILFREDO | 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 | | | | | | | | | | | | | 7 |
| CABRERA - LOPEZ | MARIA V | | | | | | | | | | | | | | 12 |
| DURAN | GERARDO | 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 | | | | | | | | | | | | | 12 |
| ECHEVARRIA | JOSE F | 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 | | | | | | | | | | | | | 9 |
| ESPINOZA - HUAROTO | EDGAR E | | | | | | | | | | | | | | 12 |
| GRANADOS | ZOILA D | | | | | | | | | | | | | | 12 |
| HERNANDEZ | OMAR A | 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 | | | | | | | | | | | | | 9 |
| LARA | ADELIO R | | | | | | | | | | | | | | 12 |
| MIDDLETON | JOSEPH E | | | | | | | | | | | | | | 12 |
| OCHOA | ARACELY | 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 | | | | | | | | | | | | | 12 |
| OCHOA | JUAN F | | | | | | | | | | | | | | 12 |
| PANIAGUA | FRANKLIN A | 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 | | | | | | | | | | | | | 12 |
| RIVERA | ROSA D | 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 | | | | | | | | | | | | | 12 |
| **Totals:** | | | 15 | 15 | 15 | 15 | 16 | 16 | 17 | 13 | 14 | 13 | 16 | 14 | 179 |

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $3,115.65 | $3,115.65 | $3,115.65 | $3,115.65 | $3,323.36 | $3,323.36 | $3,531.07 | $2,700.23 | $2,907.94 | $2,700.23 | $3,323.36 | $2,907.94 | $37,180.09 |
| Amount Due @ $207.71 per premium: | 3,115.65 | 3,115.65 | 3,115.65 | 3,115.65 | 3,323.36 | 3,323.36 | 3,531.07 | 2,700.23 | 2,907.94 | 2,700.23 | 3,323.36 | 2,907.94 | 37,180.09 |
| Overpayment @ $207.71 per premium: | | (500.80) | | | | | | | | | | | (500.80) |
| Amount Due (Overpayment): | $3,115.65 | $2,614.85 | $3,115.65 | $3,115.65 | $3,323.36 | $3,323.36 | $3,531.07 | $2,700.23 | $2,907.94 | $2,700.23 | $3,323.36 | $2,907.94 | $36,679.29 |

LESS: Amounts paid @ part-time rates ($0.20 per hour):
Total Amount Due (Overpayment):

10/4/2006   11:33 AM

Red Coats, Inc.
DC Master PART TIME
822206567/0004
SEIU Health and Welfare Fund
Calendar Year 2006

**Montgomery County CBA Full Time Employees Reported on DC CBA Part Time Employer Remittance Reports::**

Reported Hours - MONTGOMERY COUNTY:

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEMAN | VENANCIO | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| AMAYA | SONIA Y | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| ARGUETA | AYDEE | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| AYALA | JUAN MIGUEL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| BONILLA | JORGE | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| DIAZ | ALBA L | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| DIAZ | JORGE | 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 | | 180.00 | · | · | · | · | · | · | · | · | · | · | 180.00 |
| DIAZ | LEONIDAS | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| DIAZ | NELLY R | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| DURAN | GERARDO | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| ECHEVARRIA | JOSE F | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| FIDLER | SHARON L | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| FLORES - VILLATORO | HENRY D | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| GARCIA | LIZBET | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| GARCIA | MARCO A | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| IGLESIAS | CARLOS C | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| JUAREZ-ZAPATA | SAUL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| MARTINEZ | ARNALDO V | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| OCHOA | ARACELY | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| ORTEGA | EDUARDO F | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| PANIAGUA | FRANKLIN A | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| PROANO | ANGEL | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| PRUSS | SANTA J | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| RAFAEL | ELMER W | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| REYES | JOSE G | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| RIVERA | BENITA P | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| RIVERA | ROSA D | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| SARMENTO | MILTON | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| TORIBIO | VICTORIA | 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 | | 160.00 | · | · | · | · | · | · | · | · | · | · | 160.00 |
| VILLATORO | GLORIA | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| ZAVALA | MAGDALENA | 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 | | 152.00 | · | · | · | · | · | · | · | · | · | · | 152.00 |
| ZELAYA | NEFTALY | 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 | | · | · | · | · | · | · | · | · | · | · | · | · |
| Totals: | | | | 2,504.00 | | | | | | | | | | | | 2,504.00 |

