UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL )
UNION HEALTH & WELFARE FUND, *et al.* )
)
    Plaintiffs, )
v. )  C. A. No.
)
RED COATS, INC. )
)
    Defendant. )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs Service Employees International Union Health & Welfare Fund, *et al.*, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

          Respectfully submitted,

          _____/s/ Richard C. Welch_____

          Richard C Welch
          D.C. Bar No.485756
          Mooney, Green, Baker & Saindon, P.C.
          1920 L Street, N.W., Suite 400
          Washington, D.C. 20036
          (202) 783-0010
          (202) 783-6088

          Counsel for Plaintiffs
          December 4, 2007