# AFFIDAVIT OF PROCESS SERVER

| United States District Court Court | District Of Columbia |
|---|---|

**Service Employees International Union Health and Welfare Fund, et al**

    Plaintiff

vs.

**Red Coats, Inc.**

    Defendant

Attorney:

Mooney, Green, Baker & Saindon, P.C.
Richard Welch
1920 L St., NW
Washington, DC. 20036

**Case Number:** 1:07-cv-02184

Legal documents received by Same Day Process Service on December 05th, 2007 at 4:30 PM to be served upon **Red Coats, Inc. at 4401 East-West Hwy, Suite 402, Bethesda, MD. 20814**

I, Brandon A. Snesko, swear and affirm that on **December 07th, 2007 at 12:55 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Certificate Rule LCvR 7.1; Complaint Under Erisa for Delinquent and Outstanding Employer Contributions, Interest, and Liquidated Damages; Exhibits** to Billy Peel as **Executive Vice President and Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 55   Height: 5'5   Weight: 175   Skin Color: white   Hair Color: Dark Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

(202) 398-4200

Internal Job ID: 0000006217

District of Columbia : SS
Subscribed and Sworn to before me
this _____ day of _____, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.