## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION<br>HEALTH AND WELFARE FUND, ET. AL<br><br>    Plaintiffs,<br><br>v.<br><br>RED COATS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:07-cv-02184-ESH<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Red Coats, Inc. ("Defendant"), by its undersigned attorneys, hereby moves this Court for an extension of time to respond to Plaintiffs' Complaint on or by January 14, 2008. In support of this Motion, Defendant states as follows:

1.  Defendant was served with Plaintiffs' Complaint on or about December 5, 2007, thus requiring it to respond to the Complaint by December 25, 2007.

2.  Given the holiday season, ongoing work obligations, and to allow Defendant sufficient time to investigate and assess the allegations contained in the Complaint, Defendant requests an additional twenty (20) days, until January 14, 2008, to respond to the Complaint.

4.  Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

5.  Plaintiffs' counsel informed the undersigned counsel for Defendant on December 18, 2007, that Plaintiffs do not oppose this extension.

6.  For all of the above reasons, it is appropriate to extend the time for Defendant to respond to Plaintiffs' Complaint until January 14, 2008.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to Plaintiffs' Complaint to January 14, 2008.

    Respectfully submitted,

    RED COATS, INC.

    By:  /s/ Charles F. Walters
    Charles F. Walters, # 444529

    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, D.C. 20006-4004
    (202) 463-2400
    (202) 828-5393 (facsimile)
    Its Attorneys

Dated:  December 20, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL<br><br>Plaintiffs,<br><br>v.<br><br>RED COATS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:07-cv-02184-ESH<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiffs' Complaint be extended to January 14, 2008.

SO ORDERED.

_____
Hon. Judge Ellen S. Huvelle

1.