# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL )<br><br>Plaintiffs, )<br><br>v. )<br><br>RED COATS, INC. )<br><br>Defendant. ) | No. 1:07-cv-02184-ESH |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Red Coats, Inc. ("Defendant"), by its undersigned attorneys, hereby moves this Court for a seven (7) day extension of time, until January 21, 2008, to respond to Plaintiffs' Complaint. In support of this Motion, Defendant states as follows:

1. Defendant was served with Plaintiffs' Complaint on or about December 5, 2007, thus requiring it to respond to the Complaint by December 25, 2007.

2. Given the holiday season, ongoing work obligations, and to allow it sufficient time to investigate and assess the allegations contained in the Complaint, Defendant requested and was granted an additional twenty (20) days, until January 14, 2008, to respond to the Complaint.

3. Defendant is continuing to investigate and assess the allegations contained in the Complaint and, in order to fully do so, hereby requests an additional seven (7) days, until January 21, 2008, to respond to Plaintiffs' Complaint.

4. Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

5.      Plaintiffs' counsel informed the undersigned counsel for Defendant on January 10, 2008 that Plaintiffs do not oppose this extension.

6.      For all of the above reasons, it is appropriate to extend the time for Defendant to respond to Plaintiffs' Complaint until January 21, 2008.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to Plaintiffs' Complaint to January 21, 2008.

Respectfully submitted,

RED COATS, INC.

By: /s/ Charles F. Walters
Charles F. Walters, # 444529

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)
Its Attorneys

Dated: January 11, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL<br><br>Plaintiffs,<br><br>v.<br><br>RED COATS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:07-cv-02184-ESH<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiffs' Complaint be extended to January 21, 2008.

SO ORDERED.

_____
Hon. Judge Ellen S. Huvelle