UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Service Employees International
Union Health and Welfare Fund,
et al., _____
            Plaintiff(s)         )
                                 )
                                 )
         v.                      )   Civil Action No. 07-2184 (ESH)
                                 )
                                 )
Red Coats, Inc. _____ )
            Defendant(s)         )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        3/4/08
Attorney for the Plaintiff(s)            Date

_____        3/4/08
Attorney for the Defendant(s)            Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____        3/6/08
United States District Judge             Date

NOTE. RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CO-942B
Rev 3/95