IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL  ) | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:07-cv-02184 (AK) |
| RED COATS, INC. | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION TO
ENLARGE SCHEDULING ORDER DEADLINES**

Defendant, Red Coats, Inc., by its attorneys, hereby moves this Court for an enlargement of the deadlines contained in the Court's Order entered on March 5, 2008. In support of this Motion, Defendant states as follows:

1. The Court's March 5, 2008 Order, in relevant part, provides the following deadlines:

| | | |
|---|---|---|
| Completion of all discovery | - | 7/30/08 |
| Post-Discovery Status Conference | - | 8/7/08 (10:00 a.m.) |
| Filing of dispositive motions | - | 9/30/08 |
| Filing of oppositions to dispositive motions | - | 10/20/08 |
| Filing of replies in support of dispositive motions | - | 11/3/08 |

2. To date, the parties have exchanged initial disclosures and Plaintiffs have served written discovery on Defendant. No depositions have been taken to date.

3. The parties presently are in the midst of settlement discussions, which they hope will resolve this case in the near future.

4. To allow the parties sufficient time to continue their settlement discussions, to avoid potentially expending unnecessary time and resources on additional discovery, and to allow adequate time for additional discovery should it be necessary, Defendant respectfully requests that the Court's March 5, 2008 Order be amended as follows:

| | |
|---|---|
| Completion of all discovery | 9/12/08 |
| Post-Discovery Status Conference | TBD |
| Filing of dispositive motions | 10/31/08 |
| Filing of oppositions to dispositive motions | 11/21/08 |
| Filing of replies in support of dispositive motions | 12/5/08. |

5. Plaintiffs' counsel Richard C. Welch, Esq. has consented to this requested enlargement of the March 5, 2008 Order deadlines.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and enlarge the Scheduling Order in accordance with Paragraph 4 above.

Respectfully submitted,

RED COATS, INC.

By: /s/ Charles F. Walters
Charles F. Walters, # 444529

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Its Attorneys

Dated: June 18, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL<br><br>    Plaintiffs,<br><br>v.<br><br>RED COATS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:07-cv-02184 (AK)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter is before the Court on Defendant's Motion To Enlarge Scheduling Order Deadlines. Upon consideration of this motion, any opposition thereto and the entire record herein, it is this ____ day of _____, 2008.

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the following deadlines be adopted:

| | | |
|---|---|---|
| Completion of all discovery | - | 9/12/08 |
| Post-Discovery Status Conference | - | TBD |
| Filing of dispositive motions | - | 10/31/08 |
| Filing of oppositions to dispositive motions | - | 11/21/08 |
| Filing of replies in support of dispositive motions | - | 12/5/08. |

SO ORDERED.

_____
Honorable Alan Kay