Amount Paid (part-time rates) @ $0.20 per hour:   $ 500.80   $ 500.80

1/1

Red Coats, Inc.
Montgomery County Master CBA
2006/07/0003
SEIU Health & Welfare Fund
Period 01/01/06 through 06/31/06

| Last | First | Coverage | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total | Hire Date | Elig. Date | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reported Premiums:** | | | | | | | | | | | | | | | | | | | |
| ALEMAN | VENANCIO | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 03/01/04 | | |
| AMAYA | SONIA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 06/01/09 | | |
| ARGUETA | AYDEE  (AMA) | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| AYALA | JUAN | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 11/22/05 | 05/22/06 | |
| AYALA CHICAS | ROMANA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 05/28/04 | | |
| BATRES | MARTA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| CENTENO | HERNAN | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| CORNEJO VILEL | JOSE | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 10/18/01 | | |
| CRUZ | YANERT | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| DIAZ | ALBA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | 11/08/04 | | |
| DIAZ | JOSUE | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 09/17/02 | | |
| DIAZ | LEONIDAS | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| DIAZ | NELLY  R  (ROSA) | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | | | |
| FERMAN | ALVARADO | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | | | |
| GARCIA | MILAGROS | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| GUEVARA | HECTOR | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 11/07/05 | 05/07/06 | |
| TREVATRA | NANCAZO  E | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 11/28/05 | 05/28/06 | |
| HERNANDEZ | OSCAR | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | 07/25/03 | | |
| HOOGE | JAMES | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 6 | 06/01/04 | | |
| LARA | ADELIO | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| LOYO | SANDRA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 11/03/03 | 04/24/06 | |
| MARINA | SORTO | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 10/24/05 | | |
| MATTOS | GLORIA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | 02/16/06 | | |
| MEJIA | KARLA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 1 | 04/18/05 | | |
| OCHOA | ARACELY  A | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | | | |
| PENA | JOSE  R | S | 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 | 1 | 1 | | | | | (1) | | . | . | . | . | 8 | | | |
| QUINTANO DIAZ | JEREMIAS | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 2 | | | |
| RAMOZ PINEDA | ROBERTO | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 01/02/00 | | |
| REYES | JOSE | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 7 | | | |
| REYES BARRERA | ESPERANZA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| SALES | JOAQUIN | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 01/27/00 | | |
| SALGADO | JOSE | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 06/01/04 | | |
| TORIBIO | VICTORIA | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| TYEACHEW | EUGAYEHU | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | 07/01/99 | | |
| UNKNOWNPANZO | ISAIAS | S | 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 | 1 | 1 | | | | | | | . | . | . | . | 8 | | | |
| ZAVALA | MAGDELEMA | | | 1 | 1 | | | | | | | . | . | . | . | | | | |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | | | | |
| ALVARADO | WILFREDO | S | 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 | | | | | | | | | . | . | . | . | | 04/23/05 | | |
| ALVARADO FERMAN | MARINA | S | 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 | | | | | | | | | . | . | . | . | | 02/06/06 | 08/06/06 | |
| AVILES | MARIA | S | 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 | | | | | | | | | . | . | . | . | | 05/29/05 | 02/23/06 | |
| CABRERA - LOPEZ | MARINA | S | 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 | | | | | | | | | . | . | . | . | | 09/03/03 | | |
| CARDONA | WOGFRAM | S | 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 | | | | | | | | | . | . | . | . | | 10/25/01 | | |
| DURAN | GERARDO | S | 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 | | | | | | | | | . | . | . | . | | 05/24/04 | | |
| ECHEVARRIA | JOSE | F | | | | | | | | | | . | . | . | . | | | | |
| ESPINOZA - HUAROTO | EDGAR | E | 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 | | | | | | | | | . | . | . | . | | 08/29/05 | 03/29/06 | |
| FLORES | ALICIA | D | | | | | | | | | | . | . | . | . | | | | |
| GRANADOS | ZOILA | A | | | | | | | | | | . | . | . | . | | 01/13/06 | 07/13/06 | |
| HERNANDEZ | OMAR | C | | | | | | | | | | . | . | . | . | | 05/00/03 | | |
| MARTINEZ | ANA | E | | | | | | | | | | . | . | . | . | | 09/25/05 | 02/23/06 | |
| MIDDLETON | JOSEPH | A | 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 | | | | | | | | | . | . | . | . | | 09/00/03 | | |
| NIETO | CARLOS | G | 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 | | | | | | | | | . | . | . | . | | 09/29/03 | | |
| PANIAGUA | FRANKLIN | G | 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 | | | | | | | | | . | . | . | . | | 05/03/04 | | |
| RIVAS | ENMA | D | 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 | | | | | | | | | . | . | . | . | | | | |
| RIVERA | ROSA | | 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 | | | | | | | | | . | . | . | . | | | | |
| SORTO | MARINA | | | | | | | | | | | . | . | . | . | | | | |
| **Totals:** | | | | 23 | 23 | 22 | 21 | 22 | 20 | 23 | 23 | 26 | | | | 160 | | | |

Red Coats, Inc.
Montgomery County Master CBA
2006/07/0003
SEIU Health & Welfare Fund
Period 01/01/06 through 08/31/06

| Last | First | Eligibility/Term Date | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Premiums** | | | | | | | | | | | | | | | | |
| ALBANIA | VENANCIO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| AMAYA | SONIA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| ARGUETA | AYDEE (ANA) | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| AYALA | JUAN | | 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 | | | | | 1 | 1 | | | · | · | · | · | 2 |
| AYALA CHICAS | ROMANA | E 04/22/06 | 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 | 1 | 1 | | | | | | | · | · | · | · | 2 |
| BATRES | MARTA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| CENTENO | HERMAN | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| CORNEJO VILEL | JOSE | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| CRUZ | YANEHT | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| DIAZ | ALBA | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| DIAZ | JOSUE | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| DIAZ | LEONIDAS | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| FERMAN | NELLY  R  (ROSA) | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| FERMAN | ALVARADO | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| GUEVARA | MILAGROS | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| GUEVARA | HECTOR  E | | 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 | | | | | | 1 | 1 | | · | · | · | · | 2 |
| HERNANDEZ | NARCIZO | | 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 | | | | 1 | 1 | 1 | | | · | · | · | · | 3 |
| HODGE | OSCAR | E 06/07/06 | 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 | | | | | | | | | · | · | · | · | · |
| LARA | JAMES | E 06/22/06 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| LOVO | ADELIO | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| MARINA | SANDRA | | 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 | | | | | | | | | · | · | · | · | · |
| MATEOS | SORTO | E 04/24/06 | 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 | 1 | 1 | 1 | 1 | | | | | · | · | · | · | 4 |
| MELIS | GLORIA | | 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 | | | | | | | | | · | · | · | · | · |
| OCHOA | JOSE | | 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 | | | | 1 | 1 | 1 | 1 | | · | · | · | · | 4 |
| PENA | ARACELY | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | · | · | · | · | 6 |
| QUINTANO DIAZ | JEREMIAS | | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 6 |
| RAMOS PINEDA | ROBERTO | | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 6 |
| REYES | JOSE  G | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| REYES BARRERA | ESPERANZA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| SALES | JOAQUIN | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| SALGADO | JOSE | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| TORIBIO | VICTORIA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| TYEKACHEW | EJIGAYEHU | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| UKCHUPACCO | ISAIAS | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| ZAVALA | MAGDALENA | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| | | | 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 | | | | | | | | | | | | | |
| **Eligible, not Reported:** | | | | | | | | | | | | | | | | |
| ALVARADO | WILFREDO  S | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| ALVARADO  FERMAN | MARIA  D | Ineligible | 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 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 7 |
| AVILES | MARINA  V | E 02/25/06 | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 6 |
| CABRERA-LOPEZ | MARINA | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | · | · | · | · | 7 |
| CARDONA | WOJFRAM  F | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| DURAN | GERARDO | | 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 | | | | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 5 |
| ECHEVARRIA | JOSE  E | E 02/23/06 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | · | · | · | · | 6 |
| ESPINOZA-HUAROTO | EDGAR | | 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 | | | | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 5 |
| FLORES | ZOILA  D | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| GRANADOS | OMAR  A | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| HERNANDEZ | ANA  C | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| MARTINEZ | JOSEPH  E | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| MIDDLETON | CARLOS  E | E 07/13/06 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | · | · | · | · | 7 |
| NIETO  RIVERA | FRANKLIN  A | | | | | | | | | | 1 | · | · | · | · | 1 |
| PANIAGUA | ENMA  G | | 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 | | | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 6 |
| RIVAS | ROSA  G | E 02/23/06 | 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 | 1 | 1 | 1 | 1 | 1 | 1 | | | · | · | · | · | 6 |
| SOTO | MARINA  D | | 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 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | · | · | · | · | 8 |
| | | | 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 | | | | | | | | | | | | | |
| **Totals:** | | | | 38 | 39 | 41 | 42 | 42 | 42 | 42 | 41 | | | | | 327 |

2/3

10/05/2006   2:29 PM

Red Coats, Inc.
Montgomery County Master CBA
2005/2/0003
SEIU Health & Welfare Fund
Period 01/01/06 through 08/31/06

3/3

| Last | First | SSN | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEMAN | VENANCIO | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| AMAYA | SONIA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| ARGUETA | AYDEE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| AYALA | JUAN | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| AYALA CHICAS | ROMANA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| BATRES | MARTA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| CRISTERNO | HERNAN | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| CORNEJO VILEL | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| CRUZ | YANERT | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| DIAZ | ALBA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| DIAZ | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| DIAZ | LEONIDAS | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| DIAZ | NELLY | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 8 |
| FERMAN | CARINA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 3 |
| GARCIA | MILAGROS | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 5 |
| GUEVARA | HECTOR  E | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 5 |
| GUEVARA | MARIZOD | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 2 |
| HERNANDEZ | OSCAR | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 7 |
| HODGE | JAMES | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| LARA | ADELO | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 4 |
| LOVO | SANDRA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| MARINA | SORITO | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 6 |
| MATTOS | GLORIA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| MEJIA | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 2 |
| OCHOA | ARACELY | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 7 |
| PENA | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| QUINTANO DIAZ | JEREMIAS | 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 | . | . | . | . | . | . | . | (1) | . | . | . | . | . |
| RAMOZ PINEDA | ROBERTO | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| REYES | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | 4 |
| REYES BARRERA | ESPERANZA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| SALES | JOAQUIN | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| SALGADO | JOSE | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| TORIBIO | VICTORIA | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| TYEKACHEW | EJKAYEHU | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| UNCHUPAICO | ISAIAS | 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 | . | . | . | . | . | . | . | . | . | . | . | . | . |
| ZAVALA | MAGDELENA | 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 | . | . | . | . | . | . | . | 15 | . | . | . | . | 147 |
| | | | 15 | 17 | 20 | 20 | 22 | 19 | 19 | 15 | | | | | |

Eligible, not Reported:

| ALVARADO | WILFREDO | 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 |
| ALVARADO   FERMAN | MARIA | 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 |
| AVILES | MARINA | 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 |
| CABRERA - LOPEZ   S D V | MARIA | |
| CARDONA | MARIA | 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 |
| DARLIN   F E | WOODRAM | 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 |
| ECHEVARRIA | GERARDO | 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 |
| ESPINOZA - HUAROTO | JOSE | |
| FLORES   D A C E | EDGAR | 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 |
| GRANADOS | ALICIA | |
| HERNANDEZ   A G D | ZOILA | |
| MARTINEZ | OMAR | |
| MIDDLETON | ANA | |
| NIETO   RIVERA | JOSEPH | |
| PANIAGUA | CARLOS | 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 |
| RIVAS | FRANKLIN | 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 |
| RIVERA | ENMA | 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 |
| SIXTO | ROSA | 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 |
| Totals: | MARINA | 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 |

| | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|
| | $3,495.90 | $3,962.02 | $4,661.20 | $4,661.20 | $5,127.32 | $4,428.14 | $4,428.14 | $3,495.90 |

Amount Due @ $233.06 per premium:  $3,495.90  $3,962.02  $4,661.20  $4,661.20  $5,127.32  $4,428.14  $4,428.14  $3,495.90
Overpayment @ $233.06 per premium:  $  $  $  $  $  $  $  $  $
Total Amount Due (Overpayment):  $34,259.82

Red Coats, Inc. 200567    0003 Variance

$34,259.82

10/5/2006   2:38 PM

# EXHIBIT 5

# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R. MOONEY*
PAUL A. GREEN†
MARILYN L. BAKER†
ELIZABETH A. SAINDON
MARK J. MURPHY†
DOUGLAS L. PARKER*
RICHARD C. WELCH
MARC L. WILHITE
MICHAEL L. ARTZ

ROBERT H. STROPP, JR
OF COUNSEL

* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W.
WASHINGTON, DC 20036

⬦ 81-S

TELEPHONE (202) 783-0010

FACSIMILE (202) 783-6088

INTERNET: www.mooneygreen.com

February 7, 2007

Mr. A. Neil Barkus
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109

CERTIFIED MAIL–RETURN RECEIPT REQUESTED

Re:   SEIU Health and Welfare Fund - Payroll Audit
      Deficiencies for Red Coats, Inc.

Dear Mr. Barkus:

We represent the Service Employees International Union Health and Welfare Fund ("SEIU Health and Welfare Fund"). We are writing to you concerning the SEIU Health and Welfare Fund's payroll audit of Red Coats for the period January 1, 2004 through August 31, 2006.

On October 13, 2006, the SEIU Health and Welfare Fund forwarded a copy of its audit findings to Scott Kydd, Vice President of Red Coats, Inc. In that letter, the SEIU Health and Welfare Fund explains that the audit revealed a significant shortage concerning single coverage premiums that needed to be reported. Due to extensive non-reporting and/or under-reporting of premiums, Red Coats owes the SEIU Health and Welfare Fund $329,186.11,[1] plus the daily interest that has accrued.[2]

---

[1] This total represents the outstanding principal, liquidated damages, fees, and interest through October 31, 2006 for sites, 0001, 0002 and 0003. The specific amount owed for each site is represented in the SEIU Health and Welfare Fund's letter, dated October 13, 2006, which is attached for your review.

[2] The daily interest rates for each site are set forth on the SEIU Health and Welfare Fund's letter, dated October 13, 2006. Once the daily interest rates for each site are combined, Red Coats now owes the SEIU Health and Welfare Fund a total of $75.69 for each day that it has failed to remit the outstanding sum since November 1, 2006. At the time of the drafting of this letter, Red Coats has accumulated approximately 100 days in additional interest, which translates into an additional $7,569 that it must pay.

Mr. A. Neal Barkus
February 7, 2007
Page 2

In response, on October 23, 2006, you wrote a letter to Miriam Gibbs who is the payroll review manager for the SEIU Health and Welfare Fund. In that letter, you indicated that there was nothing in the collective bargaining agreement that obligates Red Coats to make contributions for employees who did not specifically request coverage. As a result, you informed Ms. Gibbs that unless a contractual provision is presented to the contrary, no payment would be forthcoming.

Thereafter on October 30, 2006, Ms. Gibbs responded to your letter by quoting the specific language in the contract that requires Red Coats to pay all of its employees' health coverage premiums. Specifically, according to **Article 4, Health and Welfare, Section 1. Full Time Worker Coverage:** "The Employer agrees to provide single health coverage to each employee scheduled to work thirty-five (35) hours or more per week at no cost to the employee who has completed six (6) months of continuous employment." As you can see, there is absolutely no contractual requirement that employees must first request coverage under the SEIU Health and Welfare Fund in order to trigger the employer's duty to pay employee premiums. This contractual language is very clear and is not subject to misinterpretation. To date, the SEIU Health and Welfare Fund has not received a response from you regarding its determination. For your convenience, I have enclosed a copy of this letter for your review.

Given the clarity exhibited in the contract language concerning the employer's responsibility for making employee premium payments, we must insist that you instruct your client to remit to the SEIU Health and Welfare Fund the outstanding sum of $329,186.11, plus any and all daily interest that is required at the time of payment. This is your client's third and final notice regarding its need to remit this sum. Failure to remit the outstanding balance at once will result in the commencement of costly and unnecessary litigation. Furthermore, if the SEIU Health and Welfare Fund is forced to sue Red Coats, it would be entitled to recover its litigation expenses, including attorneys' fees. ERISA Section 502(g)(2), 29 U.S.C. § 1132(g)(2).

Should you have any questions regarding the subject matter of this letter, please do not hesitate to contact the undersigned.

Sincerely,

Marc L. Wilhite

Enclosures

cc:    Eunice H. Washington
       Jack Sahm